FRED H. ALTSHULER (SBN 43878)
LINDA LYE (SBN 215584)
JAMIE L. CROOK (SBN 245757)
   (Application for Admission pending)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: faltshulerberzon@altshulerberzon.com
E-Mail: llye@altshulerberzon.com
E-Mail: jcrook@altshulerberzon.com

*Attorneys for Plaintiffs
Robert Evitt and Joel Ortega,
and the proposed Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ROBERT EVITT and JOEL ORTEGA, on behalf of themselves and a class of those similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MACK TRUCKS, INC. and MACK HEALTH, DISABILITY AND LIFE BENEFITS FOR UAW EMPLOYEES,<br><br>　　　　　Defendants. | Case No. _____<br><br>**CLASS ACTION**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Date:   September 20, 2007                Respectfully submitted,

FRED H. ALTSHULER
LINDA LYE
JAMIE L. CROOK
ALTSHULER BERZON LLP

By: _____
        Linda Lye

*Attorneys for Plaintiffs Robert Evitt and Joel Ortega, and the proposed Plaintiff Class*

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, Case No. _____                    1