MASTER AGREEMENT
BETWEEN
MACK TRUCKS, INC.
AND
INTERNATIONAL AND UNITED AUTOMOBILE,
AEROSPACE AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA, UAW

MAY 4, 1987

APPENDIX B

ARTICLE I, SECTION 1

APPENDIX B
INSURANCE PROGRAM

ARTICLE I

SECTION 1. Continuation of Program

The Insurance Program which was attached as Appendix B to the Collective Bargaining Agreement between the parties dated January 1, 1983 (hereinafter called the "1983 Insurance Program") shall be amended, effective as of January 1, 1985, as herein set forth, and maintained by the Company as amended for the duration of the Collective Bargaining Agreement of which this Appendix B is a part.

SECTION 2. Continuation of Benefits

Provision for payment of benefits under the 1983 Insurance Program shall continue in full force and effect in accordance with the conditions, provisions, and limitations thereof until January 1, 1985. On and after such date benefits will be provided and paid by the Company under the 1983 Insurance Program as herein amended (hereinafter called the "Program").

The Company shall arrange for group insurance coverage as here and after provided.

Such coverage shall be arranged at the Company's sole discretion, in any manner or through any organization, including, but not limited to, a program or programs provided by an insurance carrier; by arrangement with a hospital plan corporation, professional health service corporation, or similar plan or organization; through a health maintenance organization or similar plan or organization; through a preferred provider arrangement; through a self-insured plan; or through a combination of any of such methods. The terms and conditions of coverage, including those amendments made in these negotiations, are continued on the assumption that the current arrangement with Blue Cross/Blue Shield will continue for the term of the labor agreement. The Company shall not exercise its option to select an alternate delivery system until the parties have reached mutual agreement on the terms and conditions including restrictions, limitations and definitions that would be applicable to any delivery system other than Blue Cross/Blue Shield.

41-6002   DUP

121

The benefits provided under this Agreement,* including the terms and conditions of coverage, the rules for initial eligibility, continuation of coverage and other general conditions (including definitions and limitations) of coverage as amended from time to time pursuant to the mutual agreement of the parties, shall remain in effect during the term of this Agreement and shall not be altered by the provisions of any agreement between the Company and any benefit program provider. If there is a conflict between the language of this Agreement and that of any agreement between the Company and any benefit program provider, the language of this Agreement shall control.

*The benefits coverage in effect on the date of execution of this Agreement, including the terms and conditions of coverage the rules of initial eligibility, continuation of coverage and other general conditions of coverage contained in Appendix B and Publication Form 5551-360-0012 (Revised March 1, 1980 except where there is a conflict between that Publication and those terms and conditions previously negotiated by the parties and set forth in an Appendix B those negotiated terms shall control to the extent necessary to resolve the conflict.)

SECTION 3. Definitions

1. "employee" means an individual who is actively at work within the bargaining unit on or after January 1, 1985, or who, on or after January 1, 1985, is, pursuant to the terms and conditions of the Collective Bargaining Agreement and Local Supplements, on personal leave of absence or on sick leave, maternity leave, vacation, or is permanently and totally disabled, but excluding one who is on military leave, or leave of absence with the International Union, or leave of absence because of election to federal, state, county or municipal office.

ARTICLE II, SECTION 2

2. "Disability retiree" means an individual who has retired and is eligible for benefits under the provisions of Section 3 of Article V of the Pension Plan, and is less than age 65.

3. "Early retiree" means an individual who has retired and is eligible for benefits under the provisions of Section 2 of Article V of the Pension Plan, or under any other agreement executed between the parties hereto.

4. "Normal retiree" means an individual who has retired and is eligible for benefits under the provisions of Section 1 of Article V of the Pension Plan, or under any other agreement executed between the parties hereto. It shall also mean an individual who has retired and is eligible for benefits under the provisions of Section 3 of Article V of the Pension Plan and who has attained age 65.

5. "Pension Plan" means the Mack-UAW Pension Plan attached as Appendix A to the Collective Bargaining Agreement.

ARTICLE II
LIFE INSURANCE, ACCIDENTAL DEATH
AND DISMEMBERMENT INSURANCE,
ACCIDENT AND SICKNESS INSURANCE, AND
LONG-TERM DISABILITY INSURANCE

SECTION 1. Date of Eligibility and Commencement of Insurance Benefits

An employee shall be eligible

(1) for Accident and Sickness Insurance and Long-Term Disability Insurance on the first day of the fourth month following the employee's date of employment and insurance shall thereupon commence, provided however, that if such employee is not at work on the day such employee would otherwise become insured the insurance does not take effect until the day the employee returns to work.

41-0002__ DUP

123

SECTION 9.

The Company agrees to permit employees who, pursuant to the Bransome letter of March 4, 1952, are currently maintaining life insurance in excess of the amounts provided under such Plan as amended or as hereinafter amended, to continue such excess insurance in the present amount at the present unit cost but in no event to exceed the applicable maximum amounts set forth in the Bransome letter of March 4, 1952.

SECTION 10.

Contributory life insurance shall be continued for all employees who subscribed to such insurance prior to May 1, 1957 and amounts so subscribed shall be frozen as of that date.

SECTION 11.

The Company shall be the Plan Administrator and shall be responsible for the general administration of the Plans and for carrying out the provisions thereof.

The Company shall also be the named fiduciary with respect to the Plans and may delegate to various officers, employees and committees of the Company authority, as well as the right of delegation, to carry out such of its responsibilities as it deems proper to the extent permitted by the Employee Retirement Income Security Act of 1974 as now in effect or as hereafter amended.

ARTICLE III

SECTION 1.

Hospital - Surgical - Medical - Prescription Drug - Catastrophic Medical - Dental - Vision Expense Plan

(a) Continuation of Plans

Except as modified by the provisions of this Article III, the Hospital - Surgical - Medical - Prescription Drug-Catastrophic Medical-Dental-Vison Expense Plans which were attached as a part of Appendix B of the Collective Bargaining Agreement between the parties dated January 1, 1983 will be continued by the Company (subject to their continued availability and to the condition that plans of other organizations providing the same benefits may by mutual agreement of the parties be substituted).

(b) Date of Eligibility and Commencement of Coverage

(i) An employee hired or rehired on or after March 1, 1960 shall be eligible for Hospital-Surgical-Medical-Prescription Drug - Catastrophic Medical Expense Plan coverage on the first day of the fourth month following the month in which employment commences and insurance shall thereupon commence.

(ii) Employees hired or rehired on or after January 1, 1985, shall be eligible for Dental and Vision Expense Benefits Program coverage the first day of the month following attainment of 15 months Seniority.

(iii) Employees hired or rehired on or after January 1, 1985 shall be eligible for hearing aid benefits on the first day of the month following attainment of 15 months Seniority.

(c) Blue Cross-Blue Shield will supplement benefits provided by the government, such as the Medicare benefits available under the Social Security Act. Effective on and after January 1, 1985, payments for Hospital-Surgical-Medical benefits otherwise payable under this Program will be reduced by the amount of benefit payments (or the amount of benefits that would be payable) under Medicare Part A (Hospital services) and Medicare Part B (Physician's services) on behalf of:

i) retirees, spouses of retirees, and surviving spouses who are enrolled for Medicare Part A and Part B; and

(ii) employees who retire on or after November 1, 1984, and their spouses and/or their surviving spouses, as well as spouses of active employees who become surviving spouses on or after November 1, 1984 (provided such surviving spouse is eligible for a survivor pension benefit under the Mack-UAW Pension Plan), at such time as they are eligible for Medicare Part B regardless of whether or not enrolled for Medicare Part B.

SECTION 2. Revisions of Hospital Services

Arrangements will be made by the Company with the Blue Cross-Blue Shield Control Plan or, by mutual agreement of the parties, with an insurance carrier or other plan to provide, effective on and after January 1, 1985, the following additional benefits at Company expense:

(a) Benefits will be provided for eligible charges incurred in connection with ambulance service up to the Usual, Customary, Reasonable Fee for such service when medically necessary (excluding air and boat).

(b) The benefit allowance for In-patient stay in Non-Member hospital will be $100.00 per day for room and board plus $20.00 ancillary.

(c) Benefit coverage for substance abuse treatment will be extended to eligible dependents of active and retired employees. The term "substance abuse" shall include alcohol and drug addiction.

(d) Under the Catastrophic Medical Expense Benefit which became effective October 1, 1980 for disabilities commencing on or after October 1, 1980:


ARTICLE III, SECTION 7

(4) "lenses" means ophthalmic corrective lenses, either glass or plastic, ground or molded as prescribed by a physician or optometrist to be fitted into frames;

(5) "contact lenses" means ophthalmic corrective lenses, either glass or plastic, ground or molded as prescribed by a physician or optometrist to be fitted directly to the patient's eyes; these are subject to limitations and exclusions applicable to lenses generally;

(6) "frames" means standard eyeglass frames into which two lenses are fitted.

SECTION 7. Company Contributions

(a) While Employed

The Company will make monthly contributions for the following month's coverage on behalf of each employee while the employee is at work (as defined below) toward the cost of the hospital-surgical - medical - prescription drug - catastrophic medical -dental-vision expense coverages described in this Article III equal to the full subscription rate or premium charge for the classification or coverage to which the employee shall be eligible according to the employee's marital status and number of the employee's dependents, provided that such coverage is not in excess of the coverage described in the next paragraph.

The coverage for which the Company will contribute under the foregoing will be, at the employee's option, protection for:

(i) self only,

(ii) self and spouse, or

(iii) self and family (including only spouse and eligible children).

Benefits will be extended to all eligible dependents whether the employee's dependents are registered or not.

For purposes of this Section, an employee shall be considered "at work" in any month if the employee receives pay from the Company for any time during such month.

(b) During Sick Leave

During the period an employee is on sick leave and unable to work on such employee's customary job or other available work or, on and after April 1, 1971, while an employee is receiving Long-Term Disability benefits after exhaustion of reinstated Accident and Sickness Benefits under Article II, Section 5 of the Insurance Benefits Program, the Company shall pay the full subscription rate or premium charge of hospital-surgical-medical-prescription drug-catastrophic medical-dental-vision coverages for an employee and the employee's eligible dependents for the duration of such absence; but not in excess of the greater of three years or the period equal to the employee's seniority when the absence commenced.

(c) During Layoff

Coverage under this Article III shall be provided for an employee laid off, and the employee's eligible dependents, without cost to the employee, through the month following the month in which the employee is laid off, including those employees laid off under any predetermined bumping system which limits job selections for bumping purposes and those employees taking a voluntary layoff under any collective bargaining agreement permitting the same. If, on or after April 1, 1971 a returning veteran, who would be entitled to reinstatement under the Master Bargaining Agreement if the employee had sufficient seniority, is not reinstated and is placed on layoff, the employee's coverages will be in effect at no expense to the employee for the balance of the month in which the employee is placed on layoff.

173

41-0002-115 DLIP

In addition, hospital-surgical-medical-prescription drug-catastrophic medical - vision expense coverages (but not dental expense coverages) shall continue to be provided for a laid off employee, and employee's eligible dependents, without cost to the employee, during a layoff meeting the conditions of Section 3 of Article I of the SUB Plan and including those employees laid off under any predetermined bumping system which limits job selections for bumping purposes and those employees taking a voluntary layoff under any collective bargaining agreement permitting the same, for each full calendar month of layoff (for which the employee receives no pay from the Company) for a maximum period determined in accordance with the applicable table in Article II, Section 7 (c). The day the employee reports for work shall be deemed to be the employee's last day worked prior to layoff, but only for purposes of determining the period of continuation and eligibility for Company contributions for such coverages.

An employee may continue hospital-surgical-medical-prescription drug-catastrophic medical - vision expense coverages (but not dental coverages) under this Article III during layoff without a break in seniority through the twelfth consecutive month following the last month of the employee's coverage for which contributions were made by the Company under this Section 7 (c), by paying in advance the monthly premium for such coverage.

The Company will furnish employees with the same information in writing as contained in Article II, Section 7 (c) as to their individual status under this Section 7 (c) at the time of layoff.

(d) For Retired Employees

The Company will make monthly contributions on behalf of:

(1) retired employees (not including a former employee entitled to or receiving a deferred vested pension), and

41-0002-DS DUP

174

(ii) employees terminating at or after age 65 with insufficient credited service to entitle them to a retirement benefit under the Pension Plan;

and their eligible dependents towards the cost of hospital-surgical-medical-prescription drug-catastrophic medical- dental-vision expense coverages provided under this Article III equal to the full subscription rate or premium.

(e) For Surviving Spouses

The Company will make contributions on behalf of:

(i) a surviving spouse receiving benefits under the Pension Plan, including Transition and Bridge benefits, if such surviving spouse, upon termination of such benefits, is eligible to receive a survivor benefit under Article V, Section 5 of the Pension Plan, and

(ii) a surviving spouse of a deceased retired employee who was receiving benefits under the Pension Plan before the retired employee's death, and

(iii) a surviving spouse of a deceased employee who was eligible to retire under the Pension Plan but who had not retired, and

(iv) a surviving spouse of a deceased employee who was compulsorily retired with no benefits (under five years credited service),

(v) a surviving spouse of a deceased employee whose death resulted from an on-the-job accident with the Company on or after March 1, 1980. Such coverages shall be those the employee was eligible for at the time of death and shall continue until the spouse re-marries, and

(vi) a surviving spouse of a deceased employee whose death occurs on or after March 1, 1980, and who qualifies for Bridge Survivor Income Benefits (or who would have otherwise qualified for Bridge Survivor Income Benefits except such spouse will attain age 62 during the period of Transition Benefits) under the provisions of the Pension Plan,

175

will be fully covered for six months immediately following the date when coverage would have ended, and their eligible dependents towards the cost of hospital - surgical - medical -prescription drug - catastrophic medical - dental - vision expense coverage provided under this Article III equal to the full subscription rate or premium.

The Company will make suitable arrangements for a surviving spouse, while eligible to receive Survivor Income Benefits under Section 3, Article II, of Appendix B of the 1964 Agreement and under Article V, Section 6, of Appendix A of the Pension Plan (including for this purpose a surviving spouse receiving Mother's Insurance Benefit) and not eligible for a Survivor's Benefit under Article V, Section 5 of Appendix A -- Pension Plan, to continue group hospital-surgical-medical-prescription drug coverages (but not catastrophic medical - dental and vision expense coverages) at the group rate subject to the availability of such coverage. The election with respect to such coverage must be made no later than three months following the month of the employee's death. The cost of such coverage will be paid by the surviving spouse.

(f) Eligible Children

Under hospital-surgical-medical-prescription drug - catastrophic medical - dental-vision expense coverages for self and family, eligible children shall include any child until the end of the calendar year in which he attains 25 or any child of any age if totally and permanently disabled provided that such child is unmarried, legally residing with and dependent on an insured person under the Program for more than one-half of his support as defined by the Internal Revenue Code of the United States and either qualifies in the current year for dependency tax status or has been reported as a dependent on such insured person's most recent federal income tax return. Hospital-surgical - medical - prescription drug - catastrophic medical - dental-vision expense coverages will be provided eligible dependents, even though payment of benefits is delayed because the insured person has failed to enroll them.

(g) Sponsored Dependents

The Company will make available group hospital-surgical-medical-prescription drug coverages (but not catastrophic medical, dental and vision expense coverages) provided for in this Article III to sponsored dependents at the group rate cost. The employee shall furnish proof satisfactory to the Company that such sponsored dependents are dependent on the employee for more than 50% support as defined by the Internal Revenue Service, or as claimed on the employee's income tax form for the preceding year. If such dependent is not a blood relative, the dependent must reside in the employee's household to be eligible for such coverage. Upon submission to the Company of such proof, such dependent shall be enrolled and the coverage effective on the first day of the following month thereafter. Enrollment for such dependents after the effective date must be made by the employee within 90 days of the date that such person becomes dependent for more than one-half support, otherwise such enrollment shall be made once annually in January of each year and such coverage shall be effective on the first day of the month following enrollment. Coverages provided under this Section for a sponsored dependent enrolled at the time of an employee's or retiree's death may be continued at the option of the employee's or retiree's surviving spouse while such spouse is enrolled for coverages as provided in Section 7 (e). The employee, retiree or surviving spouse shall pay the full additional costs of coverages under this Section 7 (g).

(h) For California Employees

For employees in the California area served by the Kaiser Foundation Health Plans, the Company has made arrangements to afford them the option to subscribe to such plan in their area, as contained in the agreement between Mack Trucks, Inc. and Kaiser Health Foundation Plan, Inc. dated August 8, 1966 as amended instead of the coverages provided in this Article III, subject to the limitation on Company contributions contained in Article IV, Section 1, below. Subsequent opportunities with respect to such option shall be provided annually

177

ARTICLE III, SECTION 8

during an enrollment period between May 15 and May 31 of each year.

These same arrangements can be extended or continued with respect to similar plans by mutual agreement between the parties hereto in other areas where similar plans are or may become available. An employee who has retired from an area in which the coverage described in this Section 2 is made available to employees shall be given the option to subscribe to the group practice plan in that area instead of the coverages provided in Section 1 above.

SECTION 8. Continuation of Coverages

(a) Sick Leave

During the period an employee is on sick leave and unable to work at his customary job or other available work, **the Company will continue hospital-surgical-medical-prescription drug- catastrophic medical-dental-vision coverages**, for such employee and employee's eligible dependents without contribution by the employee for the greater of three years or a period equal to the employee's seniority as of the date sick leave commences.

(b) Leave of Absence (Other Than Sick Leave)

During the period an employee is on an approved leave of absence pursuant to the applicable collective bargaining agreement, other than leave with the International Union, leave because of election to federal, state, county or municipal office, or military leave, the Company will continue hospital-surgical-medical-prescription drug -catastrophic medical- dental-vision expense coverages for such employee without contribution by the employee through the end of the month in which the leave begins. Thereafter, hospital-surgical-medical-prescription drug - catastrophic medical expense

41-0002-DS DUP

178

ARTICLE III, SECTION 6

(e) While a Grievance is Pending.

In the case of an employee terminated, discharged or suspended for disciplinary reasons, said employee's hospital - surgical - medical - prescription drug - catastrophic medical expense coverages (but not dental and vision expense coverages) will be continued at Company expense only through the month following the month in which such termination, discharge or suspension occurred; provided, however, that in the case of an employee terminated, who has a grievance pending for the reasons set forth in Section 7 (e) of Article II of the Program, hospital-surgical-medical-prescription drug -catastrophic medical expense coverages (but not dental and vision expense coverages) may be continued by the employee at the employee's expense at the group rate for the same period as Group Life Insurance is continued under such Section 7 (e). If the employee is reinstated, or the disciplinary layoff is reduced, the Company will reimburse such employee for the Insurance contributions which the Company otherwise would have paid. Dental and Vision expense coverages will cease at the end of the day in which loss of seniority occurs.

(f) Retirement

Hospital - surgical - medical - prescription drug - catastrophic medical-dental-vision expense coverage will be continued at Company expense for retirees and their dependents (not including former employees in the Sidney Bargaining Unit or a former employee entitled to or receiving a deferred vested pension). In addition, the Company will provide such coverage at its expense for employees and their eligible dependents retiring at age 65 or older who are not eligible to receive benefits under the Pension Plan. The Company may, from time to time, request that a retiree or a surviving spouse attest to the eligibility status of their dependents towards whose coverage the Company contributes. If the retiree or surviving spouse fails to comply with such request, the Company may reduce the retiree's or surviving spouse's coverage to that of "self only", unless it can be demonstrated that the retiree or surviving spouse had an eligible dependent. An employee who retires and who, at the time of retirement has a dependent enrolled for

180

41-0002-DS DUP

sponsored dependent coverages, may continue such coverages after retirement by paying the required monthly contribution in advance.

(g) Return to Active Employment

In the event an employee's active employment ceases for any reason, if there was no break in the employee's seniority, then upon such employee's return to active employment all said employee's insurance coverage commences immediately.

SECTION 9. Federal Hospital-Surgical-Medical Expense Benefits Provided By Law

(a) The provisions of this Program pertaining to hospital-surgical-medical-prescription drug-catastrophic medical-dental-vision expense coverage shall not be applicable to employees or former employees (including retirees), who are or may become eligible for hospital, surgical, medical, drug, catastrophic medical, dental or vision coverage under any federal law providing such benefits for the public at large. Compliance by the Company with such laws shall be deemed full compliance with the provisions of this Program with respect to such employees or former employees eligible for benefits under such laws. If, as a result of such laws, the level of benefits provided for any group of employees or former employees or their dependents is generally lower than the corresponding level of benefits under the Program, the Company shall upon mutual agreement with the Union provide a plan of benefits supplementary to the federal benefits to the extent necessary to make total benefits as nearly comparable as practicable to the benefits provided under the Program, with such contributions by employees or former employees as are mutually determined to be consistent with the contributions established in this Program.

(b) The provisions of Subsection (a) above to the contrary notwithstanding and upon mutual agreement between the Company and the Union, the Company, may, if federal laws permit, substitute a plan of benefits for the benefits provided by the federal laws referred to in Subsection (a) above and modify the applicable provisions of this

41-0002-DS DHP

181