

# MASTER AGREEMENT

between

**Mack Trucks, Inc.**

and the

**International Union,
United Automobile,
Aerospace and
Agricultural Implement
Workers of America,
UAW**

And Its Locals 171, 472,
677, 1247, 2301, 5841

★

OCTOBER 28, 1992

MASTER AGREEMENT
TABLE OF CONTENTS

1A

April 15, 1993 Memorandum of Agreement

| Art.# | Article | Page # |
|---|---|---|
| 1. | Recognition | 1 |
| 2. | Union Shop and Checkoff | 2 |
| 3. | Representation | 8 |
| 4. | Notification | 8 |
| 5. | Grievance Procedure | 9 |
| 6. | Seniority | 16 |
| 7. | Layoff and Recall | 26 |
| 8. | Posting New Jobs or Vacancies | 26 |
| 9. | Transfer of Shift | 27 |
| 10. | Leaves of Absence | 27 |
| 11. | Military Provisions | 34 |
| 12. | Hours of Work | 39 |
| 13. | Overtime | 41 |
| 14. | Holidays | 43 |
| 15. | Vacations | 51 |
| 16. | Wages, Starting Rates & Progression | 56 |
| 17. | Transfers-Wage Rates | 64 |
| 18. | Production Standards | 64 |
| 19. | Discharge and Discipline | 65 |
| 20. | Strikes and Lockouts | 67 |
| 21. | Health and Safety | 68 |
| 22. | Pension | 84 |
| 23. | Insurance Program | 84 |
| 24. | S.U.B. Plan & Severance Pay Plan | 84 |
| 25. | Transfer to Other Facilities | 85 |
| 26. | No Discrimination | 85 |
| 27. | Job Security | 86 |



| 28. | General | 87 |
| 29. | Posting Contract | 95 |
| 30. | Successors | 95 |
| 31. | Duration | 96 |
| 32. | Profit Sharing Plan | 99 |
| 33. | Mack Protected Employee Group Plan | 99 |
| 34. | Legal Services Plan | 99 |
|     | Exhibit "1" | 100 |
|     | Letters of Agreement | 108 |

APRIL 15, 1993 MEMORANDUM OF AGREEMENT

This Memorandum of Agreement is entered into this 15th day of April 1993 by and between Mack Trucks, Inc. (herein referred to as the Company) and the International Union, UAW and its affiliated Local Unions 171, 472, 677, 1247, 2301 and 5841 (herein referred to as the Union). All provisions, appendices, letters and related understandings of the 1992-95 Collective Bargaining Agreement (the "Existing Agreement") shall continue in effect during the term of this Memorandum except as specifically modified herein.

The Union has agreed to the contractual modifications described below for the express purpose of enhancing the long-term job security of Mack-UAW members. The Union has urged the Company to make the capital expenditures necessary to ensure both the long-term viability of Mack-UAW operations and the job security of Mack-UAW members. In recognition of the substantial economic value represented by the contractual modifications provided herein, and its own genuine commitment to the job security needs of Mack-UAW members, the Company pledges to use its best efforts to make the capital investments necessary to allow Mack-UAW facilities to be fully competitive with the other domestic heavy truck manufacturing and truck equipment producers. For its part, the Union pledges to work with the Company to obtain the appropriate regulatory and tax rulings at the state level that would facilitate such investments.

1A

Article 21, Section 76.

kind and intensity in each location. Thus, the Company will develop and implement a noise abatement program in each of their facilities. The Facility Health and Safety Team is responsible for reviewing the noise abatement programs.

ARTICLE 22 - PENSION PLAN

The parties have provided for a Pension Plan by Supplemental Agreement, which is attached hereto as Appendix A and made a part of this Agreement as if set out in full herein. No matter respecting the provisions of the Pension Plan shall be subject to the grievance procedure established in this Agreement, except as expressly provided for in the Pension Plan.

ARTICLE 23 - INSURANCE PROGRAM

The parties have provided for an Insurance Program by Supplemental Agreement, which is attached hereto as Appendix B and made a part of this Agreement as if set out in full herein. No matter respecting the provisions of the Insurance Program shall be subject to the grievance procedure established in this Agreement, except as expressly provided for in the Insurance Program.

ARTICLE 24 - SUPPLEMENTAL UNEMPLOYMENT BENEFITS PLAN AND SEVERANCE PAY PLAN

The parties have provided for a Supplemental Unemployment Benefits Plan and Severance Pay Plan by

-84-

Article 24.

Supplemental Agreement, which is attached hereto as Appendices C1 and C2 and made a part of this Agreement as if set out in full herein. No matter respecting the provisions of the Supplemental Unemployment Benefits Plan and Severance Pay Plan shall be subject to the grievance procedure established in this Agreement, except as expressly provided for in the Supplemental Unemployment Benefit Plan.

ARTICLE 25 - TRANSFER TO OTHER FACILITIES

The understanding of the parties concerning transfers to other facilities is set forth in Appendix D attached hereto and made a part hereof.

ARTICLE 26 - NO DISCRIMINATION

The Company and the Union agree that they will not discriminate in the hiring of employees or in their training, upgrading, promotion, transfer, layoff, discipline, discharge or otherwise because of race, creed, color, national origin, political affiliation, union affiliation, sex, marital status, physical handicap or age.

The Company and the Union agree that they will support and implement the governmental anti-discrimination programs.

-85-

Article 31, Section 91.

## ARTICLE 31 - DURATION

SECTION 91.

Except as otherwise provided for in this Master Agreement, or in the various Local Supplements, the effective date of these Agreements shall be the 28th day of October 1992. This Master Agreement and its Local Supplemental Agreements shall continue in full force and effect until 11:59 p.m., October 30, 1998.

These Agreements shall continue in effect for successive yearly periods after October 30, 1998, unless notice is given in writing by either party not less than sixty (60) days prior to October 30, 1998, or any one (1) year anniversary date thereafter, of its desire to modify, amend or terminate these agreements. If such notice is given by either party, this Agreement shall be open for modification, amendment or termination, as such notice may indicate during the sixty (60) days prior to October 30, 1998, or the subsequent one (1) year anniversary date, as the case may be. Written proposed changes with respect to the Master Agreement and Local Supplemental Agreements shall be given by either party not less than sixty (60) days prior to October 30, 1998. Upon receipt by either party of the written notice provided for above, the parties shall promptly arrange a mutually agreed upon date to commence negotiations pursuant to any such written notice.

SECTION 92. CONDUCT OF NEGOTIATIONS.

Negotiations pursuant to Section 91 above shall be

-96-

Article 31, Section 92.

conducted in accordance with the applicable provisions of Subsections (a), (b) and (c) below and any new agreements between the parties resulting therefrom shall not be binding or effective unless reduced to writing and signed by the parties designated in Subsections (a), (b) and (c) below.

(a) Master Agreement

Amendments to this Master Agreement or new agreements affecting same or adding to same shall be negotiated by the Top Negotiating Committee of the UAW Mack Truck Council, International representatives of the Union and representatives of the Company, and shall be signed by the Corporate Director of Employee Relations of the Company, the members of the Top Negotiating Committee of the Council, and the Director of the UAW Mack Truck Department.

(b) Local Supplements

With respect to Local Supplemental Agreement issues negotiated locally in accordance with the provisions of Section 91 of this Article, resulting modifications in such Local Supplemental Agreements or any agreements affecting or adding to same shall be negotiated by the respective Local Union representatives who are members of the Top Negotiating Committee of the Council (who may have the assistance of International representatives of the Union) and representatives of the Company, and shall be signed by the

-97-

Letter #21

October 29, 1992

Mr. Bill Casstevens
Secretary-Treasurer and Director
UAW Mack Trucks Department
International Union, UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214

Re: Retiree Health Care Benefits

During our 1992 negotiations, the parties had lengthy discussions concerning the significant negative impact that the new accounting standard for post retirement benefits (FAS 106) would have on Mack Trucks' financial situation, and the potential serious consequences this in turn could have on the ability of its parent company to obtain necessary capital, not only from traditional sources but also through public equity offerings it might otherwise choose to undertake. After reviewing various alternatives to minimize the negative impact of these financial accounting standards, the parties agreed to the so-called "cap" approach contained in Appendix B of the Health Insurance Program.

It is the purpose of this letter to state unequivocally that:

(1) The aforementioned "caps" were established for the purpose of minimizing the financial impact of FAS 106 while still complying with the purpose and intent of such standard;

(2) The Company and the Union both recognize the need to control health care cost, while at the same time providing quality professional care. It is understood that we will work jointly to control the cost impact on the Corporation;

(3) The Company fully recognizes, acknowledges and hereby confirms that retiree health care benefits for Mack-UAW employees have been and will continue to be lifetime benefits, and that the establishment of these "caps" in no way modifies or negates this commitment.

Very truly yours,

William C. Craig
Executive Vice President
Administration

The April 15, 1993 Memorandum of Agreement further addresses the issue of retiree health care.

-152-

-153-