FRED H. ALTSHULER (SBN 43878)
LINDA LYE (SBN 215584)
JAMIE L. CROOK (SBN 245757)
 (Application for Admission pending)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: faltshulerberzon@altshulerberzon.com
E-Mail: llye@altshulerberzon.com
E-Mail: jcrook@altshulerberzon.com

*Attorneys for Plaintiffs*
*Robert Evitt and Joel Ortega,*
*and the proposed Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ROBERT EVITT and JOEL ORTEGA, on behalf of themselves and a class of those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MACK TRUCKS, INC. and MACK HEALTH, DISABILITY AND LIFE BENEFITS FOR UAW EMPLOYEES, <br><br> Defendants. | Case No. _____ <br><br> **CLASS ACTION** <br><br> **DECLARATION OF ROBERT EVITT IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, Robert M. Evitt, declare as follows:

1. I am a retiree of Mack Trucks, Inc. Since I retired, I have received healthcare benefits provided by Mack Trucks. I live in Hayward, California.

2. I am 75 years old. My wife Loretta Evitt is 76 years old.

3. I regularly visit doctors in Hayward and Union City, California. I purchase prescription medications at the Kaiser pharmacy in Hayward.

4. I worked at a Mack Trucks plant in Hayward from 1966 until approximately 1980. I retired in 1993. Throughout my employment with Mack Trucks, I was an active member of the union that represents Mack Trucks employees, the United Auto Workers ("UAW"). I am currently a retiree member of the UAW.

5. As a retiree, I am on a fixed monthly income that consists of only Social Security and my Mack Trucks pension.

6. As a Mack Trucks' employee, I understood that my wife and I would have our medical benefits covered by Mack for the rest of our lives. I worked for Mack Trucks for many years and budgeted for my retirement based on this understanding. Because I planned for my retirement with the understanding that I would have company-provided health care, and because I support myself and my wife on a fixed and limited income, I do not know how I could afford new medical expenses if I lost the medical benefits I now receive as a Mack Trucks' retiree.

7. My wife Loretta and I presently get our healthcare coverage from Kaiser

Permanente, under the Mack Trucks-UAW Retirees Medical Benefits Program. We make no monthly contributions for this healthcare coverage and are not subject to a yearly deductible.

8.  In August 2007, Mack Trucks sent a letter to my home explaining that it would soon be implementing changes to the Mack Trucks-UAW Retirees Medical Benefits Program. This letter came as a huge shock. At no point have I agreed to the changes described in the letter, and I strenuously object to these or any other changes that reduce my healthcare benefits.

9.  This letter has caused my wife and me a lot of worry. If our company-provided healthcare benefits are reduced, we will either have to pay more for health care, or forego health care altogether. This will hit us very hard.

10. I do not know how I could afford to pay more for health care for myself and my wife. Because I am on a fixed income, increasing the cost of any of the healthcare needs for myself or my wife would leave less money available each month for other necessary expenses in my household budget, such as food and utilities. Having less money for these necessary expenses will force me to make difficult financial choices and imposes an emotional burden.

11. Foregoing regular medical care is not an option for us. I have undergone quadruple bypass surgery. I also suffer from diabetes, carotid artery disease, and back pain. Because of these conditions, I must continue to see my doctors regularly. I also take eight prescription medications. If I reduce my doctors' visits or stop taking these medications, I will jeopardize my health.

12. My wife similarly requires regular medical care for female troubles, high blood pressure, and a chronic hand injury, for which she must see an orthopaedic specialist. She takes three prescription medications.

13. I am extremely worried about what will happen once Mack Trucks increases healthcare costs for me and my wife. Because of our fixed income, having to pay more for our health care will hurt us dearly. The possibility that I will have to choose between health care for me and my wife, or some other necessary living expense is a source of extreme anxiety for me.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed at Hayward, California, this 18 day of September, 2007.

*Robert M. Evitt Sr.*

Robert M. Evitt Sr.