1  FRED H. ALTSHULER (SBN 43878)
   LINDA LYE (SBN 215584)
2  JAMIE L. CROOK (SBN 245757)
      (Application for Admission pending)
3  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
4  San Francisco, California 94108
   Telephone: (415) 421-7151
5  Facsimile: (415) 362-8064
   E-Mail: faltshulerberzon@altshulerberzon.com
6  E-Mail: llye@altshulerberzon.com
   E-Mail: jcrook@altshulerberzon.com
7
   *Attorneys for Plaintiffs*
8  *Robert Evitt and Joel Ortega,*
   *and the proposed Plaintiff Class*
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO/OAKLAND DIVISION

13
   ROBERT EVITT and JOEL ORTEGA,        )   Case No. _____
14 on behalf of themselves and a class of )
   those similarly situated,              )   **CLASS ACTION**
15                                          )
                         Plaintiffs,        )   **DECLARATION OF JOEL ORTEGA**
16                                          )   **IN SUPPORT OF TEMPORARY**
          v.                                )   **RESTRAINING ORDER AND**
17                                          )   **PRELIMINARY INJUNCTION**
   MACK TRUCKS, INC. and MACK              )
18 HEALTH, DISABILITY AND LIFE            )
   BENEFITS FOR UAW EMPLOYEES,          )
19                                          )
                         Defendants.        )
20 _____)

21

22

23

24

25

26

27

28

DECLARATION OF JOEL ORTEGA IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION, Case No. _____

I, Joel Ortega, declare as follows:

1.      I am a retiree of Mack Trucks, Inc. and since I retired, I have received healthcare benefits provided by Mack Trucks.  I live in Milpitas, California.

2.      I am 66 years old.  My wife Carmen Ortega is 74 years old.

3.      I regularly visit doctors in San Jose, Fremont, and Milpitas, California.  I purchase prescription medications at a Walgreens Pharmacy located on the border of Milpitas and San Jose.

4.      I worked at a Mack Trucks plant in Hayward, California, from 1966 until approximately 1980.  I continued working for Mack Trucks at other locations until I retired in 2006.  Throughout my employment with Mack Trucks, I was an active member of the union that represents Mack Truck employees, the United Auto Workers ("UAW").  I am currently a retiree member of the UAW.

5.      As a retiree, I am on a fixed income that consists of only Social Security and my Mack Trucks pension.

6.      When I worked for Mack Trucks, my understanding was that I would have company-provided lifetime healthcare benefits upon retirement.  I worked for Mack Trucks for many years and budgeted for retirement based on this understanding.  Because I did not anticipate having to pay for medical coverage for myself and my wife during my retirement, I do not know how I could suddenly pay for new medical expenses on my limited monthly income.

7.      My wife Carmen and I presently receive healthcare coverage from Highmark Blue Shield, under the Mack Trucks-UAW Retirees Medical Benefits Program.

1

8.      My wife and I make no monthly contributions for this healthcare coverage and are not subject to a yearly deductible.

9.      In August 2007, I received a letter at my home, in which Mack Trucks explained that it was going to implement certain reductions in medical benefits for Mack Trucks retirees and their surviving spouses.  At no point have I agreed to the changes announced by Mack Trucks to my healthcare benefits, and I strenuously object to these or any other changes that reduce my healthcare benefits.

10.     If my company-provided healthcare benefits are reduced, my wife and I will either have to pay more for health care, or forego health care.

11.     I do not know how we could reduce our medical expenses or otherwise forego health care.  I suffered a heart attack on July 11, 2006.  I am also diabetic and suffer from high blood pressure, high cholesterol, and chronic back pain.  I take seven different prescription medications to treat these conditions and must visit my cardiologist, medical doctor, and chiropractor regularly.  Reducing my doctors' visits or going off my medications will jeopardize my health.

12.     My wife also regularly visits doctors to treat high blood pressure and back pain. She takes two prescription medications.

13.     I never used to worry about meeting our healthcare needs because I knew that I was covered under the Mack plan.  Since receiving the letter from Mack Trucks, I have been under a great deal of stress about the possibility that Mack is going to take away or reduce my medical benefits.

14.     Increasing the cost of any of our healthcare needs would leave less money available each month for other necessary expenses in our household budget, such as food and

utilities. Having less money for these necessary expenses will force me to make difficult financial choices and creates a lot of anxiety.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed at Milpitas, California, this 18 day of September, 2007.

Joel Ortega