FRED H. ALTSHULER (SBN 43878)
LINDA LYE (SBN 215584)
JAMIE L. CROOK (SBN 245757)
   (Application for Admission pending)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: faltshulerberzon@altshulerberzon.com
E-Mail: llye@altshulerberzon.com
E-Mail: jcrook@altshulerberzon.com

*Attorneys for Plaintiffs*
*Robert Evitt and Joel Ortega,*
*and the proposed Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ROBERT EVITT and JOEL ORTEGA, on behalf of themselves and a class of those similarly situated,<br><br>         Plaintiffs,<br><br>   v.<br><br>MACK TRUCKS, INC. and MACK HEALTH, DISABILITY AND LIFE BENEFITS FOR UAW EMPLOYEES,<br><br>         Defendants. | Case No. C 07 4830 VRW<br><br>**CLASS ACTION**<br><br>**DECLARATION OF SARAH DOYLE IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

DECLARATION OF SARAH DOYLE IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, Case No. _____

I, Sarah Doyle, declare as follows:

1. I am a Benefits Consultant at the International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America, AFL-CIO ("UAW" or the "Union"), a position I have held for six years. Prior to that I worked for five years as the Manager of the Auto/HMO Business with Blue Cross and Blue Shield of Michigan and for fifteen years before that as a Director of a managed eye care program. I have been working in the field of health care design and delivery for over 25 years. Based on my extensive professional experience in this area, I am very familiar with the health insurance coverage provided under UAW collective bargaining agreements, as well as the range of health plan designs and delivery systems available in the individual and group markets, their limitations, cost, and the nature of the coverage provided under these various plans.

2. Mack Trucks, Inc. ("Mack") is party to a collective bargaining agreement with the UAW. Pursuant to that agreement, Mack provides group health insurance coverage to retirees and surviving spouses under the Mack Health, Disability and Life Benefits for UAW Employees Plan ("Mack Plan"). I am familiar with the benefits provided to Mack retirees and surviving spouses under the Mack Plan.

3. The retirees of Mack Trucks have company-sponsored group health care coverage that provides comprehensive hospital, medical, surgical, physician and prescription drug coverage for those who are eligible for Medicare as well as for those who are not yet eligible for Medicare coverage. The cost of providing that coverage has been fully paid for by the company with the exception of certain co-payments for various services, such as office visits under the Health Maintenance Organization (HMO) option. Many of the Mack retirees, spouses and surviving spouses are eligible for Medicare coverage. As a general

1

matter, an individual is eligible for Medicare coverage once they reach age 65, or become eligible earlier in life due to disability. The Mack Plan supplements coverage that retirees and their surviving spouses have under Medicare. For example, the Mack Plan covers the Medicare Part A deductible, which in 2007 is $992 and is assessed to Medicare beneficiaries on the 1st day they become hospitalized. The supplement also pays for the per day hospital co-pay when a beneficiary is hospitalized for more than 60 days each year. For 2007, that per day co-pay ranges from $248 up to $496 depending on how many days over 60 a beneficiary remains hospitalized. The Mack supplemental plan also covers the $131 Medicare Part B deductible assessed to beneficiaries when they first use Part B services each year. Part B services consist of physician services, outpatient hospital services, home health care services etc. In addition to the supplemental medical coverage the Mack Plan provides, it also covers prescription drugs. The Mack prescription drug plan covers the cost of prescription medications paying all of the cost except for a co-payment paid by the retiree. Co-payments range from $8 up to $20 per script depending on whether the drug is a brand name or generic medication. For retirees and surviving spouses who are <u>not</u> eligible for Medicare, the Mack Plan offers them a selection of plans to enroll in, all 100% employer-paid with the same prescription drug coverage as noted earlier.

    4.    Mack sent a letter dated August 16, 2007 to retirees and surviving spouses announcing its intent to implement various changes in their group coverage under the Mack Plan. It sent one letter to retirees who retired prior to January 1, 1992 and their surviving spouses ("pre-1992 retirees"), describing the changes it has decided to implement to their coverage. A true and correct copy of that letter is attached as Exhibit A to this declaration. Mack sent another letter to retirees who retired on or after January 1, 1992 and their

surviving spouses ("1992-to-present retirees"), describing the changes it has decided to implement to their coverage. A true and correct copy of that letter is attached as Exhibit B to this declaration.

5. The changes that Mack announced in its August 16, 2007 letter fall into two basic groups. For pre-1992 retirees as well as 1992-to-present retirees who are not eligible for Medicare, Mack will increase the cost of their healthcare coverage under the Mack Plan. For 1992-to-present retirees who are eligible for Medicare, Mack will eliminate group coverage under the Mack Plan entirely and provide them instead with a $3,000 annual "reimbursement" to purchase their own supplemental insurance. As described below, all of these changes will have a severe and extremely negative impact on retirees and surviving spouses:

6. Pre-1992 retirees will have to pay a new annual deductible, and will also have to pay more for prescription drugs. Retirees generally live on fixed incomes and it is common for them to take many prescriptions. As a result, these cost increases will have a substantial financial impact on their monthly household budgets. The cost increases for 1992-to-present retirees is even more significant. Mack will require them to make monthly contributions toward their premiums, as well as to pay an increased annual deductible and a portion of surgical and medical charges that exceed the deductible up to a cap. Under the existing Mack Plan, they pay no premiums and have only a $100 deductible if enrolled in the Basic plan option. In addition, Mack is increasing various co-pays. As noted above, such cost increases will have a stark impact on retirees and surviving spouses. Given the age of the population, retirees and surviving spouses often suffer health complications, need regular medical attention to monitor their conditions, and frequently need to take multiple

prescriptions to treat their health conditions. Especially because retirees and surviving spouses generally live on fixed incomes, increasing the cost of their medical care creates a particularly onerous hardship: They will either have to give up medical care – which may place their health in jeopardy – or forego some other critical expense, like medical care for a spouse or food.

7.  For the 1992-to-present retirees who are Medicare eligible, the changes are especially dramatic. Mack will eliminate their group coverage under the Mack Plan entirely and provide them with only a $3,000 "reimbursement" for them to purchase their own insurance on the market. This $3,000 reimbursement is by no means an adequate substitute for the coverage they have under the Mack Plan and will result in significantly inferior medical coverage. It is simply not possible for an individual to purchase on the market, with only $3,000, coverage that would be remotely comparable to what retirees and surviving spouses currently have under the Mack Plan.

8.  In fact, the cost to the company of providing this coverage today is already more than the $3,000 stipend they propose giving to this group, notwithstanding the fact that the Company has far stronger purchasing power than an individual retiree will have in seeking coverage on the open individual insurance market. Even in 2006, the Company paid $5,623 per person per year for the Medicare supplement with prescription drug coverage for Medicare-covered retirees under the Mack Plan. Given standard medical inflation, the cost even to Mack, with its substantial purchasing power, will be far in excess for 2007 than the $3,000 it proposes to provide to retirees. In 2008 and future years, the difference will only increase.

9. The company asserts in its August 16, 2007 letter to the retirees that it has "reviewed premiums for various Medigap and prescription drug plans offered to Medicare individuals and has determined that $3,000 per person per year is sufficient to purchase these various Medigap and prescription drug plans." Anytime an individual is taken out of a group health care coverage situation and placed out in the open individual insurance market, they are going to be subject to underwriting preferences that mandate a higher cost to those who need the coverage the most: the older, less healthy populations. And although the Health Insurance Portability and Accountability Act of 1996 (HIPAA) stipulates that a person who loses health care coverage for any reason, such as an employer eliminating it, cannot be denied coverage in the open market as long as that coverage is purchased within 63 days of the loss of the prior coverage, HIPAA does not mandate that the coverage offered to those who are protected by it be affordable.

10. One of the products offered to Medicare eligible individuals is Medigap coverage. Medigap policies are sold by private insurers and are meant to fill in the 'gaps' in the Original Medicare Plan coverage. There are 12 different standardized Medigap policies to select from (Plans A through L), each of which provides a different level of 'gap' coverage. The plans with more extensive 'gap' coverage of course cost more to purchase. Typically Medigap plans will pay the Part A deductible and the daily co-pays for hospital days in excess of the 60 that Medicare covers and will also pay the 20% coinsurance for Part B physician services normally paid by the beneficiary. To obtain coverage comparable to what the Mack Plan currently provides, a Mack retiree would have to purchase a Medigap plan with the most extensive coverage, which is also the most expensive type of plan.

11.     Monthly premiums for Medigap policies vary greatly based on which Plan is chosen, and how the insurer chooses to underwrite the coverage. Most policies are rated based on the age and health status of the beneficiary with costs going up each year due to increasing age as well as medical inflation. At present, comprehensive policies that would provide coverage comparable to the Mack Plan easily cost $350 per month, or $4,200 per year -- $1,200 less than the $3,000 "reimbursement" Mack proposes to provide. In some high cost states, the monthly premium is even higher. Moreover, what could be an affordable policy this year, may not be the following year due to the impact of the underwriting for these Plans. Medical inflation has resulted in premium increases of approximately 9% to 12% per year over the last 5 years. Even if $3,000 were sufficient to purchase a plan this year, inflation would quickly render it insufficient in future years.

12.     Also, unlike the company-provided supplemental coverage retirees currently have, Medigap policies do not cover outpatient prescription drugs. For prescription drug coverage, retirees would need to purchase a Medicare Part D drug plan. Part D plans are again offered on the individual market by private insurance companies. While the current monthly premiums average about $30, the actual coverage those policies provide is far inferior to the Mack Plan. The Standard Part D Benefit design, which all approved Part D plans must be actuarially equivalent to, includes $3,350 in out-of-pocket beneficiary expense. The reason this out-of-pocket amount is so high is due to the inherent 'doughnut hole' in the benefit design. The doughnut hole requires a beneficiary pay 100% of all costs when their annual drug costs exceed $2,250. The $3,350 expense is not including the monthly premium that must be paid in order to obtain this coverage.

13. A newer coverage option for Medicare eligible individuals and groups are Medicare Advantage (MA) plans. MA plans jointly administer Medicare coverage and the health care company's supplemental coverage so that beneficiaries obtain seamless benefit coordination for both Medicare and supplemental benefits. MA plans are administered by private health insurers and are heavily subsidized by the federal government who would like to see more Medicare beneficiaries enroll in private plans rather than remain in Traditional Medicare. For that reason, the subsidies have been used primarily to reduce the premiums charged for these plans and to line the pockets of the private insurers. The MA plans offered utilize Preferred Provider and Point of Service networks to help with cost containment and can be offered with Part D prescription drug coverage, also known as MA-PD plans. As with the stand alone Part D plans, the MA-PD drug benefits are inadequate as compared to what the Mack Truck retirees have today. Once again the doughnut hole is in play, although some MA-PD plans will provide limited coverage for generic drugs purchased during the doughnut hole period. For those retirees who need certain brand name drugs or biological drugs (injectibles for Multiple Sclerosis, Rheumatoid Arthritis or blood modifiers for those undergoing cancer treatment or kidney failure) the retail cost of those drugs can be anywhere from $800 per script up to $2,000 or more per script, of which the MA-PD plans will not cover if purchased during the doughnut hold period It is extremely common for retirees, given the age of the population, to incur annual drug costs exceeding $2,250.

14. In short, Mack retirees currently are insulated from the "doughnut hole" under the Mack Plan. If they are no longer covered under the Mack Plan and have to purchase a Medicare Part D drug plan on the open market, a large majority will incur close to

$3,350 in annual out of pocket costs, plus annual premiums of $360 just to cover prescription medications.

15. Aside from the pathetic drug coverage that can be offered under the MA-PD plans, it is widely acknowledged within the industry that Congress intends to cut back on the subsidies it pays to private insurers who sell Medicare Advantage plans and when that happens, the premiums for those plans will escalate along with medical inflation thus rendering those plans unaffordable to many.

16. To summarize, a $3,000 "reimbursement" to purchase insurance on the open market will result in significant increased costs to Mack retirees. The Mack Plan currently supplements Medicare. To make up for the coverage Mack retirees currently have under the Mack Plan, they would have to purchase both a Medigap plan and a Medicare Part D drug plan. At present, premiums for Medigap coverage comparable to what is provided under the Mack Plan easily cost $4,200 per year, and in high cost states such coverage costs substantially more. In addition, a retiree will have to pay $460 in premiums for prescription drug coverage plus out of pocket costs likely to amount to $3,350 per year. This amounts to a total of $8,010 in premiums and out of pocket expenses, $5,010 more than $3,000 reimbursement that Mack is offering. Medical inflation will render the $3,000 even less sufficient in future years.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this _19_ day of September 2007 at _Clinton Twp_, Michigan.

_____
Sarah Doyle

8

EXHIBIT _A_

August 16, 2007

TO: **UAW Bargaining Unit Retirees Who Retired Prior to January 1, 1992, or Their Surviving Spouses**

The United States has for some time now been faced with a national health care crisis; and the daily headlines make clear that skyrocketing health care costs are among the factors jeopardizing the existence of some of the country's oldest and best-known corporations.

Throughout its 107 year history, Mack has provided its employees with excellent wages and benefits during their employment and into retirement. As health care costs have spiraled upward, Mack has shouldered most of the increases in the cost of those programs. Since the mid-1990s, however, we've had to make a number of changes to our health care plans for both active and retired employees, as we've balanced our desire to provide competitive benefit packages with our responsibility to safeguard the company's future.

We are now at the point where this responsibility compels us to take additional steps regarding the plans covering current bargaining unit retirees. The cost to the company for this population alone totaled about $143 million over the last three years, and our projections make clear that if unchecked, the current trend would lead to massive outlays – of a scale that, combined with our other health care costs, would challenge the viability of the company.

Similar circumstances have caused a number of corporations to eliminate this retiree benefit entirely. For Mack, this situation means that we can no longer avoid requiring our bargaining unit retirees to pay a larger share of their health care costs.

*We are therefore making certain minimal changes to your current retiree health care plan, the details of which are outlined in Attachment A to this letter. These changes will go into effect on April 1, 2008,* and while they will regrettably result in additional cost to you, we are convinced they are necessary to help sustain the continued viability of your retiree medical benefits.

The health care crisis in America has forced companies like Mack to make difficult choices. Mack cannot postpone tackling this problem but it is committed to doing so fairly, responsibly, and in a way that safeguards the company's future.

Paul L. Vikner
President & CEO



### ATTACHMENT A

Medical and Prescription Drug Plan Changes

UAW Bargaining Unit Retirees Who Retired Prior to January 1, 1992
or their Surviving Spouses

The following changes to the medical and prescription drug plans will be made effective **April 1, 2008**:

- A deductible of $200 per person per calendar year will apply to all hospital, medical and surgical services. This means you will be responsible for the first $200 of the service expenses listed above. (NOTE: The balance remaining after Medicare's payment will be used toward satisfying this deductible.) After you and each family member have met the deductible, the plan will pay 100% up to the Medicare maximum allowance for covered services.* Medicare eligible retirees must continue to first submit their claims to Medicare.

- For the prescription drug plan, currently administered by Walgreens, co-pays will be as follows:

|  | RETAIL (30 days supply) | MAIL (up to 90 days supply) |
|---|---|---|
| Generic | $8 | $16 |
| Brand | $20 | $40 |
| Targeted Brand | 50% (up to $100) | 50% (up to $200) |

The specific *targeted brand prescription drugs* are as follows:

| | | | | |
|---|---|---|---|---|
| Nexium | Aciphex | Prevacid | Prilosec | Protonix |
| Zyrtec | Allegra | Clarinex | | |

The targeted brands include very expensive medications that have equally effective and less costly generic alternatives. In addition, there are over-the-counter alternatives that do not require a prescription that also work as effectively as the targeted brands.

There are no changes to your *Dental and Vision* programs.

*This applies to the CIGNA Indemnity plan. If you are enrolled in the Highmark PPO Plan, the $200 deductible will apply to the in-network coverage. All other plan limits and co-pays will still apply.

**EXHIBIT** _B_

MACK TRUCKS, INC.
2100 MACK BOULEVARD
P.O. BOX M
ALLENTOWN, PA 18105-5000

PAUL L. VIKNER
PRESIDENT AND CHIEF EXECUTIVE OFFICER
PHONE 610.709.3507
FAX: 610.709.2100

August 16, 2007

**TO:** UAW Bargaining Unit Retirees Who Retired On or After January 1, 1992, or Their Surviving Spouses

The United States has for some time now been faced with a national health care crisis; and the daily headlines make clear that skyrocketing health care costs are among the factors jeopardizing the existence of some of the country's oldest and best-known corporations.

Throughout its 107 year history, Mack has provided its employees with excellent wages and benefits during their employment and into retirement. As health care costs have spiraled upward, Mack has shouldered most of the increases in the cost of those programs. Since the mid-1990s, however, we've had to make a number of changes to our health care plans for both active and retired employees, as we've balanced our desire to provide competitive benefit packages with our responsibility to safeguard the company's future.

We are now at the point where this responsibility compels us to take additional steps regarding the plans covering current bargaining unit retirees. The cost to the company for this population alone totaled about $143 million over the last three years, and our projections make clear that if unchecked, the current trend would lead to massive outlays – of a scale that, combined with our other health care costs, would challenge the viability of the company.

Similar circumstances have caused a number of corporations to eliminate this retiree benefit entirely. For Mack, this situation means that we can no longer avoid requiring our bargaining unit retirees to pay a larger share of their health care costs.

*We are therefore making changes to your current retiree health care plan, the details of which are outlined in Attachment A to this letter. These changes will go into effect on April 1, 2008.*

We fully recognize how difficult these changes will be for many of the retirees affected, and we understand the disappointment and frustration they are sure to cause. But while we very much regret having to take this action, we are convinced that responsible stewardship of the company demands it. To continue the status quo in the face of skyrocketing health care costs would jeopardize our future, and ultimately put Mack in the same precarious position faced by so many other companies across the country.

The health care crisis in America has forced companies like Mack to make difficult choices. Mack cannot postpone tackling this problem but it is committed to doing so fairly, responsibly, and in a way that safeguards the company's future.

Paul L. Vikner
President & CEO



## ATTACHMENT A

### Medical and Prescription Drug Plan Changes

### UAW Bargaining Unit Retirees Who Retired on or After January 1, 1992 or Their Surviving Spouses

The following changes to the medical and prescription drug plans will become effective **April 1, 2008**:

### RETIREES, SPOUSES, OR DEPENDENTS NOT ELIGIBLE FOR MEDICARE:

#### Medical Plan

You will be responsible for a monthly contribution of $30.00 per family per month.

The medical plan will be the national PPO currently administered by Highmark Blue Shield. *(Note: The CIGNA Indemnity and Keystone HMO Plans will no longer be available.)*

You will be responsible for the following costs for **in-network** services:

- Office visit co-pays —  Primary Care Physician    $15
  
  Specialist    $30

- A calendar year deductible of $200 per individual and $400 per family will apply to all hospital, surgical, and medical services, excluding office visits.

- After you have satisfied the deductible, you will pay 20% of the allowable amount for all hospital, surgical and medical services up to an annual out-of-pocket maximum (including the deductible) of $1,500 for an individual and $3,000 for a family. After you have met your annual out-of-pocket maximum, the plan will pay 100% of the allowable amount for the remainder of the calendar year.

- Emergency room visit copay of $75.00 (waived if admitted).

You will be responsible for the following costs for **out-of-network** services:

- A calendar year deductible of $400 per individual and $800 per family will apply to all hospital, surgical, and medical services.

- After you have satisfied the deductible, you will pay 40% of the allowable amount for all hospital, surgical and medical services up to an annual out-of-pocket maximum (including the deductible)

of $3,000 for an individual and $6,000 for a family. After you have met your annual out-of-pocket maximum, the plan will pay 100% of the allowable amount for the remainder of the calendar year.

- Emergency room visit co-pay of $75 (waived if admitted).

Note: All other plan limits and co-pays will still apply.

**Prescription Drug Plan**

Your prescription drug plan co-pays are as follows:

|  | RETAIL (30 days supply) | MAIL (up to 90 days supply) |
|---|---|---|
| Generic | $8 | $16 |
| Brand | $25 | $50 |
| Targeted Brand | 50% (up to $100) | 50% (up to $200) |

The specific targeted brand prescription drugs are as follows:

| Nexium | Aciphex | Prevacid | Prilosec | Protonix |
| Zyrtec | Allegra | Clarinex | | |

The targeted brands include very expensive medications that have equally effective and less costly generic alternatives. In addition, there are over-the-counter alternatives that do not require a prescription that also work as effectively as the targeted brands.

There are no changes to your *Dental and Vision* programs.

**RETIREES, SPOUSES, OR DEPENDENTS ELIGIBLE FOR MEDICARE**

Effective April 1, 2008, you will no longer be covered under any Mack Medical or Prescription Drug Plan. In lieu of these plans, Mack will provide a retirement healthcare premium reimbursement account of $3,000 per person per year that you and your covered dependent(s) can use to purchase a Medigap Plan [with or without a Prescription Drug (Part D) benefit] or a Medicare Advantage plan. The Company has reviewed premiums for various Medigap and prescription drug plans offered to Medicare individuals and has determined that $3,000 per person per year is sufficient to purchase these various Medigap and prescription drug plans.

There are no changes to your *Dental and Vision* programs.

The Company will provide additional information to you regarding this transition over the next few months.