1  FRED H. ALTSHULER (SBN 43878)
   LINDA LYE (SBN 215584)
2  JAMIE L. CROOK (SBN 245757)
     (Application for Admission pending)
3  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
4  San Francisco, California 94108
   Telephone: (415) 421-7151
5  Facsimile: (415) 362-8064
   E-Mail: faltshulerberzon@altshulerberzon.com
6  E-Mail: llye@altshulerberzon.com
   E-Mail: jcrook@altshulerberzon.com
7
   *Attorneys for Plaintiffs*
8  *Robert Evitt and Joel Ortega,*
   *and the proposed Plaintiff Class*
9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO/OAKLAND DIVISION

13
   ROBERT EVITT and JOEL ORTEGA,        )   Case No. _____
14 on behalf of themselves and a class of )
   those similarly situated,            )   **CLASS ACTION**            VRW
15                                       )
                    Plaintiffs,         )   **DECLARATION OF NOTICE TO**
16                                       )   **OPPOSITION**
        v.                              )
17                                       )
   MACK TRUCKS, INC. and MACK           )
18 HEALTH, DISABILITY AND LIFE          )
   BENEFITS FOR UAW EMPLOYEES,          )
19                                       )
                    Defendants.         )
20 _____)

21

22

23

24

25

26

27

28

DECLARATION OF NOTICE TO OPPOSITION, Case No. _____

I, Linda Lye, declare as follows:

1. I am a member of the bar of this Court and an attorney for the plaintiffs in this case.

2. On September 20, 2007 at approximately 9:05 am Pacific Daylight Time, I spoke with Ms. Lucy Parker, assistant to the Vice President, General Counsel and Secretary of Defendant Mack Trucks, Inc. ("Mack Trucks") by telephone. Defendant Mack Trucks is also the agent of service of process for Defendant Mack Trucks and Mack Health, Disability and Life Benefits for UAW Employees. Ms. Parker stated that Mr. Pickett was not available and that I would not be able to speak to another attorney in the office. She assured me that she would relay my message to Mr. Pickett as soon as possible.

3. I provided Ms. Parker with the following message to relay to Mr. Pickett: I represent Plaintiffs Robert Evitt and Joel Ortega. Plaintiffs are filing this morning in the United States District Court for the Northern District of California suit against Mack Trucks and Mack Health, Disability and Life Benefits for UAW Employees Plan ("Plan"), seeking to prevent Mack Trucks from reducing or terminating the terms of Plaintiffs' health insurance coverage under the Plan, conduct that Plaintiffs allege is in violation of the Labor-Management Relations Act ("LMRA") and the Employee Retirement Income Security Act ("ERISA"). I also stated that Plaintiffs would be seeking at the same time a Temporary Restraining Order And Order To Show Cause Why A Preliminary Injunction Should Not Issue.

3. I told Ms. Pickett that I would send Mr. Pickett by fax a copy of the *ex parte* motion for a temporary restraining order, the memorandum of points and authorities in support of the motion, and the complaint once they are filed. I further stated that I will send declarations and exhibits to Ms. Parker via email (the email address she provided me was lucy.parker@volvo.com). I stated that I would contact Mr. Pickett as soon as the Court sets a time for a hearing on the Temporary Restraining Order.

//
//
//
//

DECLARATION OF NOTICE TO OPPOSITION, Case No. _____    1

4. On September 20, 2007, immediately after my telephone conversation with Ms. Parker, I faxed Mr. Pickett a letter setting forth the substance of the message that Ms. Parker agreed to relay to Mr. Pickett immediately. A true and correct copy of that letter, along with the fax confirmation page and cover email, is attached to this declaration as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 20, 2007, in San Francisco, California.

*/s/ Linda Lye*
Linda Lye

DECLARATION OF NOTICE TO OPPOSITION, Case No. _____    2

EXHIBIT A

## ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
ATTORNEYS AT LAW
177 POST STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94108
(415) 421-7151
FAX (415) 362-8064
www.altshulerberzon.com

FRED H. ALTSHULER
STEPHEN P. BERZON
BARBARA J. CHISHOLM
JEFFREY B. DEMAIN
REBEKAH B. EVENSON
EILEEN B. GOLDSMITH
LAURA P. JURAN
SCOTT A. KRONLAND
DOROTHEA K. LANGSAM
DANIELLE E. LEONARD
STACEY M. LEYTON
LINDA LYE
PETER D. NUSSBAUM
KATHERINE M. POLLOCK
CLAIRE P. PRESTEL
DANIEL T. PURTELL
MICHAEL RUBIN
PEDER J. THOREEN
JONATHAN WEISSGLASS

STUART C. NAIFEH
FELLOW

# FACSIMILE COVER SHEET

**TO:** Therence Pickett          **FAX #:** 610 709 2341

**DATE:** September 20, 2007       **PAGES:** 3 (including cover page)

**FROM:** Linda Lye

**RE:** *Robert Evitt and Joel Ortega v. Mack Trucks, Inc. and Mack Health, Disability and Life Benefits for UAW Employees*

**MESSAGE:**

Please see attached.

IF YOU ENCOUNTER PROBLEMS RECEIVING THIS TRANSMISSION, PLEASE CALL (415) 421-7151.

**CONFIDENTIALITY NOTE**
The information contained in this facsimile transmission is legally privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the agent or employee responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone at (415) 421-7151, and return the original facsimile to us at the above address by mail. Thank you.

## ALTSHULER BERZON LLP
ATTORNEYS AT LAW
177 POST STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94108
(415) 421-7151
FAX (415) 362-8064
www.altshulerberzon.com

FRED H. ALTSHULER
STEPHEN P. BERZON
EVE H. CERVANTEZ
BARBARA J. CHISHOLM
JEFFREY B. DEMAIN
REBEKAH B. EVENSON
JAMES M. FINBERG
EILEEN B. GOLDSMITH
LAURA P. JURAN
SCOTT A. KRONLAND
PETER E. LECKMAN
DANIELLE E. LEONARD
STACEY M. LEYTON
LINDA LYE
PETER D. NUSSBAUM
KATHERINE M. POLLOCK
DANIEL T. PURTELL
MICHAEL RUBIN
REBECCA SMULLIN
PEDER J. THOREEN
JONATHAN WEISSGLASS

JAMIE L. CROOK
FELLOW

September 20, 2007

*Via Facsimile*

Therence Pickett
Vice President, General Counsel and Secretary Mack Trucks, Inc.
2100 Mack Boulevard
Allentown, PA 18103
FAX: 610/709-2341

    Re:    *Robert Evitt and Joel Ortega v. Mack Trucks, Inc. and Mack Health, Disability and Life Benefits for UAW Employees*

Dear Mr. Pickett,

    I called your office this morning and was informed that you were not available and that I would not be able to speak to another attorney in your office at this time. I spoke to your assistant Lucy Parker, who assured me that she would relay my message to you immediately. As I stated to Ms. Parker, I represent Plaintiffs Robert Evitt and Joel Ortega. As I informed Ms. Parker, Plaintiffs will be filing today in the United States District Court for the Northern District of California a Complaint For Injunctive And Declaratory Relief and Damages against Mack Trucks, Inc. and Mack Health, Disability and Life Benefits for UAW Employees alleging breaches of the Labor Management Relations Act and the Employee Retirement Income Security Act, based on Mack's threats to reduce or terminate healthcare coverage for retirees and surviving spouses. As I further indicated to Ms. Parker, Plaintiffs will also be seeking at the same time a Temporary Restraining Order And Order To Show Cause Why A Preliminary Injunction Should Not Issue.

    As I discussed with Ms. Parker, I will send you by fax a copy of the *ex parte* motion for a temporary restraining order, the memorandum of points and authorities in support of the motion, and the complaint once they are filed. I will send declarations and exhibits to Ms. Parker via



Therence Pickett
September 20, 2007
Page 2

email (the email address she provided me was lucy.parker@volvo.com). I will contact you as soon as the Court sets a time for a hearing on the Temporary Restraining Order.

Please feel free to call me if you have any questions.

Sincerely,

Linda Lye

```
*********************
***   TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO                  0170
CONNECTION TEL            16107092341p0032009#
CONNECTION ID
ST. TIME                  09/20 09:09
USAGE T                   00'29
PGS. SENT                 3
RESULT                    OK
```

## ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
ATTORNEYS AT LAW
177 POST STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94108
(415) 421-7151
FAX (415) 362-8064
www.altshulerberzon.com

FRED H. ALTSHULER
STEPHEN P. BERZON
BARBARA J. CHISHOLM
JEFFREY B. DEMAIN
REBEKAH B. EVENSON
EILEEN B. GOLDSMITH
LAURA P. JURAN
SCOTT A. KRONLAND
DOROTHEA K. LANGSAM
DANIELLE E. LEONARD
STACEY M. LEYTON
LINDA LYE
PETER D. NUSSBAUM
KATHERINE M. POLLOCK
CLAIRE P. PRESTEL
DANIEL T. PURTELL
MICHAEL RUBIN
PEDER J. THOREEN
JONATHAN WEISSGLASS

STUART C. NAIFEH
FELLOW

# FACSIMILE COVER SHEET

**TO:** Therence Pickett

**FAX #:** 610 709 2341

**DATE:** September 20, 2007

**PAGES:** 3 (including cover page)

**FROM:** Linda Lye

**RE:** *Robert Evitt and Joel Ortega v. Mack Trucks, Inc. and Mack Health, Disability and Life Benefits for UAW Employees*

**MESSAGE:**

Please see attached.