UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:**  September 25, 2007

**COURTROOM DEPUTY:** Cora Klein          **Court Reporter:**   Belle Ball

**CASE NO.**  C07-4830  VRW

**TITLE:** Robert M Evit and Joel Ortega et al v Mack Trucks, Inc., et al

**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**
Linda Lye, Jamie Crook                      John Kloosterman
Fred Altshuler

**PROCEEDINGS:**      1. Plaintiffs' Motion for TRO.

**RESULTS:**      The Court heard argument from counsel.
The parties stipulated on the record that benefits will not be terminated and coverage will be extended until April next year.
Plaintiff's application for preliminary injunction deemed filed.

**SCHEDULE**:      Defendant to file opposition to motion for preliminary injunction: 10/15/07.
Reply due: 10/25/07.  Hearing set for November 1, 2007 at 2:30 PM.

Defendant to file motion for transfer: 10/8/07, opposition due: 10/18/07.
Reply due: 10/25/2007. Hearing set for November 1, 2007 at 2:30 PM.