POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>LINDA LYE SBN 215584<br>ALTSHULER BERZON LLP<br>177 POST STREET STE 300<br>SAN FRANCISCO CA 94108<br>415-421-7151<br>ATTORNEY FOR Plaintiff | FOR COURT USE ONLY |
|---|---|
| **District Court**<br>Northern District, San Francis<br>450 Golden Gate Ave<br>San Francisco CA 94102 | |
| PLAINTIFF/PETITIONER: Robert Evitt, et al.<br>DEFENDANT/RESPONDENT: Mack Trucks, Inc., et al. | CASE NUMBER:<br>C074830VRW |
| **PROOF OF SERVICE OF SUMMONS** | Ref No. or File No.:<br>0032.009 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   Summons
   Decl. of Evitt
   Decl. of Ortega
   Decl. of Doyle
   Order Setting CMC
   Intial Court Forms
   Complaint
   Certification of Interested Entities
   Notice of Pendency of Other Action
   Ex Parte Motion for TRO
   Memo ISO TRO
   Proposed TRO
   Decl. of Notice
   Decl. of Bressler

3a. Party served:

   MACK TRUCKS, INC.

3b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)

   MARGARET WILSON
   AUTHORIZED AGENT FOR SERVICE

4. Address where party was served:

CONTINUED ON THE NEXT PAGE

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

Invoice No.: 572909

| PLAINTIFF/PETITIONER: | Robert Evitt, et al. | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Mack Trucks, Inc., et al. | C074830VRW |

818 WEST SEVENTH ST.
# 200
LOS ANGELES CA 90017

5. I served the party
   a. By personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party

   (1) on: 09/20/07 (2) at: 3:10PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

   MACK TRUCKS, INC.

   under the following Code of Civil Procedure section:

   416.10 (corporation)

7. Person who served papers
   a. Name: JACK TINOCO
   b. Address: 1199 MONTEREY PASS ROAD MONTEREY PARK, CA 91754
   c. Telephone Number: 323-526-7300
   d. The fee for service was: $144.50
   e. I am:
      (3) [ X ] registered California process server:
      (i) [ X ] Employee
      (ii) Registration No.: 3107 Expires: 02/27/09
      (iii) County: LOS ANGELES

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

09/21/07

JACK TINOCO

RAPID LEGAL, LOS ANGELES CO. REG # 1107, EXPIRES 02/14/07

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

Invoice No.: 572909