| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| LINDA LYE  SBN 215584<br>ALTSHULER BERZON LLP<br>177 POST STREET STE 300<br>SAN FRANCISCO CA 94108 | 415-421-7151<br><br>Ref. No. or File No.<br>0032.009 | |
| ATTORNEY FOR  Plaintiff | | |
| Insert name of court and name of judicial district and branch if any.<br>District Court Northern District, San Francis<br>450 Golden Gate Ave San Francisco CA 94102 | | |
| SHORT TITLE OF CASE:<br>Robert Evitt, et al. v Mack Trucks, Inc., et al. | | |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 572894 | | | | C074830VRW |

UNITED STATES DISTRICT COURT
DECLARATION OF SERVICE

I CERTIFY THAT I AM AUTHORIZED TO SERVE THE SUMMONS AND COMPLAINT IN THE WITHIN
ACTION PURSUANT TO F.R.Civ.P 4(c) AND THAT I SERVED:
TO THE WITHIN ENTITLED ACTION. I SERVED THE:

    Summons
    Decl. of Evitt
    Decl. of Ortega
    Decl. of Doyle
    Order Setting CMC
    Intial Court Forms
    Complaint
    Certification of Interested Entities
    Notice of Pendency of Other Action
    Ex Parte Motion for TRO
    Memo ISO TRO
    Proposed TRO
    Decl. of Notice
    Decl. of Bressler

ON: MACK HEALTH, DISABILITY AND
    LIFE BENEFITS FOR UAW EMPLOYEES

AT: 2100 MACK BLVD.
    ALLENTOWN PA 18103

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

RICAHRD L. DERR
WHOSE TITLE IS: AUTHORIZED AGENT TO ACCEPT/ SENIOR COUNSEL

| RAPID LEGAL INC.<br>1199 MONTEREY PASS ROAD<br>MONTEREY PARK, CA 91754<br>323-526-7300 FAX 323-526-7377 | d. Registered California process server<br>(1) [ ] Employee or [ X ] Independent Contractor<br>(2) Registration No. 1107<br>(3) County: LOS ANGELES<br>(4) Expiration: 2/9/09 |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 09/21/07                             >   CONTINUED ON THE NEXT PAGE
                                                        SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| LINDA LYE   SBN 215584<br>ALTSHULER BERZON LLP<br>177 POST STREET STE 300<br>SAN FRANCISCO CA 94108 | 415-421-7151<br><br>Ref. No. or File No.<br>0032.009 | |
| ATTORNEY FOR   Plaintiff | | |

Insert name of court and name of judicial district and branch if any.
District Court Northern District, San Francis
450 Golden Gate Ave San Francisco CA 94102

SHORT TITLE OF CASE:
Robert Evitt, et al. v Mack Trucks, Inc., et al.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 572894 | | | | C074830VRW |

ON: 09/21/07    AT: 09:40 AM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED
STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE
RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

PERSON SERVING: TERESA MINZOLA         FEE FOR SERVICE:    269.50

RAPID LEGAL INC.                    d. Registered California process server
1199 MONTEREY PASS ROAD             (1) [ ] Employee or [ X ] Independent Contractor
MONTEREY PARK, CA 91754             (2) Registration No. 1107
323-526-7300 FAX 323-526-7377       (3) County: LOS ANGELES
                                    (4) Expiration: 2/9/09

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 09/21/07                              SIGNATURE