1  JOHN C. KLOOSTERMAN, Bar No. 182625
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street, 20th Floor
3  San Francisco, CA 94108.2693
   Telephone:   415.433.1940
4  Facsimile:   415.399.8490
   E-mail: jkloosterman@littler.com
5
   Attorneys for Defendants
6  MACK TRUCKS, INC.; MACK HEALTH,
   DISABILITY AND LIFE BENEFITS FOR UAW
7  EMPLOYEES

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

| ROBERT EVITT and JOEL ORTEGA, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MACK TRUCKS, INC. and MACK HEALTH, DISABILITY AND LIFE BENEFITS FOR UAW EMPLOYEES,<br><br>Defendant. | Case No. C-07-4830 VRW<br><br>**NOTICE OF APPEARANCE** |
|---|---|

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE OF APPEARANCE
(NO. C-07-4830 VRW)

PLEASE TAKE NOTICE that JOHN C. KLOOSTERMAN hereby enters his appearance as attorney of record in the above-captioned case. Please send or email copies of all future pleadings and correspondence and all communications to and from the Court concerning this matter to John Kloosterman, Littler Mendelson, 650 California Street, 20th Floor, San Francisco, California, 94108-2693, or jkloosterman@littler.com.

Dated: September 26, 2007

                                /S/
JOHN C. KLOOSTERMAN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
MACK TRUCKS, INC.; MACK HEALTH, DISABILITY AND LIFE BENEFITS FOR UAW EMPLOYEES

Firmwide:83158474.1 800000.3500

NOTICE OF APPEARANCE
(NO. C-07-4830 VRW)            -1-