FRED H. ALTSHULER (SBN 43878)
LINDA LYE (SBN 215584)
JAMIE L. CROOK (SBN 245757)
  (Application for Admission pending)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California  94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: faltshuler@altshulerberzon.com
E-Mail: llye@altshulerberzon.com
E-Mail: jcrook@altshulerberzon.com

*Attorneys for Plaintiffs Robert M. Evitt, Sr.,
Joel Ortega, Loretta Evitt, and
the proposed Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ROBERT M. EVITT, Sr., JOEL ORTEGA, and LORRETTA EVITT on behalf of themselves and a class of those similarly situated,<br><br>              Plaintiffs,<br><br>       v.<br><br>MACK TRUCKS, INC. and MACK HEALTH, DISABILITY AND LIFE BENEFITS FOR UAW EMPLOYEES,<br><br>              Defendants. | **Case No. C-07-4830-VRW**<br><br>**CLASS ACTION**<br><br>**DECLARATION OF LORETTA R. EVITT IN SUPPORT OF PRELIMINARY INJUNCTION** |

DECLARATION OF LORETTA R. EVITT, Case No. C-07-4830-VRW

I, Loretta R. Evitt, declare as follows:

1. I am married to Robert Evitt, a retiree of Mack Trucks, Inc. Since my husband retired, I have received healthcare benefits provided by Mack Trucks as the dependent of a Mack Trucks retiree. I live in Hayward, California.

2. I am 76 years old.

3. I regularly visit doctors in Hayward and Union City, California. I purchase prescription medications at the Kaiser pharmacy in Hayward.

4. I worked as a spot welder for Eimac, which later became part of Varian, in San Carlos, California, from 1967 until my retirement in 1993. I do not receive any retiree health benefits from Varian.

5. My husband worked for Mack Trucks from 1966 until approximately 1980. He retired in 1993. While employed with Mack Trucks he was represented by the union that represents Mack employees, the United Auto Workers ("UAW"). He is now a retiree member of the UAW.

6. Before my husband retired, we thought that Mack Trucks would provide our health insurance for the rest of our lives. This gave us peace of mind that we would be able to receive complete medical care during our retirement. We relied on that promise of lifetime health care, and we really need it because without it we could not afford the health care we need.

7. Now that Mack Trucks is threatening to take away our health care, I'm frustrated and scared. As you get older you start to have more medical problems, and I worry that I will need serious medical care in the future that we will be unable to afford without the healthcare coverage that Mack Trucks currently provides. The uncertainty about whether Mack Trucks will continue to cover us in the future is causing me extreme anxiety.

8. I regularly see a gynecologist for female troubles and an orthopaedic surgeon for a hand injury. I also see my medical doctor for high blood pressure. I take three prescription medications that I cannot stop taking without threatening my health.

9. My doctor is still trying to diagnose my female troubles. I don't know how this will come out, and I may need costly medical care after my doctor finally makes a diagnosis. I may also

1  need surgery for my hand injury. I do not know how we could pay for these and other necessary
2  medical services without our current health insurance.
3       10.    My husband and I cannot afford to purchase health insurance on our fixed
4  monthly income. And if we weren't covered by insurance, we would not be able to pay out of
5  pocket for major medical expenses in the event that one of us needed surgery or hospitalization.
6       I declare under penalty of perjury under the laws of the United States and the State of
7  California that the foregoing is true and correct to the best of my knowledge.
8       Executed at Hayward, California, this 24 day of September, 2007.

        /s/ Loretta R. Evitt
        Loretta R. Evitt

DECLARATION OF LORETTA R. EVITT, Case No. C-07-4830-VRW            2