Fred H. Altshuler (SBN 43878)
Linda Lye (SBN 215584)
Jamie L. Crook (SBN 245757)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94109
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: faltshuler@altshuleberzon.com
E-Mail: llye@altshulerberzon.com
E-Mail: jcrook@altshulerberzon.com

*Attorneys for Plaintiffs Robert M. Evitt, Sr.,
Joel Ortega, Loretta Evitt, and
the proposed Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ROBERT M. EVITT, Sr., JOEL ORTEGA, and LORETTA EVITT, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MACK TRUCKS, INC., AND MACK HEALTH, DISABILITY, AND LIFE BENEFITS FOR UAW EMPLOYEES PLAN,<br><br>Defendants. | **Case No. C-07-4830 VRW**<br><br>**CLASS ACTION**<br><br>**[PROPOSED] PRELIMINARY INJUNCTION** |

The above-captioned matter came before the Court on Plaintiffs' motion for a preliminary injunction. Upon consideration of Plaintiffs' motion, the evidence and legal arguments, and for good cause shown, Plaintiffs' motion for a Preliminary Injunction is GRANTED.

The Court finds that Plaintiffs have demonstrated a likelihood of success on the merits of their claims that any reduction or termination in their existing healthcare benefits without their consent violates Section 301 of the Labor-Management Relations Act ("LMRA"), 29 U.S.C. § 185(a), and Section 502 of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1132. The Court further finds that Plaintiffs have demonstrated that the balance of harms tips sharply in their favor because Plaintiffs and the members of the proposed class would suffer irreparable harm if Defendants were not enjoined from reducing or terminating Plaintiffs' benefits under the Mack Health, Disability and Life Benefits for UAW Employees Plan, whereas Defendant Mack Trucks, Inc. ("Mack") and Defendant Mack Health, Disability and Life Benefits for UAW Employees ("Mack Plan") will suffer no real harm if they are temporarily prohibited from implementing any modifications in Plaintiffs' health insurance coverage pending consideration of Plaintiffs' claims.

Accordingly, IT IS HEREBY ORDERED that

(1) The following class is hereby conditionally certified for purposes of this Preliminary Injunction: all persons who are retirees of Mack, their surviving spouses, or their dependents, and who are currently receiving medical benefits under the Mack Plan;

(2) Defendants MACK and MACK PLAN, their officers, agents, servants, employees, and attorneys, and all persons acting by, through, under, or in concert with Defendant, are HEREBY ENJOINED AND RESTRAINED from making any reductions in or termination of the healthcare coverage of Plaintiffs and members of the conditionally certified class under the Mack Plan, to which Plaintiffs and members of the proposed class have not consented.

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE