JOHN C. KLOOSTERMAN, Bar No. 182625
ELIZABETH C. YOUNG, Bar No. 245400
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone:  415.433.1940
Facsimile:  415.399.8490
E-mail: jkloosterman@littler.com
           eyoung@littler.com

Attorneys for Defendants
MACK TRUCKS, INC.; MACK HEALTH, DISABILITY AND LIFE BENEFITS FOR UAW EMPLOYEES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT EVITT and JOEL ORTEGA, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MACK TRUCKS, INC. and MACK HEALTH, DISABILITY AND LIFE BENEFITS FOR UAW EMPLOYEES,<br><br>Defendant. | Case No. C-07-4830 VRW<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>Date: November 1, 2007<br>Time: 2:30<br>Place: Courtroom 6<br>Judge: Hon. Vaughn R. Walker |

PLEASE TAKE NOTICE that pursuant to Rule 7-2 of the Local Rules for the United States District Court for the Northern District of California, as amended, Defendants MACK TRUCKS, INC. and MACK HEALTH, DISABILITY AND LIFE BENEFITS FOR UAW EMPLOYEES ("Defendants"), by and through its attorneys of record, Littler Mendelson, a professional corporation, give notice that on November 1, 2007, at 2:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom Six of the U.S. District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, Defendants will and do move the Court for an order transferring venue of this case from the Northern District of California to the Eastern District of Pennsylvania. This motion will be based on this Notice of Motion and

MOTION TO TRANSFER VENUE
(NO. C-07-4830 VRW)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

1 Motion, the accompanying Memorandum of Points and Authorities in support thereof, the
2 accompanying Declarations of Paul L. Vikner, Sharon Correll and John C. Kloosterman, the
3 accompanying Request for Judicial Notice, and such further and additional arguments and papers
4 that may be presented to the Court at or before the hearing on this motion.

5     Accordingly, Defendants request an order dismissing, staying or transferring this case
6 from the Northern District of California to the Eastern District of Pennsylvania.

7 Dated: October 8, 2007

/s/
John C. Kloosterman
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
MACK TRUCKS, INC. AND MACK
HEALTH, DISABILITY AND LIFE
BENEFITS FOR UAW EMPLOYEES

Firmwide:83166908.2 800000.3500

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

MOTION TO TRANSFER VENUE (NO. C-07-4830 VRW)   2.