JOHN C. KLOOSTERMAN, Bar No. 182625
ELIZABETH C. YOUNG, Bar No. 245400
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: jkloosterman@littler.com
eyoung@littler.com

Attorneys for Defendants
MACK TRUCKS, INC.; MACK HEALTH,
DISABILITY AND LIFE BENEFITS FOR UAW
EMPLOYEES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT EVITT and JOEL ORTEGA, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MACK TRUCKS, INC. and MACK HEALTH, DISABILITY AND LIFE BENEFITS FOR UAW EMPLOYEES,<br><br>Defendant. | Case No. C-07-4830 VRW<br><br>**DECLARATION OF JOHN KLOOSTERMAN IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)** |

I, John C. Kloosterman, hereby declare and state:

1. I am a shareholder in the firm of Littler Mendelson PC, am licensed to practice before this Court and am counsel of record for Defendants in this matter. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify, could testify thereto.

2. The distances between Allentown, PA, Reading, PA, Detroit, MI and San Francisco, CA were obtained using Google Maps (http://maps.google.com/maps). Google Maps indicated that Allentown is 34.8 miles from Reading and 2,846 miles from San Francisco. Google Maps also indicated that Detroit is 539 miles from Reading and 2,397 miles from San Francisco. Similarly, Google Maps provided a scale that allowed us to draw a 250 mile radius around Reading,

DECL. OF KLOOSTERMAN ISO MOTION
TO TRANSFER VENUE

(NO. C-07-4830 VRW)

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

1  PA. That radius encompassed Pennsylvania, Maryland, Delaware, the District of Columbia, New
2  Jersey and Connecticut, and large portions of Virginia, West Virginia, New York, Massachusetts and
3  Rhode Island.
4        3. Comparing Mack's retiree zip code data to a listing of zip codes by county
5  and comparing that result to the counties encompassed in the Northern District of California (28
6  U.S.C. §84(a)) and the Eastern District of Pennsylvania (28 U.S.C. §118(a)), resulted in a
7  determination that 5 retirees and 8 surviving spouses reside within the Northern District of California
8  and that 1,860 retirees and 606 surviving spouses reside in the Eastern District of Pennsylvania.
9        I have read this Declaration and declare under penalty of perjury under the laws of the
10 United States of America and the State of California, that it is true and correct.
11 Dated: October 8, 2007

                                /s/
                          JOHN C. KLOOSTERMAN

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECL. OF KLOOSTERMAN ISO MOTION
TO TRANSFER VENUE       2.       (NO. C-07-4830 VRW)