JOHN C. KLOOSTERMAN, Bar No. 182625
ELIZABETH C. YOUNG, Bar No. 245400
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490
E-mail: jkloosterman@littler.com

Attorneys for Defendants
MACK TRUCKS, INC.; MACK HEALTH,
DISABILITY AND LIFE BENEFITS FOR UAW
EMPLOYEES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT EVITT and JOEL ORTEGA, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MACK TRUCKS, INC. and MACK HEALTH, DISABILITY AND LIFE BENEFITS FOR UAW EMPLOYEES,<br><br>Defendant. | Case No. C-07-4830 VRW<br><br>DECLARATION OF PAUL L. VIKNER IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a) |

I, Paul L. Vikner, hereby declare and state:

1.   I am the President and Chief Executive Officer of Mack Tucks, Inc. My office is located at 2100 Mack Boulevard, Allentown, P.A. 18103. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify, could testify thereto.

2.   Mack Trucks, Inc. ("Mack") is a truck manufacturing company, headquartered in Allentown, Pennsylvania. Mack's main assembly facility is located in Macungie, Pennsylvania. Mack's Engineering Development and Test Center is located in Allentown, and the Remanufacturing Center is located in Middletown, Pennsylvania. Mack's engine and transmission manufacturing facility is located in Hagerstown, Maryland. Mack has Parts Distribution Centers

1  located in Maryland, Illinois, Florida, Texas, and Nevada. Mack's Regional Sales offices are located in Pennsylvania, Georgia, Illinois, Texas, and Washington. Mack does not have any facilities, offices, or places of businesses in California. Mack used to have a facility in Hayward, California, but that facility closed in 1980.

3. The 2004 Master Collective Bargaining Agreement between Mack and the United Automobile, Aerospace and Agricultural Implement Workers of America, UAW ("UAW") provides for the Mack Health, Disability, and Life Benefits For UAW Employees Plan ("the Plan"), an insurance program that includes healthcare benefits for retirees. The Plan provides healthcare benefits to all Mack retirees and their spouses and dependents, as well as all surviving spouses and dependents of deceased retirees. The 2004 Master Agreement was set to expire by its own terms on October 1, 2007 but has been extended to October 31, 2007, pursuant to an agreement between Mack and the UAW. The Plan is administered in Allentown, Pennsylvania.

4. The 2004 Master Agreement was negotiated in King of Prussia, Pennsylvania.

I have read this Declaration and declare under penalty of perjury under the laws of the United States of America and the State of California, that it is true and correct.

Dated: October 8, 2007

_____
PAUL L. VIKNER

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECL. OF PAUL L. VIKNER ISO MOTION
TO TRANSFER VENUE                                  2.                                    (NO. C-07-4830 VRW)