JOHN C. KLOOSTERMAN, Bar No. 182625
ELIZABETH C. YOUNG, Bar No. 245400
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490
E-mail: jkloosterman@littler.com
E-mail: eyoung@littler.com

Attorneys for Defendants
MACK TRUCKS, INC.; MACK HEALTH,
DISABILITY AND LIFE BENEFITS FOR UAW
EMPLOYEES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT EVITT and JOEL ORTEGA, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MACK TRUCKS, INC. and MACK HEALTH, DISABILITY AND LIFE BENEFITS FOR UAW EMPLOYEES,<br><br>Defendant. | Case No. C-07-4830 VRW<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** |

Defendants MACK TRUCKS, INC. and MACK HEALTH, DISABILITY AND LIFE BENEFITS FOR UAW EMPLOYEES hereby submit the following request for judicial notice:

1. Attached hereto as Exhibit A is a true and correct copy of an Action for Declaratory Judgment, Civil Action No. 07-3737 TMG, Mack Trucks, Inc. v. UAW, *et al.*, filed in the United States District Court For the Eastern District of Pennsylvania on September 7, 2007. Defendants respectfully requests that the Court take judicial notice of this Complaint pursuant to Federal Rule Evidence Code section 201, which allows the Court to take notice of adjudicative facts which are facts either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably

REQUEST FOR JUDICIAL NOTICE
(NO. C-07-4830 VRW)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

1  be questioned.

2  Dated: October 8, 2007

4                                          /s/
5                                          JOHN C. KLOOSTERMAN
                                           LITTLER MENDELSON
                                           A Professional Corporation
6                                          Attorneys for Defendants
                                           MACK TRUCKS, INC. AND MACK
7                                          HEALTH, DISABILITY AND LIFE
                                           BENEFITS FOR UAW EMPLOYEES

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

REQUEST FOR JUDICIAL NOTICE (NO. C-07-4830 VRW)                2.