1  JOHN C. KLOOSTERMAN, Bar No. 182625
   ELIZABETH C. YOUNG, Bar No. 245400
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:   415.433.1940
   Facsimile:   415.399.8490
5  E-mail: jkloosterman@littler.com

6  Attorneys for Defendants
   MACK TRUCKS, INC.; MACK HEALTH,
7  DISABILITY AND LIFE BENEFITS FOR UAW
   EMPLOYEES
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 ROBERT EVITT and JOEL ORTEGA, on          Case No.  C-07-4830 VRW
   behalf of themselves and a class of those
13 similarly situated,                       DECLARATION OF SHARON CORRELL
                                             IN SUPPORT OF DEFENDANT'S
14              Plaintiff,                   MOTION TO TRANSFER VENUE
                                             PURSUANT TO 28 U.S.C. § 1404(a)
15       v.

16 MACK TRUCKS, INC. and MACK
   HEALTH, DISABILITY AND LIFE
17 BENEFITS FOR UAW EMPLOYEES,

18              Defendant.

19

20       I, Sharon Correll, hereby declare and state:

21       1.    I am the Manager of Health and Insured Benefits of Mack Tucks, Inc.  My

22 office is located at 2100 Mack Boulevard, Allentown, PA 18103.  I have personal knowledge of the

23 facts set forth in this declaration, and if called upon to testify, could testify thereto.

24       2.    Attached hereto as Exhibit A is a listing of the number of UAW retirees and

25 UAW surviving spouses by zip code as of July 3, 2007.  This listing was compiled using the

26 residence information contained in our business records.

27       I have read this Declaration and declare under penalty of perjury under the laws of the

28

DECL. OF SHARON CORRELL ISO                                          (NO. C-07-4830 VRW)
MOTION TO TRANSFER VENUE

1 | United States of America and the State of California, that it is true and correct.

2 | Dated: October 8, 2007

_____
SHARON CORRELL

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECL. OF SHARON CORRELL ISO
MOTION TO TRANSFER VENUE             2.                              (NO. C-07-4830 VRW)