# EXHIBIT A
# PART 1

REPORT NO. MHRB7730-01
WORLD HEADQUARTERS IRM

RESIDENTS BY ZIP CODE
UAW RETIREES

DATE: 07/03/2007
PAGE: 69

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 03220 | NH | 1 |
| 04441 | ME | 1 |
| 07060 | NJ | 8 |
| 07063 | NJ | 3 |
| 07076 | NJ | 1 |
| 07080 | NJ | 7 |
| 07081 | NJ | 1 |
| 07083 | NJ | 1 |
| 07823 | NJ | 2 |
| 07829 | NJ | 1 |
| 07863 | NJ | 1 |
| 07921 | NJ | 1 |
| 07933 | NJ | 1 |
| 08005 | NJ | 2 |
| 08021 | NJ | 1 |
| 08204 | NJ | 1 |
| 08330 | NJ | 1 |
| 08534 | NJ | 1 |
| 08551 | NJ | 2 |
| 08628 | NJ | 1 |
| 08701 | NJ | 1 |
| 08757 | NJ | 4 |
| 08759 | NJ | 3 |
| 08805 | NJ | 4 |
| 08807 | NJ | 5 |

REPORT NO. MHRB7730-01
WORLD HEADQUARTERS IRM

RESIDENTS BY ZIP CODE
UAW RETIREES

DATE: 07/03/2007
PAGE: 70

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 08810 | NJ | 1 |
| 08812 | NJ | 3 |
| 08817 | NJ |  |
| 08822 | NJ | 4 |
| 08824 | NJ | 1 |
| 08825 | NJ | 1 |
| 08827 | NJ | 1 |
| 08829 | NJ | 2 |
| 08833 | NJ | 1 |
| 08835 | NJ | 4 |
| 08837 | NJ | 1 |
| 08840 | NJ | 2 |
| 08844 | NJ | 3 |
| 08846 | NJ | 8 |
| 08850 | NJ | 1 |
| 08854 | NJ | 12 |
| 08857 | NJ | 1 |
| 08865 | NJ | 3 |
| 08867 | NJ | 2 |
| 08869 | NJ | 6 |
| 08873 | NJ | 3 |
| 08876 | NJ | 9 |
| 08880 | NJ | 1 |
| 08884 | NJ | 1 |
| 08889 | NJ | 3 |
| 08901 | NJ | 1 |

REPORT NO. MHRB7730-01
WORLD HEADQUARTERS IRM

RESIDENTS BY ZIP CODE
UAW RETIREES

DATE: 07/03/2007
PAGE: 71

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 08902 | NJ | 1 |
| 12732 | NY | 1 |
| 12953 | NY | 1 |
| 13045 | NY | 2 |
| 13069 | NY | 1 |
| 13077 | NY | 1 |
| 13124 | NY | 1 |
| 13142 | NY | 1 |
| 14692 | NY | 1 |
| 15078 | PA | 1 |
| 15131 | PA | 1 |
| 15237 | PA | 1 |
| 15401 | PA | 1 |
| 15521 | PA | 1 |
| 15538 | PA | 1 |
| 15538 | PA | 2 |
| 15545 | PA | 1 |
| 15562 | PA | 1 |
| 15865 | PA | 1 |
| 15904 | PA | 1 |
| 15906 | PA | 1 |
| 15926 | PA | 1 |
| 16101 | PA | 2 |
| 16239 | PA | 2 |
| 16602 | PA | 1 |
| 16640 | PA | 1 |

REPORT NO. MHRB7730-01
WORLD HEADQUARTERS IRM

RESIDENTS BY ZIP CODE
UAW RETIREES

DATE: 07/03/2007
PAGE: 72

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 16668 | PA | 1 |
| 16720 | PA | 1 |
| 16915 | PA | 1 |
| 16923 | PA | 1 |
| 17019 | PA | 3 |
| 17023 | PA | 1 |
| 17025 | PA | 1 |
| 17034 | PA | 1 |
| 17042 | PA | 2 |
| 17045 | PA | 1 |
| 17050 | PA | 1 |
| 17051 | PA | 1 |
| 17057 | PA | 1 |
| 17060 | PA | 1 |
| 17066 | PA | 5 |
| 17090 | PA | 1 |
| 17093 | PA | 1 |
| 17105 | PA | 3 |
| 17110 | PA | 2 |
| 17113 | PA | 1 |
| 17201 | PA | 79 |
| 17211 | PA | 3 |
| 17213 | PA | 1 |
| 17214 | PA | 7 |
| 17221 | PA | 1 |
| 17222 | PA | 24 |

```
REPORT NO. MHRB7730-01                    RESIDENTS BY ZIP CODE                    DATE: 07/03/2007
WORLD HEADQUARTERS IRM                         UAW RETIREES                         PAGE: 73
```

| ZIP CODE | STATE | RESIDENTS |
|----------|-------|-----------|
| 17223 | PA | 1 |
| 17224 | PA | 7 |
| 17225 | PA | 159 |
| 17228 | PA | 2 |
| 17229 | PA | 3 |
| 17233 | PA | 2 |
| 17235 | PA | 3 |
| 17236 | PA | 23 |
| 17237 | PA | 12 |
| 17238 | PA | 9 |
| 17244 | PA | 2 |
| 17247 | PA | 4 |
| 17250 | PA | 6 |
| 17252 | PA | 5 |
| 17255 | PA | 1 |
| 17256 | PA | 1 |
| 17257 | PA | 9 |
| 17260 | PA | 1 |
| 17263 | PA | 24 |
| 17267 | PA | 17 |
| 17268 | PA | 140 |
| 17272 | PA | 3 |
| 17275 | PA | 1 |
| 17310 | PA | 1 |
| 17315 | PA | 1 |
| 17319 | PA | 1 |

REPORT NO. MHRB7730-01
WORLD HEADQUARTERS IRM

RESIDENTS BY ZIP CODE
UAW RETIREES

DATE: 07/03/2007
PAGE: 74

| ZIP CODE | STATE | RESIDENTS |
|----------|-------|-----------|
| 17320 | PA | 11 |
| 17325 | PA | 6 |
| 17340 | PA | 2 |
| 17344 | PA | 2 |
| 17345 | PA | 2 |
| 17350 | PA | 2 |
| 17353 | PA | 1 |
| 17370 | PA | 2 |
| 17402 | PA | 1 |
| 17602 | PA | 1 |
| 17729 | PA | 1 |
| 17774 | PA | 1 |
| 17801 | PA | 1 |
| 17820 | PA | 1 |
| 17846 | PA | 1 |
| 17851 | PA | 2 |
| 17870 | PA | 1 |
| 17901 | PA | 2 |
| 17931 | PA | 2 |
| 17934 | PA | 1 |
| 17948 | PA | 4 |
| 17952 | PA | 1 |
| 17959 | PA | 1 |
| 17960 | PA | 4 |
| 17976 | PA | 2 |
| 18011 | PA | 16 |

REPORT NO. MHRB7730-01
WORLD HEADQUARTERS IRM

RESIDENTS BY ZIP CODE
UAW RETIREES

DATE: 07/03/2007
PAGE: 75

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 18012 | PA | 1 |
| 18014 | PA | 22 |
| 18015 | PA | 22 |
| 18017 | PA | 26 |
| 18018 | PA | 37 |
| 18020 | PA | 7 |
| 18031 | PA | 29 |
| 18032 | PA | 36 |
| 18034 | PA | 21 |
| 18035 | PA | 1 |
| 18036 | PA | 45 |
| 18037 | PA | 38 |
| 18038 | PA | 9 |
| 18039 | PA | 1 |
| 18040 | PA | 3 |
| 18041 | PA | 2 |
| 18042 | PA | 8 |
| 18045 | PA | 9 |
| 18046 | PA | 2 |
| 18049 | PA | 90 |
| 18051 | PA | 8 |
| 18052 | PA | 118 |
| 18053 | PA | 13 |
| 18054 | PA | 1 |
| 18055 | PA | 8 |
| 18056 | PA | 1 |

REPORT NO. MHRB7730-01
WORLD HEADQUARTERS IRM

RESIDENTS BY ZIP CODE
UAW RETIREES

DATE: 07/03/2007
PAGE: 76

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 18058 | PA | 11 |
| 18059 | PA | 6 |
| 18060 | PA | 2 |
| 18062 | PA | 71 |
| 18064 | PA | 13 |
| 18065 | PA | 4 |
| 18066 | PA | 28 |
| 18067 | PA | 79 |
| 18068 | PA | 2 |
| 18069 | PA | 26 |
| 18070 | PA | 2 |
| 18071 | PA | 17 |
| 18073 | PA | 3 |
| 18074 | PA | 1 |
| 18076 | PA | 2 |
| 18077 | PA | 1 |
| 18078 | PA | 32 |
| 18079 | PA | 3 |
| 18080 | PA | 55 |
| 18086 | PA | 3 |
| 18087 | PA | 3 |
| 18088 | PA | 39 |
| 18091 | PA | 2 |
| 18092 | PA | 12 |
| 18101 | PA | 1 |
| 18102 | PA | 71 |

REPORT NO. MHRB7730-01
WORLD HEADQUARTERS IRM

RESIDENTS BY ZIP CODE
UAW RETIREES

DATE: 07/03/2007
PAGE: 77

| ZIP CODE | STATE | RESIDENTS |
|----------|-------|-----------|
| 18103 | PA | 241 |
| 18104 | PA | 140 |
| 18105 | PA | 1 |
| 18106 | PA | 27 |
| 18109 | PA | 22 |
| 18201 | PA | 9 |
| 18202 | PA | 2 |
| 18210 | PA | 2 |
| 18211 | PA | 4 |
| 18214 | PA | 5 |
| 18216 | PA | 3 |
| 18224 | PA | 2 |
| 18218 | PA | 3 |
| 18229 | PA | 27 |
| 18232 | PA | 8 |
| 18235 | PA | 40 |
| 18237 | PA | 4 |
| 18240 | PA | 21 |
| 18247 | PA | 1 |
| 18249 | PA | 1 |
| 18250 | PA | 9 |
| 18252 | PA | 16 |
| 18254 | PA | 1 |
| 18255 | PA | 1 |
| 18302 | PA | 1 |
| 18328 | PA | 3 |

REPORT NO. MHRB7730-01
WORLD HEADQUARTERS IRM

RESIDENTS BY ZIP CODE
UAW RETIREES

DATE: 07/03/2007
PAGE: 78

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 18330 | PA | 5 |
| 18331 | PA | 1 |
| 18353 | PA | 1 |
| 18360 | PA | 2 |
| 18411 | PA | 2 |
| 18424 | PA | 1 |
| 18426 | PA | 2 |
| 18428 | PA | 1 |
| 18436 | PA | 2 |
| 18438 | PA | 1 |
| 18445 | PA | 1 |
| 18464 | PA | 3 |
| 18603 | PA | 1 |
| 18610 | PA | |
| 18623 | PA | 1 |
| 18661 | PA | 2 |
| 18702 | PA | 1 |
| 18707 | PA | 1 |
| 18844 | PA | 1 |
| 18912 | PA | 1 |
| 18930 | PA | 1 |
| 18940 | PA | 10 |
| 18951 | PA | 1 |
| 18960 | PA | |

REPORT NO. MHR87730-01
WORLD HEADQUARTERS IRM

RESIDENTS BY ZIP CODE
UAW RETIREES

DATE: 07/03/2007
PAGE: 79

| ZIP CODE | STATE | RESIDENTS |
|----------|-------|-----------|
| 19027 | PA | 1 |
| 19064 | PA | 1 |
| 19067 | PA | 1 |
| 19344 | PA | 1 |
| 19426 | PA | 1 |
| 19435 | PA | 1 |
| 19503 | PA | 1 |
| 19504 | PA | 3 |
| 19505 | PA | 1 |
| 19510 | PA | 1 |
| 19512 | PA | 2 |
| 19522 | PA | 10 |
| 19526 | PA | 3 |
| 19529 | PA | 12 |
| 19530 | PA | 14 |
| 19533 | PA | 1 |
| 19534 | PA | 4 |
| 19539 | PA | 2 |
| 19547 | PA | 1 |
| 19554 | PA | 1 |
| 19567 | PA | 1 |
| 19562 | PA | 7 |
| 19605 | PA | 1 |
| 19606 | PA | 1 |
| 19966 | DE | 4 |
| 19968 | DE | 1 |

REPORT NO. MHRB7730-01
WORLD HEADQUARTERS IRM

RESIDENTS BY ZIP CODE
UAW RETIREES

DATE: 07/03/2007
PAGE: 80

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 19970 | DE | 1 |
| 20855 | MD | 1 |
| 21016 | MD | 2 |
| 21032 | MD | 1 |
| 21054 | MD | 1 |
| 21061 | MD | 1 |
| 21114 | MD | 1 |
| 21146 | MD | 1 |
| 21122 | MD | 1 |
| 21144 | MD | 1 |
| 21226 | MD | 1 |
| 21157 | MD | 1 |
| 21230 | MD | 1 |
| 21502 | MD | 1 |
| 21530 | MD | 1 |
| 21532 | MD | 2 |
| 21541 | MD | 1 |
| 21619 | MD | 1 |
| 21666 | MD | 1 |
| 21701 | MD | 4 |
| 21711 | MD | 4 |
| 21713 | MD | 41 |
| 21719 | MD | 5 |
| 21720 | MD | 1 |
| 21722 | MD | 51 |
| 21727 | MD | 1 |