# EXHIBIT A
# PART 2

```
REPORT NO. MHRB7730-01                    RESIDENTS BY ZIP CODE                    DATE: 07/03/2007
WORLD HEADQUARTERS IRM                         UAW RETIREES                        PAGE:       81
```

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 21733 | MD | 10 |
| 21734 | MD | 5 |
| 21738 | MD | 1 |
| 21740 | MD | 323 |
| 21741 | MD | 3 |
| 21742 | MD | 163 |
| 21746 | MD | 1 |
| 21750 | MD | 31 |
| 21755 | MD | 3 |
| 21756 | MD | 6 |
| 21766 | MD | 2 |
| 21767 | MD | 25 |
| 21769 | MD | 2 |
| 21773 | MD | 1 |
| 21780 | MD | 3 |
| 21782 | MD | 19 |
| 21783 | MD | 51 |
| 21788 | MD | 2 |
| 21793 | MD | 1 |
| 21795 | MD | 62 |
| 21842 | MD | 1 |
| 22025 | VA | 1 |
| 22546 | VA | 1 |
| 22604 | VA | 1 |
| 22802 | VA | 1 |
| 22844 | VA | 2 |

REPORT NO. MHRB7730-01  
WORLD HEADQUARTERS IRM

RESIDENTS BY ZIP CODE  
UAW RETIREES

DATE: 07/03/2007  
PAGE: 82

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 23898 | VA | 1 |
| 23936 | VA | 1 |
| 24073 | VA | 1 |
| 24141 | VA | 1 |
| 24312 | VA | 1 |
| 24401 | VA | 2 |
| 24476 | VA | 1 |
| 24556 | VA | 1 |
| 25401 | WV | 32 |
| 25403 | WV | 4 |
| 25404 | WV | 11 |
| 25411 | WV | 25 |
| 25413 | WV | 4 |
| 25414 | WV | 3 |
| 25419 | WV | 30 |
| 25420 | WV | 3 |
| 25421 | WV | 1 |
| 25422 | WV | 9 |
| 25425 | WV | 2 |
| 25427 | WV | 15 |
| 25428 | WV | 6 |
| 25430 | WV | 4 |
| 25438 | WV | 1 |
| 25442 | WV | 2 |
| 26287 | WV | 1 |
| 26288 | WV | 1 |

```
REPORT NO. MHRB7730-01                    RESIDENTS BY ZIP CODE                    DATE: 07/03/2007
WORLD HEADQUARTERS IRM                        UAW RETIREES                         PAGE:    83
```

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 26422 | WV | 1 |
| 26554 | WV | 1 |
| 26570 | WV | 1 |
| 26582 | WV | 1 |
| 26739 | WV | 1 |
| 26755 | WV | 1 |
| 26757 | WV | 1 |
| 26802 | WV | 1 |
| 26851 | WV | 1 |
| 27217 | NC | 1 |
| 27302 | NC | 1 |
| 27455 | NC | 1 |
| 27511 | NC | 1 |
| 27513 | NC | 1 |
| 27521 | NC | 1 |
| 27576 | NC | 1 |
| 28056 | NC | 1 |
| 28304 | NC | 1 |
| 28374 | NC | 1 |
| 28387 | NC | 1 |
| 28470 | NC | 1 |
| 28512 | NC | 1 |
| 28560 | NC | 1 |
| 28585 | NC | 1 |
| 28586 | NC | 1 |
| 28609 | NC | 1 |

```
REPORT NO. MHRB7730-01                      RESIDENTS BY ZIP CODE              DATE: 07/03/2007
WORLD HEADQUARTERS IRM                          UAW RETIREES                   PAGE:       84
```

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 28655 | NC | 2 |
| 28763 | NC | 1 |
| 29014 | SC | 1 |
| 29015 | SC | 4 |
| 29016 | SC | 7 |
| 29018 | SC | 1 |
| 29020 | SC | 3 |
| 29032 | SC | 1 |
| 29036 | SC | 7 |
| 29037 | SC | 1 |
| 29045 | SC | 8 |
| 29053 | SC | 1 |
| 29054 | SC | 1 |
| 29055 | SC | 7 |
| 29058 | SC | 3 |
| 29061 | SC | 3 |
| 29063 | SC | 4 |
| 29067 | SC | 2 |
| 29071 | SC | 1 |
| 29072 | SC | 3 |
| 29073 | SC | 4 |
| 29075 | SC | 1 |
| 29078 | SC | 21 |
| 29102 | SC | 2 |
| 29115 | SC | 1 |
| 29118 | SC | 1 |

REPORT NO. MHRB7730-01
WORLD HEADQUARTERS IRM

RESIDENTS BY ZIP CODE
UAW RETIREES

DATE: 07/03/2007
PAGE: 85

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 29126 | SC | 1 |
| 29127 | SC | 1 |
| 29130 | SC | 4 |
| 29150 | SC | 2 |
| 29169 | SC | 1 |
| 29170 | SC | 6 |
| 29171 | SC | 1 |
| 29172 | SC | 2 |
| 29180 | SC | 48 |
| 29203 | SC | 3 |
| 29204 | SC | 2 |
| 29205 | SC | 8 |
| 29206 | SC | 3 |
| 29209 | SC | 2 |
| 29210 | SC | 5 |
| 29212 | SC | 4 |
| 29221 | SC | 1 |
| 29223 | SC | 12 |
| 29229 | SC | 10 |
| 29303 | SC | 1 |
| 29330 | SC | 1 |
| 29379 | SC | 1 |
| 29453 | SC | 1 |
| 29483 | SC | 1 |
| 29505 | SC | 1 |
| 29526 | SC | 1 |

REPORT NO. MHRB7730-01
WORLD HEADQUARTERS IRM

RESIDENTS BY ZIP CODE
UAW RETIREES

DATE: 07/03/2007
PAGE: 86

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 29527 | SC | 1 |
| 29575 | SC | 2 |
| 29576 | SC | 3 |
| 29577 | SC | 1 |
| 29588 | SC | 5 |
| 29666 | SC | 1 |
| 29706 | SC | 4 |
| 29708 | SC | 1 |
| 29712 | SC | 1 |
| 29720 | SC | 7 |
| 29726 | SC | 1 |
| 29730 | SC | 8 |
| 29732 | SC | 1 |
| 30004 | GA | 1 |
| 30041 | GA | 1 |
| 30082 | GA | 1 |
| 30122 | GA | 2 |
| 30125 | GA | 1 |
| 30126 | GA | 1 |
| 30127 | GA | 2 |
| 30134 | GA | 3 |
| 30135 | GA | 2 |
| 30179 | GA | 1 |
| 30214 | GA | 1 |
| 30236 | GA | 1 |
| 30248 | GA | 1 |

```
REPORT NO. MHRB7730-01                RESIDENTS BY ZIP CODE                DATE: 07/03/2007
WORLD HEADQUARTERS IRM                    UAW RETIREES                     PAGE: 87
```

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 30253 | GA | 1 |
| 30269 | GA | 1 |
| 30274 | GA | 1 |
| 30296 | GA | 1 |
| 30344 | GA | 1 |
| 30349 | GA | 1 |
| 30582 | GA | 1 |
| 31024 | GA | 1 |
| 31750 | GA | 1 |
| 32019 | FL | 1 |
| 32043 | FL | 1 |
| 32044 | FL | 1 |
| 32117 | FL | 1 |
| 32118 | FL | 1 |
| 32119 | FL | 2 |
| 32127 | FL | 1 |
| 32129 | FL | 1 |
| 32141 | FL | 1 |
| 32159 | FL | 1 |
| 32162 | FL | 3 |
| 32164 | FL | 1 |
| 32174 | FL | 3 |
| 32177 | FL | 1 |
| 32189 | FL | 1 |
| 32233 | FL | 1 |
| 32513 | FL | 1 |

REPORT NO. MHRB7730-01  
WORLD HEADQUARTERS IRM

RESIDENTS BY ZIP CODE  
UAW RETIREES

DATE: 07/03/2007  
PAGE: 88

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 32667 | FL | 1 |
| 32708 | FL | 1 |
| 32720 | FL | 1 |
| 32726 | FL | 2 |
| 32741 | FL | 1 |
| 32766 | FL | 1 |
| 32810 | FL | 1 |
| 32821 | FL | 1 |
| 32904 | FL | 1 |
| 32907 | FL | 2 |
| 32908 | FL | 1 |
| 32936 | FL | 1 |
| 32937 | FL | 1 |
| 32940 | FL | 1 |
| 32951 | FL | 1 |
| 32960 | FL | 1 |
| 32976 | FL | 2 |
| 33540 | FL | 1 |
| 33541 | FL | 1 |
| 33542 | FL | 1 |
| 33543 | FL | 1 |
| 33566 | FL | 1 |
| 33614 | FL | 1 |
| 33703 | FL | 1 |
| 33707 | FL | 1 |
| 33708 | FL | 1 |

```
REPORT NO. MHRB7730-01                    RESIDENTS BY ZIP CODE            DATE: 07/03/2007
WORLD HEADQUARTERS IRM                    UAW RETIREES                     PAGE:     89
```

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 33770 | FL | 1 |
| 33772 | FL | 2 |
| 33782 | FL | 1 |
| 33803 | FL | 1 |
| 33805 | FL | 1 |
| 33821 | FL | 1 |
| 33823 | FL | 2 |
| 33825 | FL | 1 |
| 33837 | FL | 3 |
| 33844 | FL | 1 |
| 33859 | FL | 2 |
| 33860 | FL | 1 |
| 33870 | FL | 1 |
| 33872 | FL | 2 |
| 33875 | FL | 1 |
| 33897 | FL | 1 |
| 33903 | FL | 1 |
| 33912 | FL | 1 |
| 33914 | FL | 2 |
| 33917 | FL | 3 |
| 33922 | FL | 1 |
| 33931 | FL | 1 |
| 33948 | FL | 1 |
| 33953 | FL | 1 |
| 33956 | FL | 1 |
| 33981 | FL | 1 |

```
REPORT NO. MHRB7730-01                    RESIDENTS BY ZIP CODE                    DATE: 07/03/2007
WORLD HEADQUARTERS IRM                         UAW RETIREES                        PAGE: 90
```

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 33987 | FL | 1 |
| 33993 | FL | 1 |
| 34114 | FL | 1 |
| 34135 | FL | 1 |
| 34205 | FL | 1 |
| 34207 | FL | 1 |
| 34219 | FL | 1 |
| 34232 | FL | 1 |
| 34235 | FL | 1 |
| 34251 | FL | 1 |
| 34266 | FL | 1 |
| 34269 | FL | 2 |
| 34420 | FL | 1 |
| 34429 | FL | 1 |
| 34432 | FL | 1 |
| 34436 | FL | 1 |
| 34450 | FL | 1 |
| 34453 | FL | 1 |
| 34465 | FL | 3 |
| 34472 | FL | 1 |
| 34473 | FL | 2 |
| 34474 | FL | 2 |
| 34476 | FL | 1 |
| 34481 | FL | 1 |
| 34491 | FL | 3 |
| 34497 | FL | 1 |

REPORT NO. MHRB7730-01  
WORLD HEADQUARTERS IRM

RESIDENTS BY ZIP CODE  
UAW RETIREES

DATE: 07/03/2007  
PAGE: 91

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 34606 | FL | 1 |
| 34609 | FL | 1 |
| 34661 | FL | 1 |
| 34667 | FL | 1 |
| 34668 | FL | 1 |
| 34677 | FL | 1 |
| 34684 | FL | 1 |
| 34689 | FL | 1 |
| 34698 | FL | 1 |
| 34711 | FL | 1 |
| 34748 | FL | 4 |
| 34772 | FL | 1 |
| 34788 | FL | 1 |
| 34952 | FL | 1 |
| 34974 | FL | 1 |
| 34983 | FL | 1 |
| 34990 | FL | 1 |
| 36272 | AL | 1 |
| 37743 | TN | 2 |
| 37825 | TN | 1 |
| 37857 | TN | 1 |
| 38326 | TN | 1 |
| 38556 | TN | 1 |
| 40040 | KY | 1 |
| 40312 | KY | 1 |
| 43025 | OH | 1 |