# EXHIBIT A
# PART 3

REPORT NO. MHRB7730-01
WORLD HEADQUARTERS IRM

RESIDENTS BY ZIP CODE
UAW RETIREES

DATE: 07/03/2007
PAGE: 92

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 43232 | OH | 1 |
| 43920 | OH | 1 |
| 45133 | OH | 1 |
| 48187 | MI | 1 |
| 48813 | MI | 1 |
| 56751 | MN | 1 |
| 59604 | MT | 1 |
| 59911 | MT | 1 |
| 59930 | MT | 1 |
| 60107 | IL | 1 |
| 63005 | MO | 1 |
| 64117 | MO | 1 |
| 65605 | MO | 1 |
| 71973 | AR | 1 |
| 72530 | AR | 1 |
| 72753 | AR | 1 |
| 73446 | OK | 1 |
| 75477 | TX | 1 |
| 77069 | TX | 1 |
| 77381 | TX | 1 |
| 77433 | TX | 1 |
| 78029 | TX | 1 |
| 78382 | TX | 1 |
| 78550 | TX | 1 |
| 78664 | TX | 1 |
| 78840 | TX | 1 |

```
REPORT NO. MHRB7730-01                    RESIDENTS BY ZIP CODE                DATE: 07/03/2007
WORLD HEADQUARTERS IRM                         UAW RETIREES                    PAGE:       93
```

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 81252 | CO | 1 |
| 81410 | CO | 1 |
| 83301 | ID | 1 |
| 85205 | AZ | 1 |
| 85209 | AZ | 2 |
| 85308 | AZ | 1 |
| 85351 | AZ | 2 |
| 85364 | AZ | 1 |
| 85374 | AZ | 1 |
| 87505 | NM | 1 |
| 89117 | NV | 2 |
| 91325 | CA | 2 |
| 92082 | CA | 1 |
| 92122 | CA | 1 |
| 93455 | CA | 1 |
| 93460 | CA | 1 |
| 94513 | CA | 1 |
| 94545 | CA | 1 |
| 94560 | CA | 1 |
| 94587 | CA | 1 |
| 95035 | CA | 1 |
| 95240 | CA | 1 |
| 95336 | CA | 1 |
| 95376 | CA | 1 |
| 95993 | CA | 1 |
| 96071 | CA | 1 |

```
REPORT NO. MHRB7730-01                    RESIDENTS BY ZIP CODE                      DATE: 07/03/2007
WORLD HEADQUARTERS IRM                        UAW RETIREES                           PAGE:   94

ZIP CODE   STATE   RESIDENTS

96740      HI      1
97470      OR      1
98136      WA      1
98233      WA      1
99515      AK      1
99573      AK      1

************ TOTAL FOR:   UAW RETIREES         4,131
```

REPORT NO. MHRB7730-01
WORLD HEADQUARTERS IRM

RESIDENTS BY ZIP CODE
UAW SURVIVING SPOUSES

DATE: 07/03/2007
PAGE: 95

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 04006 | ME | 1 |
| 07059 | NJ | 1 |
| 07060 | NJ | 2 |
| 07066 | NJ | 1 |
| 07080 | NJ | 1 |
| 07090 | NJ | 1 |
| 07728 | NJ | 1 |
| 07974 | NJ | 1 |
| 08005 | NJ | 1 |
| 08108 | NJ | 1 |
| 08501 | NJ | 1 |
| 08527 | NJ | 1 |
| 08550 | NJ | 1 |
| 08753 | NJ | 1 |
| 08755 | NJ | 1 |
| 08759 | NJ | 1 |
| 08802 | NJ | 1 |
| 08805 | NJ | 1 |
| 08807 | NJ | 6 |
| 08817 | NJ | 1 |
| 08825 | NJ | 1 |
| 08826 | NJ | 1 |
| 08829 | NJ | 1 |
| 08831 | NJ | 1 |
| 08833 | NJ | 1 |

REPORT NO. MHRB7730-01
WORLD HEADQUARTERS IRM

RESIDENTS BY ZIP CODE
UAW SURVIVING SPOUSES

DATE: 07/03/2007
PAGE: 96

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 08835 | NJ | 5 |
| 08836 | NJ | 1 |
| 08840 | NJ | 1 |
| 08844 | NJ | 1 |
| 08846 | NJ | 3 |
| 08848 | NJ | 1 |
| 08854 | NJ | 2 |
| 08865 | NJ | 2 |
| 08867 | NJ | 1 |
| 08869 | NJ | 2 |
| 08873 | NJ | 5 |
| 08876 | NJ | 4 |
| 08880 | NJ | 1 |
| 08882 | NJ | 1 |
| 08901 | NJ | 1 |
| 08902 | NJ | 3 |
| 11751 | NY | 1 |
| 13045 | NY | 9 |
| 13077 | NY | 1 |
| 13753 | NY | 1 |
| 14094 | NY | 3 |
| 14120 | NY | 1 |
| 15090 | PA | 1 |
| 15237 | PA | 2 |
| 15425 | PA | 1 |
| 15501 | PA | 1 |

```
REPORT NO. MHRB7730-01                RESIDENTS BY ZIP CODE              DATE: 07/03/2007
WORLD HEADQUARTERS IRM                UAW SURVIVING SPOUSES              PAGE: 97
```

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 15533 | PA | 1 |
| 15535 | PA | 1 |
| 15537 | PA | 1 |
| 15601 | PA | 2 |
| 15663 | PA | 1 |
| 15834 | PA | 1 |
| 15926 | PA | 1 |
| 15927 | PA | 1 |
| 15946 | PA | 1 |
| 16327 | PA | 1 |
| 16635 | PA | 1 |
| 16689 | PA | 1 |
| 16803 | PA | 1 |
| 17013 | PA | 1 |
| 17022 | PA | 1 |
| 17036 | PA | 1 |
| 17044 | PA | 1 |
| 17055 | PA | 1 |
| 17057 | PA | 1 |
| 17066 | PA | 1 |
| 17074 | PA | 1 |
| 17112 | PA | 1 |
| 17201 | PA | 25 |
| 17214 | PA | 1 |
| 17222 | PA | 4 |
| 17224 | PA | 1 |

```
REPORT NO. MHRB7730-01                RESIDENTS BY ZIP CODE                    DATE: 07/03/2007
WORLD HEADQUARTERS IRM                UAW SURVIVING SPOUSES                    PAGE: 98
```

| ZIP CODE | STATE | RESIDENTS |
|----------|-------|-----------|
| 17225 | PA | 42 |
| 17231 | PA | 1 |
| 17233 | PA | 3 |
| 17235 | PA | 2 |
| 17236 | PA | 7 |
| 17237 | PA | 4 |
| 17238 | PA | 3 |
| 17244 | PA | 2 |
| 17247 | PA | 2 |
| 17250 | PA | 2 |
| 17252 | PA | 1 |
| 17255 | PA | 1 |
| 17257 | PA | 5 |
| 17261 | PA | 1 |
| 17263 | PA | 5 |
| 17266 | PA | 1 |
| 17267 | PA | 3 |
| 17268 | PA | 46 |
| 17272 | PA | 1 |
| 17315 | PA | 1 |
| 17325 | PA | 1 |
| 17340 | PA | 1 |
| 17349 | PA | 1 |
| 17404 | PA | 1 |
| 17522 | PA | 1 |
| 17538 | PA | 1 |

```
REPORT NO. MHRB7730-01                    RESIDENTS BY ZIP CODE                    DATE: 07/03/2007
WORLD HEADQUARTERS IRM                    UAW SURVIVING SPOUSES                    PAGE: 99
```

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 17601 | PA | 1 |
| 17602 | PA | 2 |
| 17632 | PA | 1 |
| 17633 | PA | 1 |
| 17821 | PA | 1 |
| 17851 | PA | 1 |
| 17857 | PA | 1 |
| 17901 | PA | 1 |
| 17931 | PA | 3 |
| 17948 | PA | 8 |
| 17959 | PA | 1 |
| 17967 | PA | 1 |
| 17976 | PA | 1 |
| 18011 | PA | 6 |
| 18014 | PA | 5 |
| 18015 | PA | 5 |
| 18017 | PA | 12 |
| 18018 | PA | 4 |
| 18020 | PA | 1 |
| 18030 | PA | 1 |
| 18031 | PA | 5 |
| 18032 | PA | 8 |
| 18034 | PA | 4 |
| 18036 | PA | 5 |
| 18037 | PA | 10 |
| 18038 | PA | 4 |

```
REPORT NO. MHRB7730-01                  RESIDENTS BY ZIP CODE                       DATE: 07/03/2007
WORLD HEADQUARTERS IRM                  UAW SURVIVING SPOUSES                       PAGE: 100
```

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 18041 | PA | 1 |
| 18042 | PA | 4 |
| 18045 | PA | 3 |
| 18046 | PA | 1 |
| 18049 | PA | 37 |
| 18051 | PA | 4 |
| 18052 | PA | 64 |
| 18053 | PA | 2 |
| 18055 | PA | 5 |
| 18058 | PA | 4 |
| 18059 | PA | 2 |
| 18060 | PA | 1 |
| 18062 | PA | 42 |
| 18064 | PA | 3 |
| 18065 | PA | 2 |
| 18066 | PA | 7 |
| 18067 | PA | 30 |
| 18068 | PA | 1 |
| 18069 | PA | 10 |
| 18071 | PA | 3 |
| 18073 | PA | 2 |
| 18076 | PA | 1 |
| 18078 | PA | 9 |
| 18079 | PA | 1 |
| 18080 | PA | 16 |
| 18088 | PA | 7 |