# EXHIBIT A
# PART 4

Case 3:07-cv-04830-VRW   Document 25-5   Filed 10/08/2007   Page 1 of 10

```
REPORT NO. MHRB7730-01                    RESIDENTS BY ZIP CODE              DATE: 07/03/2007
WORLD HEADQUARTERS IRM                    UAW SURVIVING SPOUSES              PAGE: 101
```

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 18092 | PA | 2 |
| 18101 | PA | 1 |
| 18102 | PA | 41 |
| 18103 | PA | 102 |
| 18104 | PA | 76 |
| 18105 | PA | 4 |
| 18106 | PA | 12 |
| 18109 | PA | 10 |
| 18201 | PA | 4 |
| 18214 | PA | 2 |
| 18218 | PA | 1 |
| 18219 | PA | 1 |
| 18224 | PA | 1 |
| 18229 | PA | 8 |
| 18232 | PA | 6 |
| 18235 | PA | 9 |
| 18237 | PA | 3 |
| 18240 | PA | 11 |
| 18244 | PA | 1 |
| 18249 | PA | 1 |
| 18250 | PA | 5 |
| 18252 | PA | 7 |
| 18254 | PA | 1 |
| 18255 | PA | 1 |
| 18260 | PA | 1 |
| 18301 | PA | 1 |

```
REPORT NO. MHRB7730-01                    RESIDENTS BY ZIP CODE              DATE: 07/03/2007
WORLD HEADQUARTERS IRM                    UAW SURVIVING SPOUSES              PAGE: 102
```

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 18330 | PA | 1 |
| 18360 | PA | 1 |
| 18438 | PA | 2 |
| 18458 | PA | 1 |
| 18466 | PA | 1 |
| 18704 | PA | 3 |
| 18705 | PA | 1 |
| 18707 | PA | 1 |
| 18944 | PA | 1 |
| 18951 | PA | 11 |
| 18955 | PA | 1 |
| 19061 | PA | 1 |
| 19136 | PA | 1 |
| 19341 | PA | 1 |
| 19380 | PA | 1 |
| 19438 | PA | 2 |
| 19460 | PA | 1 |
| 19468 | PA | 1 |
| 19503 | PA | 1 |
| 19510 | PA | 1 |
| 19520 | PA | 1 |
| 19522 | PA | 3 |
| 19526 | PA | 1 |
| 19529 | PA | 4 |
| 19530 | PA | 7 |
| 19539 | PA | 2 |

```
REPORT NO. MHRB7730-01                    RESIDENTS BY ZIP CODE                       DATE: 07/03/2007
WORLD HEADQUARTERS IRM                    UAW SURVIVING SPOUSES                       PAGE:      103

ZIP CODE   STATE   RESIDENTS
19562      PA      5
19567      PA      1
19605      PA      2
19810      DE      1
19956      DE      1
19966      DE      1
20852      MD      1
20904      MD      2
21042      MD      1
21054      MD      1
21114      MD      1
21157      MD      1
21502      MD      1
21561      MD      1
21702      MD      1
21703      MD      1
21713      MD      10
21719      MD      2
21721      MD      3
21722      MD      6
21738      MD      1
21734      MD      2
21740      MD      114
21742      MD      59
21750      MD      13
21756      MD      6
```

REPORT NO. MHRB7730-01
WORLD HEADQUARTERS IRM

RESIDENTS BY ZIP CODE
UAW SURVIVING SPOUSES

DATE: 07/03/2007
PAGE: 104

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 21767 | MD | 7 |
| 21773 | MD | 1 |
| 21782 | MD | 4 |
| 21783 | MD | 10 |
| 21788 | MD | 2 |
| 21795 | MD | 8 |
| 21797 | MD | 1 |
| 22181 | VA | 1 |
| 22407 | VA | 1 |
| 22408 | VA | 1 |
| 22601 | VA | 1 |
| 23233 | VA | 1 |
| 23235 | VA | 1 |
| 23451 | VA | 1 |
| 23462 | VA | 1 |
| 23824 | VA | 1 |
| 23837 | VA | 1 |
| 24301 | VA | 1 |
| 24503 | VA | 1 |
| 25275 | WV | 1 |
| 25401 | WV | 7 |
| 25402 | WV | 1 |
| 25404 | WV | 2 |
| 25405 | WV | 2 |
| 25411 | WV | 9 |
| 25414 | WV | 2 |

REPORT NO. MHRB7730-01  
WORLD HEADQUARTERS IRM

RESIDENTS BY ZIP CODE  
UAW SURVIVING SPOUSES

DATE: 07/03/2007  
PAGE: 105

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 25419 | WV | 6 |
| 25422 | WV | 1 |
| 25427 | WV | 6 |
| 25801 | WV | 1 |
| 26003 | WV | 1 |
| 26719 | WV | 1 |
| 26726 | WV | 1 |
| 26812 | WV | 1 |
| 27265 | NC | 1 |
| 27358 | NC | 1 |
| 27410 | NC | 1 |
| 27591 | NC | 1 |
| 28025 | NC | 1 |
| 28078 | NC | 1 |
| 28152 | NC | 1 |
| 29040 | SC | 1 |
| 29063 | SC | 1 |
| 29072 | SC | 1 |
| 29169 | SC | 1 |
| 29180 | SC | 2 |
| 29229 | SC | 1 |
| 29568 | SC | 1 |
| 29576 | SC | 1 |
| 29645 | SC | 1 |
| 30007 | GA | 1 |
| 30040 | GA | 1 |

REPORT NO. MHRB7730-01
WORLD HEADQUARTERS IRM

RESIDENTS BY ZIP CODE
UAW SURVIVING SPOUSES

DATE: 07/03/2007
PAGE: 106

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 30236 | GA | 1 |
| 30253 | GA | 1 |
| 31548 | GA | 1 |
| 32080 | FL | 1 |
| 32084 | FL | 1 |
| 32119 | FL | 1 |
| 32128 | FL | 1 |
| 32129 | FL | 1 |
| 32136 | FL | 1 |
| 32159 | FL | 1 |
| 32174 | FL | 1 |
| 32578 | FL | 1 |
| 32680 | FL | 1 |
| 32905 | FL | 2 |
| 32934 | FL | 1 |
| 32935 | FL | 1 |
| 32940 | FL | 2 |
| 33004 | FL | 1 |
| 33068 | FL | 1 |
| 33446 | FL | 1 |
| 33455 | FL | 1 |
| 33477 | FL | 1 |
| 33487 | FL | 1 |
| 33511 | FL | 1 |
| 33540 | FL | 3 |
| 33541 | FL | 1 |

```
REPORT NO. MHRB7730-01                    RESIDENTS BY ZIP CODE                         DATE: 07/03/2007
WORLD HEADQUARTERS IRM                    UAW SURVIVING SPOUSES                         PAGE:      107
```

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 33542 | FL | 1 |
| 33547 | FL | 1 |
| 33710 | FL | 1 |
| 33714 | FL | 1 |
| 33773 | FL | 1 |
| 33782 | FL | 1 |
| 33815 | FL | 1 |
| 33852 | FL | 1 |
| 33872 | FL | 1 |
| 33903 | FL | 1 |
| 33936 | FL | 1 |
| 34103 | FL | 1 |
| 34116 | FL | 1 |
| 34119 | FL | 1 |
| 34240 | FL | 2 |
| 34453 | FL | 1 |
| 34479 | FL | 1 |
| 34601 | FL | 1 |
| 34608 | FL | 1 |
| 34622 | FL | 1 |
| 34653 | FL | 1 |
| 34655 | FL | 1 |
| 34689 | FL | 1 |
| 34691 | FL | 1 |
| 34748 | FL | 1 |
| 34788 | FL | 1 |

```
REPORT NO. MHRB7730-01                RESIDENTS BY ZIP CODE              DATE: 07/03/2007
WORLD HEADQUARTERS IRM                UAW SURVIVING SPOUSES              PAGE: 108
```

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 34952 | FL | 1 |
| 37620 | TN | 1 |
| 37725 | TN | 1 |
| 38138 | TN | 1 |
| 41522 | KY | 1 |
| 42141 | KY | 1 |
| 45334 | OH | 1 |
| 45459 | OH | 1 |
| 46538 | IN | 1 |
| 49202 | MI | 1 |
| 52601 | IA | 1 |
| 58078 | ND | 1 |
| 59604 | MT | 1 |
| 63702 | MO | 1 |
| 65608 | MO | 1 |
| 76040 | TX | 1 |
| 77070 | TX | 1 |
| 77346 | TX | 1 |
| 78520 | TX | 1 |
| 80209 | CO | 1 |
| 80231 | CO | 1 |
| 82637 | WY | 1 |
| 83501 | ID | 1 |
| 85051 | AZ | 1 |
| 85209 | AZ | 1 |
| 85250 | AZ | 1 |

```
REPORT NO. MHRB7730-01                    RESIDENTS BY ZIP CODE                    DATE: 07/03/2007
WORLD HEADQUARTERS IRM                    UAW SURVIVING SPOUSES                    PAGE: 109
```

| ZIP CODE | STATE | RESIDENTS |
|---|---|---|
| 85262 | AZ | 1 |
| 86017 | AZ | 1 |
| 89084 | NV | 1 |
| 89436 | NV | 1 |
| 92075 | CA | 1 |
| 92395 | CA | 1 |
| 93458 | CA | 1 |
| 94086 | CA | 1 |
| 94542 | CA | 1 |
| 94545 | CA | 1 |
| 94579 | CA | 1 |
| 94580 | CA | 2 |
| 94605 | CA | 1 |
| 95336 | CA | 1 |
| 95376 | CA | 1 |
| 95540 | CA | 1 |
| 97402 | OR | 1 |
| 98037 | WA | 1 |

```
************ TOTAL FOR:   UAW SURVIVING SPOUSES       1,476
```