JOHN C. KLOOSTERMAN, Bar No. 182625
JORJA E. JACKSON, Bar No. 226707
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: jkloosterman@littler.com
jjackson@littler.com

Attorneys for Defendants
MACK TRUCKS, INC.; MACK HEALTH,
DISABILITY AND LIFE BENEFITS FOR UAW
EMPLOYEES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT EVITT and JOEL ORTEGA, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MACK TRUCKS, INC. and MACK HEALTH, DISABILITY AND LIFE BENEFITS FOR UAW EMPLOYEES,<br><br>Defendant. | Case No. C-07-4830 VRW<br><br>**DECLARATION OF JOHN KLOOSTERMAN IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: November 1, 2007<br>Time: 2:30<br>Place: Courtroom 6<br>Judge: Hon. Vaughn R. Walker |

I, John C. Kloosterman, hereby declare and state:

1. I am a shareholder in the firm of Littler Mendelson P.C., counsel for Defendants in this action, and am admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify, could testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of a newsletter published by the UAW entitled "November 1992 Special UAW Report – Highlights of the Proposed New UAW-Mack Trucks Master Agreement 1992-1995." Page 8 of this Document discusses "Retiree Health Care Guarantees." Paragraph 4 of that section discusses how the negotiated caps

KLOOSTERMAN DECL. ISO OPPOSITION
TO MOTION FOR PRELIM. INJUNCTION                                                     (NO. C-07-4830 VRW)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

1  "should protect retirees and surviving spouses from any potential cost sharing throughout the term of
2  the agreement." This document has been maintained in my firm's files in the normal course of
3  business.

4      3.    Attached as Exhibit B is a true and correct copy of the April 15, 1993
5  Memorandum of Agreement between the UAW and Mack. This document has been maintained in
6  my firm's files in the normal course of business.

7      4.    Attached as Exhibit C are true and correct copies of the August 16, 2007
8  letters sent to Mack retirees and surviving spouses regarding their health care. These documents
9  have been maintained in my firm's files in the normal course of business.

10 I have read this Declaration and declare under penalty of perjury under the laws of the United
11 States of America and the State of California, that it is true and correct.

12 Dated: October 15, 2007

14                                                            /s/
                                      JOHN C. KLOOSTERMAN

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

KLOOSTERMAN DECL ISO OPPOSITION
TO MOTION FOR PRELIM. INJUNCTION     2.    (NO. C-07-4830 VRW)