# EXHIBIT C



MACK TRUCKS, INC.
2100 MACK BOULEVARD
P.O. BOX M
ALLENTOWN, PA 18105-5000

PAUL L. VIKNER
PRESIDENT AND CHIEF EXECUTIVE OFFICER
PHONE 610.709.3507
FAX: 610.709.2100

August 16, 2007

TO: **UAW Bargaining Unit Retirees Who Retired Prior to January 1, 1992, or Their Surviving Spouses**

The United States has for some time now been faced with a national health care crisis; and the daily headlines make clear that skyrocketing health care costs are among the factors jeopardizing the existence of some of the country's oldest and best-known corporations.

Throughout its 107 year history, Mack has provided its employees with excellent wages and benefits during their employment and into retirement. As health care costs have spiraled upward, Mack has shouldered most of the increases in the cost of those programs. Since the mid-1990s, however, we've had to make a number of changes to our health care plans for both active and retired employees, as we've balanced our desire to provide competitive benefit packages with our responsibility to safeguard the company's future.

We are now at the point where this responsibility compels us to take additional steps regarding the plans covering current bargaining unit retirees. The cost to the company for this population alone totaled about $143 million over the last three years, and our projections make clear that if unchecked, the current trend would lead to massive outlays – of a scale that, combined with our other health care costs, would challenge the viability of the company.

Similar circumstances have caused a number of corporations to eliminate this retiree benefit entirely. For Mack, this situation means that we can no longer avoid requiring our bargaining unit retirees to pay a larger share of their health care costs.

*We are therefore making certain minimal changes to your current retiree health care plan, the details of which are outlined in Attachment A to this letter. These changes will go into effect on April 1, 2008,* and while they will regrettably result in additional cost to you, we are convinced they are necessary to help sustain the continued viability of your retiree medical benefits.

The health care crisis in America has forced companies like Mack to make difficult choices. Mack cannot postpone tackling this problem but it is committed to doing so fairly, responsibly, and in a way that safeguards the company's future.

Paul L. Vikner
President & CEO



## ATTACHMENT A

**Medical and Prescription Drug Plan Changes**

**UAW Bargaining Unit Retirees Who Retired Prior to January 1, 1992
or their Surviving Spouses**

The following changes to the medical and prescription drug plans will be made effective **April 1, 2008**:

- A deductible of $200 per person per calendar year will apply to all hospital, medical and surgical services. This means you will be responsible for the first $200 of the service expenses listed above. (NOTE: *The balance remaining after Medicare's payment will be used toward satisfying this deductible.*) After you and each family member have met the deductible, the plan will pay 100% up to the Medicare maximum allowance for covered services.* Medicare eligible retirees must continue to first submit their claims to Medicare.

- For the prescription drug plan, currently administered by Walgreens, co-pays will be as follows:

|  | RETAIL (30 days supply) | MAIL (up to 90 days supply) |
|---|---|---|
| Generic | $8 | $16 |
| Brand | $20 | $40 |
| Targeted Brand | 50% (up to $100) | 50% (up to $200) |

The specific *targeted brand prescription drugs* are as follows:

| Nexium | Aciphex | Prevacid | Prilosec | Protonix |
| Zyrtec | Allegra | Clarinex | | |

The targeted brands include very expensive medications that have equally effective and less costly generic alternatives. In addition, there are over-the-counter alternatives that do not require a prescription that also work as effectively as the targeted brands.

There are no changes to your *Dental and Vision* programs.

*This applies to the CIGNA Indemnity plan. If you are enrolled in the Highmark PPO Plan, the $200 deductible will apply to the in-network coverage. All other plan limits and co-pays will still apply.*



MACK TRUCKS, INC.
2100 MACK BOULEVARD
P.O. BOX M
ALLENTOWN, PA 18105-5000

PAUL L. VIKNER
PRESIDENT AND CHIEF EXECUTIVE OFFICER
PHONE 610.709.3507
FAX: 610.709.2100

August 16, 2007

TO: UAW Bargaining Unit Retirees Who Retired On or After January 1, 1992, or Their Surviving Spouses

The United States has for some time now been faced with a national health care crisis; and the daily headlines make clear that skyrocketing health care costs are among the factors jeopardizing the existence of some of the country's oldest and best-known corporations.

Throughout its 107 year history, Mack has provided its employees with excellent wages and benefits during their employment and into retirement. As health care costs have spiraled upward, Mack has shouldered most of the increases in the cost of those programs. Since the mid-1990s, however, we've had to make a number of changes to our health care plans for both active and retired employees, as we've balanced our desire to provide competitive benefit packages with our responsibility to safeguard the company's future.

We are now at the point where this responsibility compels us to take additional steps regarding the plans covering current bargaining unit retirees. The cost to the company for this population alone totaled about $143 million over the last three years, and our projections make clear that if unchecked, the current trend would lead to massive outlays – of a scale that, combined with our other health care costs, would challenge the viability of the company.

Similar circumstances have caused a number of corporations to eliminate this retiree benefit entirely. For Mack, this situation means that we can no longer avoid requiring our bargaining unit retirees to pay a larger share of their health care costs.

*We are therefore making changes to your current retiree health care plan, the details of which are outlined in Attachment A to this letter. These changes will go into effect on April 1, 2008.*

We fully recognize how difficult these changes will be for many of the retirees affected, and we understand the disappointment and frustration they are sure to cause. But while we very much regret having to take this action, we are convinced that responsible stewardship of the company demands it. To continue the status quo in the face of skyrocketing health care costs would jeopardize our future, and ultimately put Mack in the same precarious position faced by so many other companies across the country.

The health care crisis in America has forced companies like Mack to make difficult choices. Mack cannot postpone tackling this problem but it is committed to doing so fairly, responsibly, and in a way that safeguards the company's future.

Paul L. Vikner
President & CEO



## ATTACHMENT A

### Medical and Prescription Drug Plan Changes

### UAW Bargaining Unit Retirees Who Retired on or After January 1, 1992 or Their Surviving Spouses

The following changes to the medical and prescription drug plans will become effective **April 1, 2008**:

### RETIREES, SPOUSES, OR DEPENDENTS NOT ELIGIBLE FOR MEDICARE:

**Medical Plan**

You will be responsible for a monthly contribution of $30.00 per family per month.

The medical plan will be the national PPO currently administered by Highmark Blue Shield. *(Note: The CIGNA Indemnity and Keystone HMO Plans will no longer be available.)*

You will be responsible for the following costs for **in-network** services:

- Office visit co-pays –   Primary Care Physician      $15
  
     Specialist      $30

- A calendar year deductible of $200 per individual and $400 per family will apply to all hospital, surgical, and medical services, excluding office visits.

- After you have satisfied the deductible, you will pay 20% of the allowable amount for all hospital, surgical and medical services up to an annual out-of-pocket maximum (including the deductible) of $1,500 for an individual and $3,000 for a family. After you have met your annual out-of-pocket maximum, the plan will pay 100% of the allowable amount for the remainder of the calendar year.

- Emergency room visit copay of $75.00 (waived if admitted).

You will be responsible for the following costs for **out-of-network** services:

- A calendar year deductible of $400 per individual and $800 per family will apply to all hospital, surgical, and medical services.

- After you have satisfied the deductible, you will pay 40% of the allowable amount for all hospital, surgical and medical services up to an annual out-of-pocket maximum (including the deductible)

of $3,000 for an individual and $6,000 for a family. After you have met your annual out-of-pocket maximum, the plan will pay 100% of the allowable amount for the remainder of the calendar year.

- Emergency room visit co-pay of $75 (waived if admitted).

*Note: All other plan limits and co-pays will still apply.*

### Prescription Drug Plan

Your prescription drug plan co-pays are as follows:

|  | RETAIL (30 days supply) | MAIL (up to 90 days supply) |
|---|---|---|
| Generic | $8 | $16 |
| Brand | $25 | $50 |
| Targeted Brand | 50% (up to $100) | 50% (up to $200) |

The specific targeted brand prescription drugs are as follows:

| | | | | |
|---|---|---|---|---|
| Nexium | Aciphex | Prevacid | Prilosec | Protonix |
| Zyrtec | Allegra | Clarinex | | |

The targeted brands include very expensive medications that have equally effective and less costly generic alternatives. In addition, there are over-the-counter alternatives that do not require a prescription that also work as effectively as the targeted brands.

There are no changes to your *Dental and Vision* programs.

### RETIREES, SPOUSES, OR DEPENDENTS ELIGIBLE FOR MEDICARE

Effective April 1, 2008, you will no longer be covered under any Mack Medical or Prescription Drug Plan. In lieu of these plans, Mack will provide a retirement healthcare premium reimbursement account of $3,000 per person per year that you and your covered dependent(s) can use to purchase a Medigap Plan [with or without a Prescription Drug (Part D) benefit] or a Medicare Advantage plan. The Company has reviewed premiums for various Medigap and prescription drug plans offered to Medicare individuals and has determined that $3,000 per person per year is sufficient to purchase these various Medigap and prescription drug plans.

There are no changes to your *Dental and Vision* programs.

The Company will provide additional information to you regarding this transition over the next few months.