1  Fred H. Altshuler (SBN 43878)
   Linda Lye (SBN 215584)
2  Jamie L. Crook (SBN 245757)
   ALTSHULER BERZON LLP
3  177 Post Street, Suite 300
   San Francisco, CA 94109
4  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
5  E-Mail: faltshuler@altshuleberzon.com
   E-Mail: llye@altshulerberzon.com
6  E-Mail: jcrook@altshulerberzon.com

7  *Attorneys for Plaintiffs Robert M. Evitt, Sr.,*
   *Joel Ortega, Loretta Evitt, and*
8  *the proposed Plaintiff Class*

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO/OAKLAND DIVISION

13
   ROBERT M. EVITT, Sr., JOEL ORTEGA,    )    **Case No. C-07-4830 VRW**
14 and LORETTA EVITT, on behalf of        )
   themselves and a class of those similarly )   **CLASS ACTION**
15 situated,                              )
                                          )    **DECLARATION OF LORETTA R.**
16                  Plaintiffs,           )    **EVITT IN OPPOSITION TO**
                                          )    **DEFENDANTS' MOTION TO**
17          v.                            )    **TRANSFER VENUE**
                                          )
18 MACK TRUCKS, INC., AND MACK            )    Date:  November 1, 2007
   HEALTH, DISABILITY, AND LIFE           )    Time:  2:30 pm
19 BENEFITS FOR UAW EMPLOYEES PLAN,)           Ctrm:  Courtroom 6, 17th Floor
                                          )            The Honorable Vaughn R. Walker
20                  Defendants.           )
   _____)

21

22

23

24

25

26

27

28

DECL. OF LORETTA R. EVITT IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE,
Case No. C-07-4830 VRW

I, Loretta R. Evitt, declare as follows:

1.    I am a plaintiff in this action.  The information in this declaration is based upon my personal knowledge and if called upon to testify, I could and would competently testify thereto.

2.    I am 76 years old.  I live in Hayward, California, with my husband Robert Evitt.  I have lived continuously in California since 1963.  My children and grandchildren, whom I see several times a month, all live in Hayward, Livermore, and San Lorenzo, California.

3.    I have never traveled to or lived in Pennsylvania.  I have no plans to travel there.  I have no personal contacts in Pennsylvania.

4.    As the dependent spouse of a retiree of Mack Trucks, Inc., I am enrolled for healthcare benefits under Mack's group health insurance plan and receive medical benefits in northern California.  I regularly see my physicians who are located in Hayward and Union City, California.  I obtain my prescription medications at a pharmacy in Hayward.

5.    I have been struggling with female troubles that require me to see my gynecologist regularly.  If I had to travel to Pennsylvania and an emergency arose, I would not be able to see my regular doctor, whom I trust and who knows my medical history.  I also have a bad foot that makes it very uncomfortable for me to stand for more than fifteen minutes or so.  I would have a hard time making my way to the departure gate and waiting in line to board an airplane.

6.    It would be physically exhausting for me to make the hour-long shuttle ride to the Oakland airport and to spend several hours in an airplane to Philadelphia and an additional one-and-a-half to two hours taking a shuttle to Reading, Pennsylvania from the Philadelphia airport.

7.    My husband also has medical conditions that limit his mobility.  We generally stay at home, but if we leave the house, we do not go far.  Given our physical conditions, travel for more than an hour or so away from our home would be extremely difficult.  Because of our

1  medical conditions, we were unable to attend two funerals of very close family members in

2  Indiana.

3         8.       Traveling by air would also be a hardship for me because ever since the

4  September 11, 2001, attacks on the World Trade Center towers, I have been terrified of planes

5  and am afraid to board one.

6

7         I declare under penalty of perjury under the laws of the United States and the State of

8  California that the foregoing is true and correct to the best of my knowledge.

9         Executed at Hayward, California, this 17 day of October, 2007.

10

11                                               Loretta R. Evitt

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2