1  Fred H. Altshuler (SBN 43878)
   Linda Lye (SBN 215584)
2  Jamie L. Crook (SBN 245757)
   ALTSHULER BERZON LLP
3  177 Post Street, Suite 300
   San Francisco, CA 94109
4  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
5  E-Mail: faltshuler@altshuleberzon.com
   E-Mail: llye@altshulerberzon.com
6  E-Mail: jcrook@altshulerberzon.com

7  *Attorneys for Plaintiffs Robert M. Evitt, Sr.,
   Joel Ortega, Loretta Evitt, and*
8  *the proposed Plaintiff Class*

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO/OAKLAND DIVISION

13

14 ROBERT M. EVITT, Sr., JOEL ORTEGA,  )  **Case No. C-07-4830 VRW**
   and LORETTA EVITT, on behalf of     )
15 themselves and a class of those similarly )  **CLASS ACTION**
   situated,                           )
16                                     )  **DECLARATION OF ROBERT M. EVITT**
                Plaintiffs,            )  **IN OPPOSITION TO DEFENDANTS'**
17                                     )  **MOTION TO TRANSFER VENUE**
        v.                             )
18                                     )  Date:  November 1, 2007
   MACK TRUCKS, INC., AND MACK         )  Time:  2:30 pm
19 HEALTH, DISABILITY, AND LIFE        )  Ctrm:  Courtroom 6, 17th Floor
   BENEFITS FOR UAW EMPLOYEES PLAN,)          The Honorable Vaughn R. Walker
20                                     )
                Defendants.            )
21 _____ )

22

23

24

25

26

27

28

DECL. OF ROBERT M. EVITT IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE,
Case No. C-07-4830 VRW

I, Robert M. Evitt, declare as follows:

1. I am a plaintiff in this action. The information in this declaration is based upon my personal knowledge and if called upon to testify, I could and would competently testify thereto.

2. I am 75 years old. I live in Hayward, California, with my wife Loretta Evitt. I have lived continuously in California since 1963.

3. I have never traveled to or lived in Pennsylvania. I have no plans to travel there. I have no personal contacts in Pennsylvania.

4. As a Mack retiree, I am enrolled for healthcare benefits under Mack's group health insurance plan and receive medical benefits in northern California. I regularly see my physicians who are located in Hayward and Union City, California. I obtain my prescription medications at a pharmacy in Hayward.

5. I suffer from a number of serious medical conditions that make long-distance travel extremely difficult. I cannot walk without a walker, and even with this device I cannot make it around the block. Because of my physical condition it is extremely uncomfortable for me to stay in any one position for long amounts of time. I cannot stay seated for more than forty-five minutes without needing to move around or lie down.

6. I sleep hooked up to a breathing machine that is large and heavy. The machine has a motor, an evaporator, a mask, and two hoses. It would be extremely difficult to transport by airplane.

7. In addition, I am recovering from quadruple bypass surgery and have diabetes and carotid artery disease. Because of these conditions I have to see my doctors regularly. Traveling to Pennsylvania would interfere with my routine medical treatment. If a medical emergency arose while I was in Pennsylvania, I could not be treated by my regular doctors, who are familiar with my complicated health history.

8. It would be physically exhausting for me to make the hour-long shuttle ride to the Oakland airport, to spend several hours in an airplane to Philadelphia, and to take on top of that an additional one-and-a-half to two hour shuttle ride from the Philadelphia airport to Reading.

9. Because of our physical conditions, my wife and I rarely leave our house, and when we do, we stay very close to home. Travel anywhere more than an hour or so from our home would be extremely difficult. Due to our medical conditions, we were unable to attend two funerals of very close family members in Indiana.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed at Hayward, California, this 17 day of October, 2007.

*Robert M. Evitt*

Robert M. Evitt

DECL. OF ROBERT M. EVITT, Case No. C-07-4830 VRW

2