Fred H. Altshuler (SBN 43878)
Linda Lye (SBN 215584)
Jamie L. Crook (SBN 245757)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94109
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: faltshuler@altshulerberzon.com
E-Mail: llye@altshulerberzon.com
E-Mail: jcrook@altshulerberzon.com

*Attorneys for Plaintiffs Robert M. Evitt, Sr.,
Joel Ortega, Loretta Evitt, and
the proposed Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ROBERT M. EVITT, Sr., JOEL ORTEGA, and LORETTA EVITT, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MACK TRUCKS, INC., AND MACK HEALTH, DISABILITY, AND LIFE BENEFITS FOR UAW EMPLOYEES PLAN,<br><br>Defendants. | Case No. C-07-4830 VRW<br><br>**CLASS ACTION**<br><br>**DECLARATION OF STEPHEN L. JONES IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE**<br><br>Date: November 1, 2007<br>Time: 2:30 pm<br>Ctrm: Courtroom 6, 17th Floor<br>       The Honorable Vaughn R. Walker |

DECL. OF STEPHEN L. JONES IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE,
Case No. C-07-4830 VRW

I, Stephen L. Jones, declare as follows:

1. Before I retired in 2004, I worked for the International Union, United Automobile Aerospace and Agricultural Implement Workers of America, AFL-CIO ("UAW"). The information in this declaration is based upon my personal knowledge, and if called upon to testify, I could and would competently testify thereto.

2. The UAW consists of local unions, which directly represent workers in particular bargaining units, and the International Union, of which the local unions are a part. From 1967 to 1989, I worked at Chrysler and was a leader in my local union, UAW, Local 371. From 1989 to the time I retired in 2004, I held several different positions with the International, including Assistant Director of the UAW Heavy Truck Department, a position I held from 2001 to 2004. As Assistant Director, I was responsible for overseeing the UAW's collective bargaining relationship with several major corporations, including Mack Trucks, Inc. ("Mack").

3. Although both the International and various UAW Locals are party to the UAW's collective bargaining agreement with Mack, the International takes the lead on behalf of the UAW in collective bargaining negotiations with the company. I was the lead negotiator for the UAW in the bargaining with Mack that resulted in the October 2, 2004 Master Agreement. During bargaining over the 2004 Master Agreement, Mack made various written proposals about retiree health care, the parties had oral discussions about retiree health care benefits, and the parties reached agreements and understandings about Mack's obligation with regard to providing on-going retiree health benefits coverage. Based on the oral and written communications that were exchanged by the parties during bargaining over the 2004 Master Agreement, both parties understood and acknowledged that retirees' health care benefits coverage was a lifetime benefit that would not expire upon the expiration of any given collective bargaining agreement.

//
//
//
//
//

DECL. OF STEPHEN L. JONES IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE,
Case No. C-07-4830 VRW

1

1    4.    I am currently retired. I reside in Warren, Michigan. I would be willing to testify in
2 California about my knowledge of the matters discussed in this declaration.
3    I declare under penalty of perjury under the laws of the United States that the foregoing is
4 true and correct to the best of my knowledge.
5    Executed at WARREN, Michigan, this 16 day of October, 2007.

*Stephen L. Jones*
STEPHEN L. JONES

DECL. OF STEPHEN L. JONES IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE,
Case No. C-07-4830 VRW

2