Fred H. Altshuler (SBN 43878)
Linda Lye (SBN 215584)
Jamie L. Crook (SBN 245757)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94109
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: faltshuler@altshuleberzon.com
E-Mail: llye@altshulerberzon.com
E-Mail: jcrook@altshulerberzon.com

*Attorneys for Plaintiffs Robert M. Evitt, Sr., Joel Ortega, Loretta Evitt, and the proposed Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ROBERT M. EVITT, Sr., JOEL ORTEGA, and LORETTA EVITT, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MACK TRUCKS, INC., AND MACK HEALTH, DISABILITY, AND LIFE BENEFITS FOR UAW EMPLOYEES PLAN,<br><br>Defendants. | Case No. C-07-4830 VRW<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JOEL ORTEGA IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE**<br><br>Date: November 1, 2007<br>Time: 2:30 pm<br>Ctrm: Courtroom 6, 17th Floor<br>       The Honorable Vaughn R. Walker |

DECL. OF JOEL ORTEGA IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE,
Case No. C-07-4830 VRW

I, Joel Ortega, declare as follows:

1. I am a plaintiff in this action. The information in this declaration is based upon my personal knowledge and if called upon to testify, I could and would competently testify thereto.

2. I am 66 years old. I moved to California from Texas when I was a teenager, in 1958. From 1958 to 1980, I lived in Milpitas and Hayward, California. From 1984 to the present, my wife and I have lived in Milpitas.

3. My children and grandchildren all live in California, and I see them at least weekly.

4. The last time I was in Pennsylvania was 23 years ago. I have no plans to travel there. I am not in contact with anyone in Pennsylvania.

5. As a retiree of Mack Trucks, Inc., I am enrolled for healthcare benefits under Mack's group health insurance plan and receive medical benefits in northern California. I regularly see my physicians, who are located in Milpitas, San Jose, and Freemont, California. I obtain my prescription medications at a pharmacy on the border of Milpitas and San Jose.

6. I have a chronic back condition that makes long-distance travel extremely uncomfortable. It is difficult for me to stay seated in one position for long amounts of time. A plane ride of several hours would cause me serious physical discomfort and so I travel infrequently.

7. In addition to chronic back pain, I am recovering from a heart attack and suffer from diabetes and high blood pressure. Because of these conditions I see my doctors here in northern California very regularly. Traveling to Pennsylvania could disrupt these necessary visits. If an emergency arose while I was in Pennsylvania, I would not be able to see my regular doctors, whom I trust and who are familiar with my medical history.

8. My wife is afraid to drive and depends on me to take her where she needs to go. My traveling to Pennsylvania would create a real hardship for her.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed at Milpitas, California, this 17 day of October, 2007.

*Joel Ortega*
Joel Ortega

DECL. OF JOEL ORTEGA, Case No. C-07-4830 VRW

2