Fred H. Altshuler (SBN 43878)
Linda Lye (SBN 215584)
Jamie L. Crook (SBN 245757)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94109
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: faltshuler@altshuleberzon.com
E-Mail: llye@altshulerberzon.com
E-Mail: jcrook@altshulerberzon.com

*Attorneys for Plaintiffs Robert M. Evitt, Sr.,
Joel Ortega, Loretta Evitt, and
the proposed Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ROBERT M. EVITT, Sr., JOEL ORTEGA, and LORETTA EVITT, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MACK TRUCKS, INC., AND MACK HEALTH, DISABILITY, AND LIFE BENEFITS FOR UAW EMPLOYEES PLAN,<br><br>Defendants. | Case No. C-07-4830 VRW<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ROBERT EVANS IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE**<br><br>Date: November 1, 2007<br>Time: 2:30 pm<br>Ctrm: Courtroom 6, 17th Floor<br>The Honorable Vaughn R. Walker |

I, Robert Evans, declare as follows:

1. I work for the International Union, United Automobile Aerospace and Agricultural Implement Workers of America, AFL-CIO ("UAW"). The information in this declaration is based upon my personal knowledge, and if called upon to testify, I could and would competently testify thereto.

2. I have worked on the staff of the International Union since 1994, specializing in the area of benefits, including but not limited to pension and healthcare benefits. My responsibilities include representing the UAW in collective bargaining negotiations, focusing in particular on collectively bargained benefits.

3. As International staff, I personally participated in the UAW's collective bargaining negotiations with Mack Trucks, Inc. over the 2004 Master Agreement. The parties had extensive discussions in the 2004 collective bargaining negotiations over retiree healthcare benefits, and in particular over the funding of the Voluntary Employee Benefit Association ("VEBA") trust previously created to fund those benefits. Based on the parties' written and oral communications during those negotiations, both parties agreed and understood that retiree healthcare benefits for those who had already retired were lifetime benefits that could not be reduced or terminated, and that Mack's ongoing obligation to provide such benefits would not terminate upon the expiration of any given collective bargaining agreement.

//
//
//
//

DECLARATION OF ROBERT EVANS IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE, Case No. C-07-4830 VRW

5. I currently reside in Detroit, Michigan. I would be willing to testify in California about my knowledge of the matters discussed in this declaration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed at  Detroit , Michigan, this 16th day of October 2007.

*Robert Evans*
Robert Evans

DECLARATION OF ROBERT EVANS IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE, Case No. C-07-4830 VRW