Fred H. Altshuler (SBN 43878)
Linda Lye (SBN 215584)
Jamie L. Crook (SBN 245757)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94109
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: faltshuler@altshuleberzon.com
E-Mail: llye@altshulerberzon.com
E-Mail: jcrook@altshulerberzon.com

*Attorneys for Plaintiffs Robert M. Evitt, Sr., Joel Ortega, Loretta Evitt, and the proposed Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ROBERT M. EVITT, Sr., JOEL ORTEGA, and LORETTA EVITT, on behalf of themselves and a class of those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>MACK TRUCKS, INC., AND MACK HEALTH, DISABILITY, AND LIFE BENEFITS FOR UAW EMPLOYEES PLAN,<br><br>    Defendants. | Case No. C-07-4830 VRW<br><br>**CLASS ACTION**<br><br>**DECLARATION OF TIM BRESSLER IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE**<br><br>Date: November 1, 2007<br>Time: 2:30 pm<br>Ctrm: Courtroom 6, 17th Floor<br>    The Honorable Vaughn R. Walker |

DECL. OF TIM BRESSLER IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE,
Case No. C-07-4830 VRW

I, Tim Bressler, declare as follows:

1. I am the Assistant Director of the Heavy Truck Department of the International Union, United Automobile Aerospace and Agricultural Implement Workers of America, AFL-CIO ("UAW" or the "Union"). In my capacity as Assistant Director, I oversee the UAW's collective bargaining relationship with Mack Trucks, Inc. ("Mack"), participate in collective bargaining negotiations with Mack, and am generally familiar with the Mack-UAW collective bargaining relationship.

2. Mack sent a letter, dated August 16, 2007, to retirees and surviving spouses covered under Mack's group health insurance program, announcing that it was going to implement various reductions in their benefits. On August 17, 2007, the UAW sent a letter to Mack stating that it "adamantly opposes [Mack's] implementation of these plan changes." A true and correct copy of the letter the UAW sent to Mack is attached as Exhibit A to this declaration.

3. On August 27, 2007, the UAW sent a letter to retirees informing them that the UAW does not agree with any of Mack's planned changes and that it will utilize every possible resource to ensure that retiree rights are protected. A true and correct copy of the letter the UAW sent to retirees is attached as Exhibit B to this declaration.

4. Mack filed a declaratory judgment action in the United States District Court for the Eastern District of Pennsylvania against the UAW, several of its locals, and an individual on behalf of himself and a purported defendant class. Mack did not serve any of the defendants in that action until October 4, 2007, and did not serve all defendants until October 11, 2007.

5. As part of the collective bargaining process, Mack provides the UAW with its financial information. Mack posted profits in 2006 of approximately $400 million.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed at _Detroit_, Michigan, this _17_ day of October 2007.

_____
Tim Bressler

DECL. OF TIM BRESSLER IN OPP. TO DEFS' MOT. TO TRANSFER VENUE, Case No. C-07-4830 VRW