# EXHIBIT A



*Solidarity House*
8000 EAST JEFFERSON AVE.
DETROIT, MICHIGAN 48214
PHONE (313) 926-5000
FAX (313) 823-6016



**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA – UAW**

RON GETTELFINGER, *PRESIDENT*   ELIZABETH BUNN, *SECRETARY-TREASURER*

VICE-PRESIDENTS: GENERAL HOLIEFIELD • BOB KING • CAL RAPSON • JIMMY SETTLES • TERRY THURMAN

August 17, 2007

Paul L. Vikner, President and CEO
Mack Trucks, Inc.
World Headquarters
2100 Mack Blvd.
Allentown, PA 18103

Dear Mr. Vikner:

I have reviewed your letters to the UAW Bargaining Unit Retirees and Surviving Spouses dated August 16, 2007. I am extremely disappointed that Mack Trucks, Inc. did not consult with the UAW Heavy Truck Department before informing retirees that Mack Truck intended to make these changes. The UAW adamantly opposes your implementation of these plan changes, and strongly urges Mack to reconsider its position.

Sincerely,

General Holiefield
Vice President and Director
UAW Heavy Truck Department

GH:rmg
opeiu494

opeiu494
PRINTED IN U.S.A.