# EXHIBIT B



*Solidarity House*
8000 EAST JEFFERSON AVE.
DETROIT, MICHIGAN 48214
PHONE (313) 926-5000
FAX (313) 823-6016



**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA – UAW**

RON GETTELFINGER, *PRESIDENT*            ELIZABETH BUNN, *SECRETARY-TREASURER*

VICE-PRESIDENTS:   GENERAL HOLIEFIELD   •   BOB KING   •   CAL RAPSON   •   JIMMY SETTLES   •   TERRY THURMAN

August 27, 2007

Dear UAW Retiree:

The UAW has been informed by Mack Truck management that it is the intention of the Company to remove and/or modify benefits that are currently being received by UAW retirees. The Company may be mailing their positions and opinions to all of our current UAW retirees.

The purpose of our letter is to inform all of our UAW retirees that the UAW does not agree with any of the Company's planned changes. The UAW will utilize every possible resource to ensure that your retiree rights are protected. You dedicated many years of hard work and service to the Company and the UAW. You can rest assured that the UAW will never turn its back on the people who built this Company into what it is today.

In solidarity,

Willard Beck
International Representative
UAW Heavy Truck Department

WB/mcl
opeiu494