Fred H. Altshuler (SBN 43878)
Linda Lye (SBN 215584)
Jamie L. Crook (SBN 245757)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94109
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: faltshuler@altshuleberzon.com
E-Mail: llye@altshulerberzon.com
E-Mail: jcrook@altshulerberzon.com

*Attorneys for Plaintiffs Robert M. Evitt, Sr., Joel Ortega, Loretta Evitt, and the proposed Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ROBERT M. EVITT, Sr., JOEL ORTEGA, and LORETTA EVITT, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MACK TRUCKS, INC., AND MACK HEALTH, DISABILITY, AND LIFE BENEFITS FOR UAW EMPLOYEES PLAN,<br><br>Defendants. | Case No. C-07-4830 VRW<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JAMIE L. CROOK IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE**<br><br>Date:   November 1, 2007<br>Time:  2:30 pm<br>Ctrm:  Courtroom 6, 17th Floor<br>         The Honorable Vaughn R. Walker |

DECL. OF JAMIE L. CROOK IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE,
Case No. C-07-4830 VRW

I, Jamie L. Crook declare as follows:

1. I am a member of the bar of this Court and an attorney for Plaintiffs in this case. I make this declaration based on my own personal knowledge, except as specifically stated herein.

2. Plaintiffs Robert Evitt and Loretta Evitt live in Hayward, California. Based on a search with Google Maps (www.maps.google.com), I found that the closest major airport to their home is the Oakland International Airport.

3. Plaintiff Joel Ortega lives in Milpitas, California. Based on a Google Maps search, I found that the closest major airport to his home is the Mineta San Jose International Airport.

4. Based on a Google Maps search, I found that the closest major airport to Reading, Pennsylvania, is the Philadelphia International Airport, which is located approximately 72 miles from the U.S. Courthouse for Reading Division, Eastern District of Pennsylvania.

5. Based on a search that I conducted on the discount travel website Orbitz (www.orbitz.com), flight times from Oakland to Philadelphia range from six hours, forty-six minutes to fifteen hours, forty minutes.

6. Based on an Orbitz search, flight times from San Jose to Philadelphia range from six hours, forty minutes to nine hours, forty-two minutes.

7. According to my telephone conversation with a representative for Bayporter Express, which services Alameda County, shuttle service from Mr. and Mrs. Evitt's home in Hayward to the Oakland International Airport would take approximately one hour.

8. According to my conversation with a representative for Bay Express Shuttle, which services Santa Clara County, shuttle service from Mr. Ortega's home in Milpitas to the Mineta San Jose International Airport would take approximately twenty minutes.

DECL. OF JAMIE L. CROOK IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE, Case No. C-07-4830 VRW    1

9.  According to my telephone conversation with a representative for the Schuylkill Valley Airport Shuttle, ground transportation from the Philadelphia International Airport to downtown Reading would take one-and-a-half to two hours.

10. Mr. and Mrs. Evitt's total door-to-door travel time from their home in Hayward to the courthouse in Reading would take at least nine hours and fifteen minutes, not accounting for the one to two hours necessary for check-in and boarding at the Oakland airport or time spent waiting in baggage claim in Philadelphia and for the Schuylkill Valley Airport Shuttle.

11. Mr. Ortega's door-to-door travel time from his home in Milpitas to the courthouse in Reading would take at least eight-and-a-half hours, not accounting for the one to two hours necessary for check-in and boarding at the San Jose airport or time spent waiting in baggage claim in Philadelphia and for the Schuylkill Valley Airport Shuttle.

12. Before Plaintiff's filed their complaint in this action on September 20, 2007, I viewed the website www.macktrucks.com, where Mack Trucks, Inc. advertises itself as "one of North America's largest producers of heavy-duty trucks." At that time, this website listed eleven Mack Truck dealers located in California, two of which (Oakland and Napa) are located in the Northern District of California.  www.macktrucks.com/default.aspx?pageid=692.  A true and correct copy of the web search I performed is attached hereto as Exh. A.  Beneath the Fontana and La Mirada dealerships listed on this page appear links to "Mack Sales of Southern California." Clicking on these links takes a viewer to http://www.macktrucks.com/MackSalesofSouthern/, which provides a toll-free calling number for Mack Truck Sales of Southern California. A true and correct copy of these printouts is attached hereto as Exh. B.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 18, 2007, at San Francisco, California.

_____
Jamie L. Crook