# EXHIBIT A





Home - Dealer & Service Locations - Truck Locator - Site Map - Site Search - Contact Us

**PRODUCTS | PARTS & SERVICE | MACK LEASING | NORTH AMERICAN INSTITUTE | NEWS/EVENTS | MACK SHOP | CORPORATE**

Roadside Assistance

Service Legend

United States

Canada

International

Dealer Database Download

Dealership Opportunities

Government Sales



Dealer Locator
Select...


Employment Opportunities

### Dealer & Service Locations

Bakersfield  Baldwin Park  Fontana  Fresno  La Mirada  Napa  Oakland  Redding  San Diego  Santa Maria  Santa Rosa  So San Francisco  Stockton  Vista  W Sacramento

**Bakersfield 93308**
CC&M Truck Service, Inc.(SD,)(PPA7)
3610 Alken Street
661-589-1151 / 800-589-3144
FAX: 661-589-1155

Emergency Number: 800-589-3144
Sales Number: 661-587-2242
Parts Number: 661-587-2242
Service Number: 661-589-1151

**Service Hours:**
Monday through Friday 8:00 AM to 5:00 PM - Emergency Call Out Available
Saturday 7:00 AM to 3:00 PM

**Directions:**
From Hwy. 99 at the 58West / Rosedale Hwy travel 3.5 miles on Rosedale Hwy, North on Fruitvale Ave., West on Downing, North on Alken - From Hwy. I-5 travel East on Hwy. 58 for 18 miles, North on Coffee road, East on Downing North on Alken.

**Additional Services:**

  
AC REPAIR   TOWING SERVICE   TRAILER REPAIR

---

**Baldwin Park 91706**
TEC Baldwin Park(D,)(P747)
5140 Commerce Drive
626-337-6300
FAX: 626-337-6388

Sales Number: 626-337-6300
Parts Number: 626-337-6300
Parts Fax: 626-337-6388
Service Number: 626-337-6300
Service Fax: 626-337-6262
Web: www.macktrucks.com/tecofbaldwinpark
E-Mail: tcraik@tectrucks.com

**Service Hours:**
Monday through Friday 7:00 AM to 6:00 PM

**Directions:**
Immediate access to the 605, 210, 10 and 60 Freeways! From the 10 Fwy take the 605 Fwy North, Exit Live Oak and make a right turn, to Commerce Drive - make a right turn, TEC Baldwin Park will be 1/4 mile up on the left side.

**Additional Services:**

  
AC REPAIR   TOWING SERVICE   MACK CHARGE

### Fontana 92335
Mack Sales of Southern California(D,)(P742)
14085 Valley Blvd
909-349-0200
FAX: 909-349-0700

Web: www.macktrucks.com/MackSalesofSouthernCali
E-Mail: mdavis@tectrucks.com

**Service Hours:**
Monday through Friday 8:00 AM to 6:00 PM - Service 7:00 AM to 6:00 PM
Saturday 9:00 AM to 2:00 PM - Parts and Sales

**Additional Services:**

    
AC REPAIR    TRAILER REPAIR    MACK CHARGE    MACK LEASING    CUMMINS SERVICE

---

### Fresno 93725
Central Valley Truck Center(D,)(P792)
2707 S East Ave
Mail: PO Box 1188
Fresno, CA
559-266-9531
FAX: 559-266-4058

Sales Number: 800-832-2764
Parts Number: 559-266-2800
Service Number: 800-832-2764
Web: www.centralvalleytruckcenter.com
E-Mail: kpollack@centralvalleytruckcenter.com

**Service Hours:**
Monday through Friday 7:00 AM to 12:00 Midnight - 24 hour call out Parts & Service
Saturday 7:00 AM to 5:30 PM - 24 hour call out Parts & Service
Sunday - 24 hour call out Parts & Service

**Directions:**
From the North: Merge onto CA-99S. Take the Jensen Avenue exit. Stay straight to go onto S. East Ave.
From the South: Merge onto CA-99N. Take the Jensen Ave. exit. Turn left onto E. Jensen Ave. Turn Left onto S. East Ave.

**Additional Services:**

     
AC REPAIR    TOWING SERVICE    TRAILER REPAIR    MACK LEASING    CUMMINS SERVICE

---

### La Mirada 90638-6016
Mack Sales of Southern California(D,)(P763)
14800 Firestone Blvd
800-593-1010 / 714-521-9806
FAX: 714-736-2236

Parts Fax: 714-521-9982
Service Fax: 714-521-9982
Web: www.macktrucks.com/MackSalesofSouthern
E-Mail: tcraik@tectrucks.com

**Service Hours:**
Monday through Friday 7:00 AM to 11:00 PM
Saturday 8:00 AM to 4:00 PM

**Additional Services:**

   
AC REPAIR    MACK CHARGE    MACK LEASING    CUMMINS SERVICE

**Napa 94558**
Truck Shop and Equipment Service(P,)
570 Soscol Avenue
707-224-1584
FAX: 707-224-5498

Emergency Number: 707-253-0896
Emergency Number 2: 707-253-7807
Sales Number: 707-224-1584
Parts Number: 707-224-1584
Service Number: 707-224-1584
Web: onetruckshop@sbcglobal.net
E-Mail: bobwertz@sbcglobal.net

**Service Hours:**
Monday through Friday 7:00 AM to 5:00 PM
Saturday 9:00 AM to 5:00 PM

**Directions:**
Call for directions if not familiar with area.

**Additional Services:**

   
FUEL INJECTION REPAIR · AC REPAIR · TRAILER REPAIR · CUMMINS SERVICE

---

**Oakland 94621**
TEC of California, Inc.(D,)(P741)
8099 South Coliseum Way
510-577-5528 / 800-494-8782
FAX: 510-638-2591

Emergency Number: 510-772-1827
Emergency Number 2: 510-715-4174
Sales Number: 510-577-5528
Parts Number: 510-577-5528
Parts Fax: 510-577-5501
Service Number: 510-577-5528
Service Fax: 510-577-5592
E-Mail: rwoiff@tectrucks.com

**Service Hours:**
Monday through Friday 7:00 AM to 9:00 PM
Saturday 10:00 AM to 4:00 PM

**Directions:**
Hwy. 880 W. Hegenberger Rd. - Northeast corner of on-ramp.

**Additional Services:**

      
FUEL INJECTION REPAIR · AC REPAIR · TOWING SERVICE · TRAILER REPAIR · MACK CHARGE · MACK LEASING · CUMMINS SERVICE

---

**Redding 96002**
Boyer & Sons, Inc.(SD,)
937 Grange
530-243-1624
FAX: 530-243-1627

Emergency Number: 530-221-3221
Parts Number: 530-243-1624
Service Number: 530-243-1624

**Service Hours:**
Monday through Friday 8:00 AM to 5:00 PM
Saturday 8:00 AM to 4:30 PM

**Directions:**
Located three (3) blocks south of Highway 273 (South Redding).

**Additional Services:**



---

### San Diego 92123
Kearny Mesa Truck Center(D,)(P765)
5624 Kearny Villa Road
858-571-5495
FAX: 858-571-6690

Sales Number: 858-874-5682
Parts Number: 858-571-5495
Service Number: 858-571-5495
Web: www.macktrucks.com/KearnyMesaTruckCenter
E-Mail: kmtc1@aol.com

**Service Hours:**
Monday through Friday 7:30 AM to 5:00 PM
Saturday 7:00 AM to 11:00 AM

**Directions:**
Just North of Clairemont Mesa Boulevard at Highway 163.

**Additional Services:**

    

---

### Santa Maria 93454-1503
Brumit Diesel Inc()
1631 N Carlotti Drive
805.928.3806
FAX: 805.922.7908

Emergency Number: 805.928.3806
E-Mail: rmunoz6395@aol.com

*Santa barbara* [handwritten]

**Service Hours:**
Monday through Friday 8:00 AM to 5:00 PM
Saturday 8:00 AM to 12:00 NOON

**Directions:**
Highway 101 and Donovan Road, Northeast corner of intersection

---

### Santa Rosa 95403
Lubrivan Truck Services Inc(P,)
3510 Brickway Blvd
707-575-9436

E-Mail: lubrivan@aol.com

*Sonoma* [handwritten]

**Service Hours:**
Monday through Friday 7:00 AM to 5:00 PM

**Directions:**
Hwy. 101 North or South, take Airport Blvd. exit West to Brickway Blvd. Turn left (South). Dealer located a few block on the left.

**Additional Services:**

   

---

### So San Francisco 94080

Four Star Truck Repair(P,)
1405 San Mateo Ave
650-583-6300
FAX: 650-871-8613

E-Mail: IVstar@adl.com

**Service Hours:**
Monday through Friday 6:00 AM to 9:00 PM

---

### Stockton 95205
Diesel Performance Inc(SD,)(PPA6)
2804 East Fremont Street
Mail: PO Box 8387
Stockton, CA Stockton
209-946-0233
FAX: 209-946-0831

E-Mail: dmerritt@dieselp.com

**Service Hours:**
Monday through Friday 8:00 AM to 5:00 PM

**Directions:**
From Highway 99 S., take the W. Fremont exit. Located approximately four (4) blocks on the left. Watch for the bulldog in the sky!

**Additional Services:**

   
AC REPAIR    CHASSIS DYNAMOMETER SERVICES    TRAILER REPAIR    CUMMINS SERVICE

---

### Vista 92083
Rollin Renches, Inc.(P,)
1212 Distribution Way
760-598-9400
FAX: 760-598-9323

Sales Number: 760-598-9400
Parts Number: 760-598-9400
Service Number: 760-598-9400
Web: www.rollinrenches.com

**Service Hours:**
Monday through Friday 8:00 AM to 5:00 PM

**Directions:**
Hwy. 78 to Sycamore. Go West on Sycamore, make a right on Business Park, left on Distribution Way.

**Additional Services:**

   
FUEL INJECTION REPAIR    AC REPAIR    TOWING SERVICE    TRAILER REPAIR

---

### W Sacramento 95691
Western Truck Center(D,)(P761)
3115 Coke Street
916-375-3040
FAX: 916-375-3047

Sales Number: 916-375-3040
Parts Number: 916-375-3040
Service Number: 916-375-3040

**Service Hours:**
Monday through Friday 8:00 AM to 5:00 PM

**Directions:**
Harbor Boulevard East off Route West 80 to Evergreen; turn right; go down Evergreen; turn right on Coke Street; building on left.

**Additional Services:**

     

FUEL INJECTION REPAIR    AC REPAIR    TRAILER REPAIR    MACK CHARGE    MACK LEASING    CLEANING SERVICE

Mack and Mack Bulldog Logo are registered Trademarks of Mack Trucks, Inc.©
Copyright Mack Trucks, Inc.
All rights reserved.

PRODUCTS | PARTS & SERVICE | MACK LEASING | NORTH AMERICAN INSTITUTE
NEWS/EVENTS | MACK SHOP | CORPORATE
HOME | DEALER & SERVICE LOCATIONS | TRUCK LOCATOR | SITE MAP | SITE SEARCH | CONTACTS