# EXHIBIT B

**Mack Sales of Southern California**
Toll-Free: 1-800-410-7700
Local: 1-909-349-0200

14085 Valley Blvd, Fontana, CA 92335
Service Hours: 7AM - 6PM (M-F)
Parts: 7AM - 6PM (M-F) / 9AM - 2PM (Sat)
Sales: 8AM - 6PM (M-F) / 9AM - 2PM (Sat)



**HOME**
**MACK PRODUCTS**



a TEC Equipment company



TEC Fontana is your full-service MACK truck dealership offering:

- **Largest inventory of new Mack trucks in the West**
- **Hundreds of medium and heavy duty used trucks in stock, all makes**
- **Parts and Service for all makes**
- **Mack, Cummins, Meritor, Eaton, Fuller warranty and many more**
- **Lease and daily rental - heavy duty and medium duty**
- **Complete finance and insurance services onsite**

Our **New Truck Inventory** also includes **GMC**, **Volvo**, **Hino** and **Isuzu**.

Our experienced and energetic staff are eager to prove that your best business partner is TEC of California! Come see us today or call **1-800-410-7700!**

**Click here** to view our NEW and USED Truck Inventory.



HOME | MACK PRODUCTS |

Mack and Mack Bulldog Logo are registered Trademarks of Mack Trucks, Inc.©
Copyright
Mack Trucks, Inc.
All rights reserved.



**Mack Sales of Southern California**
Toll-free: 1-800-593-1010
Local: 714-521-9806

14800 Firestone Blvd, La Mirada, CA 90638-6016
Service Hours: 7AM - 11:30PM (M-F) / 8AM - 4:30 (Sat)
Parts: 7AM - 7PM (M-F) / 8AM - 1PM (Sat)
Sales: 8AM - 7PM (M-F) / 9AM - 5PM (Sat)



**TEC LA MIRADA**
*a TEC Equipment company*

HOME
MACK PRODUCTS

TEC La Mirada is your full-service MACK truck dealership offering:

- **Largest inventory of new Mack trucks in the West**
- **Hundreds of medium and heavy duty used trucks in stock, all makes**
- **Parts and Service for all makes**
- **Mack, Cummins, Meritor, Eaton, Fuller warranty and many more**
- **Lease and daily rental - heavy duty and medium duty**
- **Complete finance and insurance services onsite**

Our **New Truck Inventory** also includes **GMC, Volvo, Hino** and **Isuzu.**

Our experienced and energetic staff are eager to prove that your best business partner is TEC of California! Come see us today or call **1-800-593-1010.**

**Click here** to view our NEW and USED Truck Inventory



HOME | MACK PRODUCTS |
Mack and Mack Bulldog Logo are registered Trademarks of Mack Trucks, Inc.©
Copyright Mack Trucks, Inc.
All rights reserved.