Fred H. Altshuler (SBN 43878)
Linda Lye (SBN 215584)
Jamie L. Crook (SBN 245757)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94109
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: faltshuler@altshuleberzon.com
E-Mail: llye@altshulerberzon.com
E-Mail: jcrook@altshulerberzon.com

*Attorneys for Plaintiffs Robert M. Evitt, Sr.,
Joel Ortega, Loretta Evitt, and
the proposed Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ROBERT M. EVITT, Sr., JOEL ORTEGA, and LORETTA EVITT, on behalf of themselves and a class of those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MACK TRUCKS, INC., AND MACK HEALTH, DISABILITY, AND LIFE BENEFITS FOR UAW EMPLOYEES PLAN,<br><br>    Defendants. | Case No. C-07-4830 VRW<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO TRANSFER VENUE**<br><br>Date:  November 1, 2007<br>Time:  2:30 pm<br>Ctrm:  Courtroom 6, 17th Floor<br>       The Honorable Vaughn R. Walker |

**ORDER**

After considering the papers and oral argument in support of and in opposition to Defendants' Motion To Transfer Venue, IT IS HEREBY ORDERED that Defendants' Motion To Transfer Venue is DENIED.

DATED: _____        _____
                                                                Hon. Vaughn R. Walker
                                                                United States District Judge