JOHN C. KLOOSTERMAN, Bar No. 182625
ELIZABETH C. YOUNG, Bar No. 245400
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490
E-mail: jkloosterman@littler.com
         eyoung@littler.com

Attorneys for Defendants
MACK TRUCKS, INC.; MACK HEALTH,
DISABILITY AND LIFE BENEFITS FOR UAW
EMPLOYEES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT EVITT and JOEL ORTEGA, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MACK TRUCKS, INC. and MACK HEALTH, DISABILITY AND LIFE BENEFITS FOR UAW EMPLOYEES,<br><br>Defendant. | Case No.  C-07-4830 VRW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME FOR FILING RESPONSIVE PLEADING** |

      Defendants MACK TRUCKS, INC. and MACK HEALTH, DISABILITY AND LIFE BENEFITS FOR UAW EMPLOYEES (hereinafter "Defendants") filed their Motion To Extend Time For Filing Responsive Pleading.  The Court finds that good cause exists to grant Defendants' Motion.

      IT IS THEREFORE ORDERED that Defendants' Motion To Extend Time For Filing Responsive Pleading is GRANTED.  Defendants shall respond to Plaintiffs' First Amended Complaint, if necessary, no later than 10 days after this Court rules on Defendants' Motion to

///

1 | Dismiss, Stay or Transfer.

Dated: _____

                                                HON. VAUGHN R. WALKER
                                                UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER RE: MOTION TO EXTEND TIME     2.     (NO. C-07-4830 VRW)