1   Fred H. Altshuler (SBN 43878)
    Linda Lye (SBN 215584)
2   Jamie L. Crook (SBN 245757)
    ALTSHULER BERZON LLP
3   177 Post Street, Suite 300
    San Francisco, CA 94109
4   Telephone: (415) 421-7151
    Facsimile: (415) 362-8064
5   E-Mail: faltshuler@altshuleberzon.com
    E-Mail: llye@altshulerberzon.com
6   E-Mail: jcrook@altshulerberzon.com

7   *Attorneys for Plaintiffs Robert M. Evitt, Sr.,*
    *Joel Ortega, Loretta Evitt, and*
8   *the proposed Plaintiff Class*

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO/OAKLAND DIVISION

13

14   ROBERT M. EVITT, Sr., JOEL ORTEGA,    )   **Case No. C-07-4830 VRW**
     and LORETTA EVITT, on behalf of       )
     themselves and a class of those similarly )
15   situated,                             )   **[PROPOSED] ORDER DENYING**
                                           )   **DEFENDANTS' MOTION TO EXTEND**
16                      Plaintiffs,        )   **TIME TO FILE RESPONSIVE**
                                           )   **PLEADING**
17         v.                              )
                                           )   Date:  N/A
18   MACK TRUCKS, INC., AND MACK           )   Time:  N/A
     HEALTH, DISABILITY, AND LIFE          )   Ctrm:  Courtroom 6, 17th Floor
19   BENEFITS FOR UAW EMPLOYEES PLAN,)             The Honorable Vaughn R. Walker
                                           )
20                      Defendants.        )
     _____)
21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO EXTEND TIME TO FILE RESPONSIVE
PLEADING, Case No. C-07-4830 VRW

**ORDER**

Defendants Mack Trucks, Inc. and Mack Health, Disability and Life Benefits for UAW Employees filed a Motion To Extend Time For Filing Responsive Pleading, seeking an extension of time to respond to Plaintiffs' First Amended Complaint until 10 days after this Court rules on Defendants' Motion to Transfer Venue.

Having considered the papers and the argument presented by the parties, the Court DENIES Defendants' motion, but clarifies that Defendants shall file a pleading responsive to Plaintiffs' First Amended Complaint no later than October 29, 2007.


Dated:_____                    _____

                                               Hon. Vaughn R. Walker
                                               United States District Judge