Fred H. Altshuler (SBN 43878)
Linda Lye (SBN 215584)
Jamie L. Crook (SBN 245757)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94109
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: faltshuler@altshuleberzon.com
E-Mail: llye@altshulerberzon.com
E-Mail: jcrook@altshulerberzon.com

*Attorneys for Plaintiffs Robert M. Evitt, Sr.,
Joel Ortega, Loretta Evitt, and
the proposed Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ROBERT M. EVITT, Sr., JOEL ORTEGA, and LORETTA EVITT, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MACK TRUCKS, INC., AND MACK HEALTH, DISABILITY, AND LIFE BENEFITS FOR UAW EMPLOYEES PLAN,<br><br>Defendants. | **Case No. C-07-4830 VRW**<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION REPLY BRIEF**<br><br>Date: November 1, 2007<br>Time: 2:30 pm<br>Ctrm: Courtroom 6, 17th Floor<br>The Honorable Vaughn R. Walker |

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiffs respectfully request that the Court take judicial notice of the following documents, which are all opinions of United States District Courts and thus "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." They are attached as Exhibits A and B hereto:

1. Exhibit A: *Wood v. Detroit Diesel Corp.*, No. 05-74106, 2005 WL 3579169 (E.D. Mich. Dec. 30, 2005).

2. Exhibit B: *LaForest v. Honeywell Int'l, Inc.*, No. 03-CV-6248T, 2003 WL 23180220 (W.D.N.Y. Sept. 19, 2003).

Dated: October 25, 2007

Respectfully submitted,

FRED H. ALTSHULER
LINDA LYE
JAMIE L. CROOK
Altshuler Berzon LLP

By: _____
Jamie L. Crook

Attorneys for Plaintiffs