1  Fred H. Altshuler (SBN 43878)
   Linda Lye (SBN 215584)
2  Jamie L. Crook (SBN 245757)
   ALTSHULER BERZON LLP
3  177 Post Street, Suite 300
   San Francisco, CA 94109
4  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
5  E-Mail: faltshuler@altshuleberzon.com
   E-Mail: llye@altshulerberzon.com
6  E-Mail: jcrook@altshulerberzon.com

7  *Attorneys for Plaintiffs Robert M. Evitt, Sr.,
   Joel Ortega, Loretta Evitt, and*
8  *the proposed Plaintiff Class*

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO/OAKLAND DIVISION

13

14  ROBERT M. EVITT, Sr., JOEL ORTEGA,   )   **Case No. C-07-4830 VRW**
    and LORETTA EVITT, on behalf of       )
15  themselves and a class of those similarly )   **CLASS ACTION**
    situated,                              )
16                                         )   **DECLARATION OF ROBERT EVANS IN**
                  Plaintiffs,              )   **SUPPORT OF PLAINTIFFS'**
17                                         )   **PRELIMINARY INJUNCTION REPLY**
          v.                               )   **BRIEF**
18                                         )
    MACK TRUCKS, INC., AND MACK            )   Date:  November 1, 2007
19  HEALTH, DISABILITY, AND LIFE           )   Time:  2:30 pm
    BENEFITS FOR UAW EMPLOYEES PLAN,)          Ctrm:  Courtroom 6, 17th Floor
20                                         )          The Honorable Vaughn R. Walker
                  Defendants.              )
21  _____)

22

23

24

25

26

27

28

DECL. OF ROBERT EVANS IN SUPPORT OF **PLAINTIFFS' PRELIMINARY INJUNCTION REPLY BRIEF**,
Case No. C-07-4830 VRW

I, Robert Evans, declare as follows:

1. I work for the International Union, United Automobile Aerospace and Agricultural Implement Workers of America, AFL-CIO ("UAW"). The information in this declaration is based upon my personal knowledge, and if called upon to testify, I could and would competently testify thereto.

2. I have worked on the staff of the International Union since 1994, specializing in the area of benefits, including but not limited to pension and healthcare benefits. My responsibilities include representing the UAW in collective bargaining negotiations, focusing in particular on collectively bargained benefits.

3. As International staff, I personally participated in the UAW's collective bargaining negotiations with Mack Trucks, Inc. over the 2004 Master Agreement. The parties had extensive discussions in the 2004 collective bargaining negotiations over retiree healthcare benefits, and in particular over the funding of the Voluntary Employee Benefit Association ("VEBA") trust created in 2001 to fund those benefits. The company made various proposals about VEBA funding but the union was concerned that the amount of the contribution in the company's proposals would not suffice to provide healthcare for retirees on a lifetime basis. The parties therefore scrutinized the numbers extensively to ensure that the contributions would be sufficient to satisfy Mack's obligations to provide lifetime healthcare benefits. The reason why the parties spent so much time on the funding of the VEBA was because both sides understood that Mack had an independent legal obligation under the Master Agreement to provide lifetime retiree healthcare benefits.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed at Detroit, Michigan, this 25th day of October 2007.

_____
Robert Evans

DECL. OF ROBERT EVANS ISO PLTFS' PRELIMINARY INJUNCTION REPLY BRIEF, Case No. C-07-4830 VRW

1