Fred H. Altshuler (SBN 43878)
Linda Lye (SBN 215584)
Jamie L. Crook (SBN 245757)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94109
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: faltshuler@altshuleberzon.com
E-Mail: llye@altshulerberzon.com
E-Mail: jcrook@altshulerberzon.com

*Attorneys for Plaintiffs Robert M. Evitt, Sr.,
Joel Ortega, Loretta Evitt, and
the proposed Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ROBERT M. EVITT, Sr., JOEL ORTEGA, and LORETTA EVITT, on behalf of themselves and a class of those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MACK TRUCKS, INC., AND MACK HEALTH, DISABILITY, AND LIFE BENEFITS FOR UAW EMPLOYEES PLAN,<br><br>    Defendants. | Case No. C-07-4830 VRW<br><br>**CLASS ACTION**<br><br>**DECLARATION OF TIM BRESSLER IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION REPLY BRIEF**<br><br>Date:  November 1, 2007<br>Time:  2:30 pm<br>Ctrm:  Courtroom 6, 17th Floor<br>           The Honorable Vaughn R. Walker |

DECL. OF TIM BRESSLER IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION REPLY BRIEF,
Case No. C-07-4830 VRW

I, Tim Bressler, declare as follows:

1.      I am the Assistant Director of the Heavy Truck Department of the International Union, United Automobile Aerospace and Agricultural Implement Workers of America, AFL-CIO ("UAW" or the "Union"). In my capacity as Assistant Director, I oversee the UAW's collective bargaining relationship with Mack Trucks, Inc. ("Mack"), participate in collective bargaining negotiations with Mack, and am generally familiar with the Mack-UAW collective bargaining relationship. I am also familiar with the UAW's record-keeping practices.

2.      In the ordinary course of its business, the UAW maintains written copies of its current and prior collective bargaining agreements.

3.      Attached as Exhibit A to this declaration is a true and correct copy of excerpts of Appendix A to the 1987 UAW-Mack Master Agreement.

4.      Attached as Exhibit B to this declaration is a true and correct copy of excerpts of Appendix A to the 1992 UAW-Mack Master Agreement.

5.      Attached as Exhibit C to this declaration is a true and correct copy of excerpts of Appendix A to the 1998 UAW-Mack Master Agreement.

6.      Attached as Exhibit D to this declaration is a true and correct copy of excerpts of Appendix A to the 2001 UAW-Mack Master Agreement.

7.      Attached as Exhibit E to this declaration is a true and correct copy of excerpts of Appendix A to the 2004 UAW-Mack Master Agreement.

8.      There is a "Mack-UAW Joint Pension Board of Administration" that oversees the pension for retirees and surviving spouses covered by the UAW-Mack Master Agreement. In the regular course of its business, the UAW maintains records pertaining to the Mack-UAW Joint Pension Board of Administration. Mack regularly provides information to the Joint Pension Board about the benefits it pays out, including copies of the forms Mack provides to surviving spouses outlining their benefits. Mack states on these forms under "Health Insurance Coverage," that such coverage is "COMPANY PAID FOR LIFE." The forms also state the "first pay date," that is, the first date on which benefits were paid to the survivor. Mack issues these forms close

1  to the time of the first pay date, so it is apparent from the "first pay date" that appears on the face
2  of the form approximately when Mack issued the form. These forms also indicate the date on
3  which the retiree retired. True and correct copies of these forms issued by Mack between 1987
4  and 2007 are attached as Exhibit F to this declaration. Social security numbers and addresses
5  have been redacted from these forms for privacy purposes.
6       I declare under penalty of perjury under the laws of the United States that the foregoing
7  is true and correct to the best of my knowledge.
8       Executed at _Detroit_, Michigan, this _25th_ day of October 2007.

                                          _/s/ Tim Bressler_
                                          Tim Bressler

*Melissa M. King*
MELISSA M. KING
NOTARY PUBLIC MACOMB CO., MI
MY COMMISSION EXPIRES Oct 22, 2008
ACTING IN _Wayne_ COUNTY, MI