# EXHIBIT A

MASTER AGREEMENT
BETWEEN
MACK TRUCKS, INC.
AND
INTERNATIONAL AND UNITED AUTOMOBILE,
AEROSPACE AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA, UAW

MAY 4, 1987

APPENDIX A

APPENDIX A

MACK-UAW PENSION
PLAN

ARTICLE I

January 1, 1985 Amendment and Restatement Of The Plan, As To Employees Represented By UAW Locals 76, 171, 229, 677, And 1247 Including Plan Changes Agreed To In The 1984 Bargaining (hereinafter called the "Plan").

The January 1, 1976 Amendment and Restatement of the Plan as amended in 1980 and 1983 (the "1976 Pension Plan") shall be amended and restated as herein set forth and maintained by Mack Trucks, Inc. (the "Company") for the duration of its Collective Bargaining Agreement with the International Union UAW (the "Union") of which this Appendix A is a part.

In general, the provisions set forth in this Plan are applicable only to employees with seniority on or after January 1, 1985. Employees represented by Locals 76, 171, 229, 677 and 1247 who retired with benefits commencing prior to such date, or eligible surviving spouses of such employees shall be entitled to the benefits, if any, under the Plan as it existed immediately prior to such date, except as specifically stated in the body of this amendment and restatement. Former employees who were represented by Local 68 and the surviving spouses of those former employees shall be entitled to the benefits, if any, under the Plan as it existed immediately prior to such date, except as specifically stated in the addendum to the Plan captioned "Brockway Addendum".

Adoption of the Plan is subject to and contingent upon the Company receiving a determination letter from the District Director of the Internal Revenue Service that:

(i) The Plan continues to be a qualified plan pursuant to Section 401 of the Internal Revenue Code, and

(ii) The Trust pursuant to which the Plan is funded continues to be an exempt trust pursuant to Section 501 of the Internal Revenue Code.

41-0004-DS DUP

1