# EXHIBIT B




# AGREEMENTS CONCERNING

PENSION PLAN — Appendix A

INSURANCE PROGRAM — Appendix B

SUPPLEMENTAL UNEMPLOYMENT BENEFIT PLAN — Appendix C

TRANSFERS TO OTHER PLANTS — Appendix D

PROFIT SHARING PLAN — Appendix E

PROTECTED EMPLOYEE GROUP PLAN — Appendix F

LEGAL SERVICE PLAN — Appendix G

between

MACK TRUCKS, INC.

and the

INTERNATIONAL UNION,
UNITED AUTOMOBILE,
AEROSPACE AND
AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA,
UAW
AND ITS LOCALS
171, 472, 677, 1247, 2301, 5841

OCTOBER 28, 1992



TABLE OF CONTENTS

|  | Page |
|---|---|
| Appendix A - Pension Plan | 1 |
| Appendix B - Insurance Program | 99 |
| Appendix C - Supplemental Unemployment Benefit Plan | 190 |
| Appendix D - Transfers to Other Plants | 261 |
| Appendix E - Profit Sharing Plan | 267 |
| Appendix F - Protected Employee Group Plan | 275 |
| Appendix G - Legal Service Plan | 289 |



APPENDIX A

MACK-UAW PENSION PLAN

TABLE OF CONTENTS

| Article | Section | Description | Page |
|---|---|---|---|
| I | | November 1, 1992 Amendment and Restatement Of The Plan, Including Plan Changes Agreed to In the 1992 Bargaining | 1 |
| II | | Definitions | 2 |
| III | 1 | Crediting Of Service For Employees Who Retired or Terminated Employment Prior to January 1, 1976 | 5 |
| | 2 | Definition Of Credited Service For Employees Who Retire Or Terminate Employment Under The Plan On Or After January 1, 1976 | 6 |
| | 3 | Definition Of Vesting Service | 9 |
| | 4 | Transfers Into A Bargaining Unit And Creation Of New Bargaining Units | 10 |
| IV | 1 | Types of Retirement Benefits | 10 |
| | 2 | Normal Retirement | 10 |
| | 3 | Early Retirement | 11 |
| | 4 | Total and Permanent Disability Retirement | 12 |
| | 5 | Deferred Vested Pension | 14 |
| | 6 | Monthly Survivor's Benefits | 14 |
| | 7 | Employees Not Actively At Work | 21 |
| | 8 | Applications | 22 |
| | | Pre-Retirement Servivor Option to Comply With the Retirement Equity Act of 1984 | 22 |
| V | | Amount of Retirement Benefits | 25 |
| | 1 | Normal Retirement Benefits | 25 |
| | 2 | Early Retirement Benefits | 26 |
| | 3 | Disability Retirement Benefits | 28 |

APPENDIX A

MACK-UAW PENSION PLAN

TABLE OF CONTENTS

| Article | Section | Description | Page |
|---|---|---|---|
| | 4 | Deferred Vested Pension Benefits | 30 |
| | 5 | Monthly Survivor's Benefits | 32 |
| | 6 | Transition and Bridge Survivor Income Benefits | 38 |
| | 7 | Commencement of Benefits | 44 |
| | 8 | Benefits Payable to Incompetents | 45 |
| | 9 | Vesting | 45 |
| | 10 | Non-Alienation of Benefits | 45 |
| | 11 | Re-employed Retired Employee | 46 |
| | 12 | Plainfield and Sorbo Cast Separation | 47 |
| | 13 | Life Insurance for Retirees | 47 |
| | 14 | Special Survivorship Option | 47 |
| | 15 | Special Age 65 Benefit | 49 |
| | 16 | Waiver of Benefits | 52 |
| | 17 | Deduction for Workmen's Compensation | 52 |
| | 18 | Recovery of Temporary Benefits Overpayments | 53 |
| | 19 | Special Single Sum Payments | 54 |
| | 20 | Offset for Payments Made Pursuant to a Qualified Domestic Relations Order | 55 |
| | 21 | Distribution Requirements | 56 |
| | 22 | Early Retirement Incentive Benefits | 56 |
| VI | | Supplemental Allowance | 58 |
| | 1 | Early Retirement Supplemental Allowance | 58 |
| | 2 | Limitations and Other Provisions Affecting the Payment of Supplemental Allowances | 67 |

APPENDIX A

MACK-UAW PENSION PLAN

TABLE OF CONTENTS

| Article | Section | Description | Page |
|---|---|---|---|
| | 3 | Discharged Employees | 69 |
| | 4 | Employees On Leave For Union Business | 69 |
| VII | | Board of Administration | 70 |
| | 1 | Establishment | 70 |
| | 2 | Function | 71 |
| | 3 | Jurisdiction | 71 |
| | 4 | Powers | 72 |
| | 5 | Quorum; Voting | 73 |
| | 6 | Compensation and Expenses | 74 |
| | 7 | Liability of Members | 74 |
| | 8 | Actuarial and Trust Fund Information | 74 |
| | 9 | Single Sum Payment | 76 |
| VIII | | Trust Fund | 77 |
| IX | | Effects of Retirement on Seniority | 78 |
| X | | Amendment and Duration of the Plan | 78 |
| XI | | Disposition of Trust Fund on Termination of Plan | 79 |
| XII | | Company Contributions | 81 |
| XIII | | Merger, Consolidation, or Asset or Liability Transfer | 81 |
| XIV | | Limitation on Benefits | 82 |
| XV | | Applicable Law | 85 |
| | | Table 1 | 86 |
| | | Table 2 | 87 |
| | | Table 3 | 94 |
| | | Table 4 | 95 |
| | | Brockway Addendum | 96 |
| Exhibit A | | Check-Off Authorization | 97 |

APPENDIX A

MACK-UAW PENSION PLAN

ARTICLE I

**November 1, 1992** Amendment and Restatement Of The Plan, As To Employees Represented By UAW Locals 171, 677, 1247, 5841, 472, And 2301, Including Plan Changes Agreed To In The **1992 Bargaining** (Hereinafter Called the "*Plan*").

The January 1, **1988** Amendment and Restatement of the Plan as amended in **1988** and **1991** (the "*1985 Pension Plan*") shall be amended and restated as herein set forth and maintained by Mack Trucks, Inc. (the "*Company*") for the duration of its Collective Bargaining Agreement with the International Union UAW (the "*Union*") of which this Appendix A is a part.

In general, the provisions set forth in this Plan are applicable only to employees with seniority on or after **October 30, 1992**. Employees represented by Locals 76, 171, 229, 677, 1247, **5841, 472 and 2301** who retired with benefits commencing prior to such date, or eligible surviving spouses of such employees shall be entitled to the benefits, if any, under the Plan as it existed immediately prior to such date, except as specifically stated in the body of this amendment and restatement. Former employees who were represented by Local 68 and the surviving spouses of those former employees shall be entitled to the benefits, if any, under the Plan as it existed prior to **January 1, 1985**, except as specifically stated in the addendum to the Plan captioned "*Brockway Addendum*".

Adoption of the Plan is subject to and contingent upon the Company receiving a determination letter from the District Director of the Internal Revenue Service that:

(i) The Plan continues to be a qualified plan pursuant to Section 401 of the Internal Revenue Code, and

(ii) The Trust pursuant to which the Plan is funded continues to be an exempt trust pursuant to Section 501 of the Internal Revenue Code.

1