# EXHIBIT F

# MACK—UAW JOINT PENSION BOARD OF ADMINISTRATION

### TOPSHEET FOR THE SURVIVOR INCOME BENEFITS OF

### HELEN L. SEAVOLT
SURVIVOR OF: WADE T. SEAVOLT
DOD: 10/30/86

SOC. SEC. NUMBER: ▬▬▬▬▬                    SENIORITY DATE: 07/17/72

LOCATION: HAGERSTOWN                      CREDITED SERVICE: 10.4

DATE OF RETIREMENT: 09/15/82              DATE BENEFITS COMMENCE: 11/01/86

DOB: 12/17/22                            SPOUSE'S DOB: 07/30/21

DATE OF MARRIAGE: 06/13/42               AGE DIFFERENCE: 1 YEAR OLDER

SPOUSE'S AGE (NEAREST BIRTHDAY) AT EMPLOYEE'S DEATH: 65

WAS EMPLOYEE ELIGIBLE TO RETIRE AT TIME OF DEATH:  YES

HEALTH INSURANCE COVERAGE:  COMPANY PAID FOR LIFE

MONTHLY BENEFIT AMOUNTS

1.  SURVIVOR INCOME:                   $350.00

2.  SURVIVOR PENSION BENEFIT:          $111.54 (IF APPLICABLE)

3.  SPECIAL AGE 65 BENEFIT:            $ 17.90 (IF APPLICABLE)

SCHEDULE OF MONTHLY PAYMENTS AND CHANGES

| PAYMENT | PERIOD PAYABLE | | | | REASON |
|---|---|---|---|---|---|
| $1050.00 | FROM | 11/01/86 | TO | 01/31/87 | RETROACTIVE BENEFIT |
| $ 350.00 | FROM | 02/01/87 | TO | 10/31/88 | SURVIVOR INCOME BENEFIT |
| $129.44 | FROM | 11/01/88 | TO | LIFE | SURVIVOR PENSION AND SPECIAL AGE 65 BENEFIT |
| $ | FROM | | TO | | |
| $ | FROM | | TO | | |

# MACK—UAW JOINT PENSION BOARD OF ADMINISTRATION

## TOPSHEET FOR THE SURVIVOR INCOME BENEFITS OF

**MARTHA STEINKE**
SURVIVOR OF: HERBERT STEINKE
DOD: 02/12/87

SOC. SEC. NUMBER: ▮▮▮▮▮▮▮                SENIORITY DATE: 05/02/66

LOCATION: ALLENTOWN                      CREDITED SERVICE: 20.7

DATE OF RETIREMENT: 02/01/87             DATE BENEFITS COMMENCE: 03/01/87

DOB: 02/03/25                            SPOUSE'S DOB: 07/16/26

DATE OF MARRIAGE: 08/23/47               AGE DIFFERENCE: 1 YEAR

SPOUSE'S AGE (NEAREST BIRTHDAY) AT EMPLOYEE'S DEATH: 61

WAS EMPLOYEE ELIGIBLE TO RETIRE AT TIME OF DEATH:  YES

HEALTH INSURANCE COVERAGE:  COMPANY PAID FOR LIFE

## MONTHLY BENEFIT AMOUNTS

1. SURVIVOR INCOME:                  $350.00

2. SURVIVOR PENSION BENEFIT:         $254.45 (IF APPLICABLE)

3. SPECIAL AGE 65 BENEFIT:           $ 17.90 (IF APPLICABLE)

## SCHEDULE OF MONTHLY PAYMENTS AND CHANGES

| PAYMENT | PERIOD PAYABLE | | | REASON |
|---|---|---|---|---|
| $700.00 | FROM 03/01/87 | TO | 04/30/87 | RETROACTIVE BENEFIT |
| $350.00 | FROM 05/01/87 | TO | 02/28/89 | SURVIVOR INCOME |
| $245.45 | FROM 03/01/89 | TO | 07/31/91 | SURVIVOR PENSION |
| $263.35 | FROM 08/01/91 | TO | LIFE | SURVIVOR SPECIAL AGE 65 BENEFIT |
| $ | FROM | TO | | |

# MACK—UAW JOINT PENSION BOARD OF ADMINISTRATION

## TOPSHEET FOR THE SURVIVOR PENSION BENEFITS OF

JAMES J. BRUDER
SURVIVOR OF:  DORIS D. BRUDER
DOD:  04/03/87

| | |
|---|---|
| SOCIAL SECURITY NUMBER: ███████ | SENIORITY DATE:  04/21/41 |
| LOCATION:  ALLENTOWN | CREDITED SERVICE:  33.8 |
| DATE OF RETIREMENT:  01/01/75 | DATE BENEFITS COMMENCE:  05/01/87 |
| DOB:  08/08/22 | SPOUSE'S DOB:  12/22/10 |
| DATE OF MARRIAGE:  11/19/60 | AGE DIFFERENCE:  12 YEARS |

PERCENTAGE AFTER REDUCTION FOR SURVIVOR OPTION (IF APPLICABLE):  98.5%

HEALTH INSURANCE COVERAGE:  COMPANY PAID FOR LIFE

FIRST PAY DATE:  06/01/87

## MONTHLY BENEFIT AMOUNTS

1.  SPOUSE'S SPECIAL AGE 65 BENEFIT:     $ 17.90

6.  SURVIVOR PENSION BENEFIT:            $318.07

## SCHEDULE OF MONTHLY PAYMENTS AND CHANGES

| PAYMENT | PERIOD PAYABLE | | | | REASON |
|---|---|---|---|---|---|
| $671.94 | FROM | 05/01/87 | TO | 06/30/87 | RETROACTIVE BENEFIT |
| $335.97 | FROM | 07/01/87 | TO | LIFE | SURVIVOR PENSION + SPECIAL AGE 65 BENEFIT |
| $ | FROM | | TO | | |
| $ | FROM | | TO | | |
| $ | FROM | | TO | | |

# MACK—UAW JOINT PENSION BOARD OF ADMINISTRATION

## TOPSHEET FOR THE SURVIVOR PENSION BENEFITS OF

RUTH KALLMYER
SURVIVOR OF:   LEE W. KALLMYER
DOD:   03/24/87

SOCIAL SECURITY NUMBER: ▮▮▮▮▮▮▮        SENIORITY DATE:   01/02/62

LOCATION:   HAGERSTOWN                 CREDITED SERVICE:   22.3

DATE OF RETIREMENT:   04/01/84         DATE BENEFITS COMMENCE:   04/01/87

DOB:   05/21/22                        SPOUSE'S DOB:   08/21/27

DATE OF MARRIAGE:   03/29/52           AGE DIFFERENCE:   5 YEARS

PERCENTAGE AFTER REDUCTION FOR SURVIVOR OPTION (IF APPLICABLE):   100.0%

HEALTH INSURANCE COVERAGE:   COMPANY PAID FOR LIFE

FIRST PAY DATE:   06/01/87

## MONTHLY BENEFIT AMOUNTS

1.  SPOUSE'S SPECIAL AGE 65 BENEFIT:      $ 17.90

6.  SURVIVOR PENSION BENEFIT:            $235.32

## SCHEDULE OF MONTHLY PAYMENTS AND CHANGES

| PAYMENT | PERIOD PAYABLE | | | REASON |
|---------|------|------|------|--------|
| $705.96 | FROM | 04/01/87 | TO | 06/30/87 | RETROACTIVE BENEFIT |
| $235.32 | FROM | 07/01/87 | TO | 08/31/92 | SURVIVOR PENSION |
| $253.22 | FROM | 09/01/92 | TO | LIFE | SPECIAL AGE 65 BENEFIT |
| $ | FROM | | TO | | |
| $ | FROM | | TO | | |

# MACK—UAW JOINT PENSION BOARD OF ADMINISTRATION

## TOPSHEET FOR THE SURVIVOR PENSION BENEFITS OF

DOROTHY F. BUTTS
SURVIVOR OF: NORMAN BUTTS
DOD: 11-17-89

SOCIAL SECURITY NUMBER: ███████    SENIORITY DATE: 07-09-62

LOCATION: HAGERSTOWN    CREDITED SERVICE: 21.4

DATE OF RETIREMENT: 08-23-83    DATE BENEFITS COMMENCE: 12-01-89

DOB: 04-18-25    SPOUSE'S DOB: 08-18-21

DATE OF MARRIAGE: 05-26-45    AGE DIFFERENCE: 4 YRS

PERCENTAGE AFTER REDUCTION FOR SURVIVOR OPTION (IF APPLICABLE): 100%

HEALTH INSURANCE COVERAGE: COMPANY PAID FOR LIFE

FIRST PAY DATE: 02-01-90

## MONTHLY BENEFIT AMOUNTS

1. SPOUSE'S SPECIAL AGE 65 BENEFIT:    $ 28.60

6. SURVIVOR PENSION BENEFIT:    $229.52

## SCHEDULE OF MONTHLY PAYMENTS AND CHANGES

| PAYMENT | PERIOD PAYABLE | | | | REASON |
|---|---|---|---|---|---|
| $537.51 | FROM | 12-01-89 | TO | 02-28-90 | Retro Benefit Plus 1/1/90 Bonus |
| $229.52 | FROM | 03-01-90 | TO | 04-30-25 | Regular Benefit |
| $258.12 | FROM | 05-01-25 | TO | Life | Regular Benefit Plus Special Age 65 Benefit |
| $ | FROM | | TO | | |
| $ | FROM | | TO | | |

# MACK—UAW JOINT PENSION BOARD OF ADMINISTRATION

## TOPSHEET FOR THE SURVIVOR PENSION BENEFITS OF

RITA BAKER
SURVIVOR OF: LEROY H. BAKER
DOD: 01-17-90

SOCIAL SECURITY NUMBER: ███████        SENIORITY DATE: 02-25-63

LOCATION: HAGERSTOWN                    CREDITED SERVICE: 24.0

DATE OF RETIREMENT: 01-01-87           DATE BENEFITS COMMENCE: 02-01-90

DOB: 08-10-19                          SPOUSE'S DOB: 07-13-24

DATE OF MARRIAGE: 01-06-68            AGE DIFFERENCE: 5 YRS


PERCENTAGE AFTER REDUCTION FOR SURVIVOR OPTION  IF APPLICABLE:  100%

HEALTH INSURANCE COVERAGE:  COMPANY PAID FOR LIFE

FIRST PAY DATE: 03-01-90


## MONTHLY BENEFIT AMOUNTS

1. SPOUSE'S SPECIAL AGE 65 BENEFIT:      $ 28.60

6. SURVIVOR PENSION BENEFIT:            $295.02


## SCHEDULE OF MONTHLY PAYMENTS AND CHANGES

| PAYMENT | PERIOD PAYABLE | | | REASON |
|---|---|---|---|---|
| $647.24 | FROM 02-01-90 | TO | 03-31-90 | Retro Benefit |
| $323.62 | FROM 04-01-90 | TO | Life | Survivor Pension Plus Special Age 65 Benefit |
|  | FROM | TO | | |
|  | FROM | TO | | |
|  | FROM | TO | | |

# MACK--UAW JOINT PENSION BOARD OF ADMINISTRATION

## TOPSHEET FOR THE SURVIVOR PENSION BENEFITS OF

NANCEE BENNICOFF
SURVIVOR OF: MARTIN J. BENNICOFF
DOD: 01-24-90

SOCIAL SECURITY NUMBER: ███████         SENIORITY DATE:  04-24-59

LOCATION:  ALLENTOWN                     CREDITED SERVICE:  28.7

DATE OF RETIREMENT:  10-01-87            DATE BENEFITS COMMENCE:  02-01-90

DOB:  12-26-31                           SPOUSE'S DOB:  01-13-29

DATE OF MARRIAGE:  06-20-53              AGE DIFFERENCE:  3 YRS


PERCENTAGE AFTER REDUCTION FOR SURVIVOR OPTION (IF APPLICABLE):  100%

HEALTH INSURANCE COVERAGE:  COMPANY PAID FOR LIFE

FIRST PAY DATE:  03-01-90


### MONTHLY BENEFIT AMOUNTS

1.  SPOUSE'S SPECIAL AGE 65 BENEFIT:     $ 28.60

6.  SURVIVOR PENSION BENEFIT:           $352.79


### SCHEDULE OF MONTHLY PAYMENTS AND CHANGES

| PAYMENT | PERIOD PAYABLE | | | REASON |
|---|---|---|---|---|
| $705.58 | FROM 02-01-90 | TO | 03-31-90 | Retro Benefit |
| $352.79 | FROM 04-01-90 | TO | 12-31-96 | Survivor Pension Benefit |
| $381.39 | FROM 01-01-97 | TO | Life | Survivor Pension Plus Special Age 65 Benefit |
| $ | FROM | TO | | |
| $ | FROM | TO | | |

# MACK—UAW JOINT PENSION BOARD OF ADMINISTRATION

## TOPSHEET FOR THE SURVIVOR PENSION BENEFITS OF

DAWN BRELSFORD
SURVIVOR OF: THEODORE E. BRELSFORD
DOD: 01-27-90

SOCIAL SECURITY NUMBER: ███████       SENIORITY DATE: 07-03-62

LOCATION: HAGERSTOWN                   CREDITED SERVICE: 25.1

DATE OF RETIREMENT: 06-01-87           DATE BENEFITS COMMENCE: 02-01-90

DOB: 07-07-41                          SPOUSE'S DOB: 03-15-29

DATE OF MARRIAGE: 01-16-80             AGE DIFFERENCE: 12 YRS

PERCENTAGE AFTER REDUCTION FOR SURVIVOR OPTION (IF APPLICABLE): 99.0%

HEALTH INSURANCE COVERAGE: COMPANY PAID FOR LIFE

FIRST PAY DATE: 03-01-90

## MONTHLY BENEFIT AMOUNTS

1. SPOUSE'S SPECIAL AGE 65 BENEFIT:   $ 28.60

5. SURVIVOR PENSION BENEFIT:          $305.46

## SCHEDULE OF MONTHLY PAYMENTS AND CHANGES

| PAYMENT | PERIOD PAYABLE | | | REASON |
|---|---|---|---|---|
| $610.92 | FROM 02-01-90 | TO | 03-31-90 | Retro Benefit |
| $305.46 | FROM 04-01-90 | TO | 07-31-06 | Survivor Benefit |
| $334.06 | FROM 08-01-06 | TO | Life | Survivor Pension Plus Special Age 65 Benefit |
| $ | FROM | TO | | |
| $ | FROM | TO | | |

#5

## MACK–UAW JOINT PENSION BOARD OF ADMINISTRATION

## TOPSHEET FOR THE SURVIVOR PENSION BENEFITS OF

### EVELYN M. GEORGE

#### SURVIVOR OF:  PAUL C. GEORGE
#### DOD:  04-21-91

SOCIAL SECURITY NUMBER: ▓▓▓▓▓▓          SENIORITY DATE:  09-26-55

LOCATION:  ALLENTOWN                    CREDITED SERVICE:  29.6

DATE OF RETIREMENT:  01-31-85           DATE BENEFITS COMMENCE:  05-01-91

DOB:  05-11-27                          SPOUSE'S DOB:  08-27-22

DATE OF MARRIAGE:  04-20-46             AGE DIFFERENCE:  5 YRS


PERCENTAGE AFTER REDUCTION FOR SURVIVOR OPTION (IF APPLICABLE):  100.0%

HEALTH INSURANCE COVERAGE:  COMPANY PAID FOR LIFE

FIRST PAY DATE:  06-01-91


MONTHLY_BENEFIT_AMOUNTS

1.  SPOUSE'S SPECIAL AGE 65 BENEFIT:     $ 29.90

2.  SURVIVOR PENSION BENEFIT:            $372.00


SCHEDULE_OF_MONTHLY_PAYMENTS_AND_CHANGES

| PAYMENT | PERIOD PAYABLE | | | REASON |
|---|---|---|---|---|
| $  744.00 | FROM  05-01-1991 | TO | 06-30-1991 | Retro Benefit |
| $  372.00 | FROM  07-01-1991 | TO | 05-31-1992 | Survivor Pension |
| $  401.90 | FROM  06-01-1992 | TO | Life | Survivor Pension Plus Special Age 65 Benefit |
| $ | FROM | TO | | |
| $ | FROM | TO | | |

#5

## MACK-UAW JOINT PENSION BOARD OF ADMINISTRATION

## TOPSHEET FOR THE SURVIVOR PENSION BENEFITS OF

### DOROTHY R. KUNKEL

SURVIVOR OF:  NORMAN R. KUNKEL
DOD:  04-02-91

SOCIAL SECURITY NUMBER: ███████        SENIORITY DATE:  01-24-41

LOCATION:  ALLENTOWN                    CREDITED SERVICE:  34.2

DATE OF RETIREMENT:  02-01-75           DATE BENEFITS COMMENCE:  05-01-91

DOB:  09-26-16                          SPOUSE'S DOB:  10-13-20

DATE OF MARRIAGE:  06-29-46             AGE DIFFERENCE:  4 YRS

PERCENTAGE AFTER REDUCTION FOR SURVIVOR OPTION (IF APPLICABLE):  95.0%

HEALTH INSURANCE COVERAGE:  COMPANY PAID FOR LIFE

FIRST PAY DATE:  06-01-91

### MONTHLY BENEFIT AMOUNTS

1.  SPOUSE'S SPECIAL AGE 65 BENEFIT:      $ 29.90

2.  SURVIVOR PENSION BENEFIT:            $314.45

### SCHEDULE OF MONTHLY PAYMENTS AND CHANGES

| PAYMENT | PERIOD PAYABLE | | | REASON |
|---|---|---|---|---|
| $  688.70 | FROM  05-01-1991 | TO | 06-30-1991 | Retro Benefit |
| $  344.35 | FROM  07-01-1991 | TO | Life | Survivor Pension Plus Special Age 65 Benefit |
| $ | FROM | TO | | |
| $ | FROM | TO | | |
| $ | FROM | TO | | |

#5

MACK–UAW JOINT PENSION BOARD OF ADMINISTRATION

TOPSHEET FOR THE SURVIVOR PENSION BENEFITS OF

EDITH O. BAGIN

SURVIVOR OF:  JOHN BAGIN
DOD:  11-15-91

SOCIAL SECURITY NUMBER: ██████    SENIORITY DATE:  07-03-41

LOCATION:  ALLENTOWN                CREDITED SERVICE:  41.2

DATE OF RETIREMENT:  09-01-82       DATE BENEFITS COMMENCE:  12-01-91

DOB:  05-26-18                      SPOUSE'S DOB:  11-29-21

DATE OF MARRIAGE:  12-27-47         AGE DIFFERENCE:  3 YRS

PERCENTAGE AFTER REDUCTION FOR SURVIVOR OPTION (IF APPLICABLE):  100.0%

HEALTH INSURANCE COVERAGE:  COMPANY PAID FOR LIFE

FIRST PAY DATE:  01-01-92

MONTHLY_BENEFIT_AMOUNTS

1.  SPOUSE'S SPECIAL AGE 65 BENEFIT:     $ 31.80

2.  SURVIVOR PENSION BENEFIT:            $453.20

SCHEDULE_OF_MONTHLY_PAYMENTS_AND_CHANGES

| PAYMENT | PERIOD PAYABLE | | | REASON |
|---------|------|------------|------------|--------|
| $1,078.10 | FROM | 12-01-1991 TO | 01-31-1992 | Retro Benefit Plus '92 Bonus |
| $ 485.00 | FROM | 02-01-1992 TO | Life | Survivor Pension Plus Special Age 65 Benefit |
| $ | FROM | TO | | |
| $ | FROM | TO | | |
| $ | FROM | TO | | |

#5

MACK-UAW JOINT PENSION BOARD OF ADMINISTRATION

TOPSHEET FOR THE SURVIVOR PENSION BENEFITS OF

LOIS R. BUTTS

████████████████████████████

SURVIVOR OF:  ROBERT W. BUTTS
DOD:  11-23-91

SOCIAL SECURITY NUMBER:  ██████████     SENIORITY DATE:  01-04-57

LOCATION:  ALLENTOWN                     CREDITED SERVICE:  30.9

DATE OF RETIREMENT:  01-01-88            DATE BENEFITS COMMENCE:  12-01-91

DOB:  09-13-32                           SPOUSE'S DOB:  01-26-31

DATE OF MARRIAGE:  01-27-55              AGE DIFFERENCE:  1 YR

PERCENTAGE AFTER REDUCTION FOR SURVIVOR OPTION (IF APPLICABLE):  100.0%

HEALTH INSURANCE COVERAGE:  COMPANY PAID FOR LIFE

FIRST PAY DATE:  01-01-92

MONTHLY_BENEFIT_AMOUNTS

1.  SPOUSE'S SPECIAL AGE 65 BENEFIT:     $ 31.80

2.  SURVIVOR PENSION BENEFIT:            $416.38

SCHEDULE_OF_MONTHLY_PAYMENTS_AND_CHANGES

| PAYMENT | PERIOD PAYABLE | | | REASON |
|---|---|---|---|---|
| $  825.96 | FROM  12-01-1991 | TO | 01-31-1992 | Retro Benefit |
| $  416.38 | FROM  02-01-1992 | TO | 09-30-1997 | Survivor Pension |
| $  448.18 | FROM  10-01-1997 | TO | Life | Survivor Pension Plus Special Age 65 Benefit |
| $ | FROM | TO | | |
| $ | FROM | TO | | |

MACK-UAW JOINT PENSION BOARD OF ADMINISTRATION
#5       TOPSHEET FOR THE SURVIVOR PENSION BENEFITS

of:        Ann Isaac                          SURVIVOR OF:      Ascid Isaac
                                              DATE OF DEATH:    12-23-2004
                                              SOC.SEC. NO.

SOC. SEC. NUMBER:                             SENIORITY DATE:        11 /   10 /   1938

LOCATION:              Allentown-Shop         RATE/CR.SERV.:    $20.00  times         44.1

DATE OF RETIREMENT:    3 /   1 /   1984       COMMENCEMENT DATE:     1 /   1 /   2005

DOB:                   1 /   29 /  1922       SPOUSE'S DOB:          2 /   3 /   1919

DATE OF MARRIAGE:      0 /   0 /   0          AGE DIF.:                              3

PERCENTAGE AFTER REDUCTION FOR SURVIVOR OPTION:
SURVIVOR OPTION (IF APPLICABLE):              100.0%

HEALTH INSURANCE COVERAGE:           COMPANY PAID FOR LIFE

FIRST PAY DATE:        1 /   1 /   2005

BADGE:                 100-95707/86507

STATUS CODE :          66

MONTHLY BENEFIT AMOUNTS:

1. SURVIVOR PENSION BENEFIT:              $485.10

2. SPECIAL AGE 65 BENEFIT.:               $78.20

3. JANUARY LUMP SUM BONUS:                $110.00

SCHEDULE OF MONTHLY PAYMENTS AND CHANGES:

| PAYMENT | PERIOD PAYABLE | | | | REASON |
|---|---|---|---|---|---|
| $673.30 | FROM | 1 / 1 / 2005 | TO | 1 / 31 / 2005 | Retro Benefit including lump sum bonus ck dated 1-20-2005 |
| $563.30 | FROM | 2 / 1 / 2005 | TO | Life | Survivor Pension Plus Special Age 65 Benefit |

*pension mtg 633*
*1-14-05*

MACK-UAW JOINT PENSION BOARD OF ADMINISTRATION
#5         TOPSHEET FOR THE SURVIVOR PENSION BENEFITS

of:        **Betty Sterling**              SURVIVOR OF:        Charles Sterling
                                          DATE OF DEATH:      12-03-2005
                                          SOC.SEC. NO.

SOC. SEC. NUMBER:                          SENIORITY DATE:           3 /  17 /  1965

LOCATION:              Hagerstown-Shop     RATE/CR.SERV.:    $20.00  times        18.4

DATE OF RETIREMENT:    3 /  1 /  1984      COMMENCEMENT DATE:        1 /  1 /  2006

DOB:                   9 /  25 /  1922     SPOUSE'S DOB:            11 /  24 /  1918

DATE OF MARRIAGE:      11 /  2 /  1946     AGE DIF.:                               4

PERCENTAGE AFTER REDUCTION FOR SURVIVOR OPTION:
SURVIVOR OPTION (IF APPLICABLE):              100.0%

HEALTH INSURANCE COVERAGE:         COMPANY PAID FOR LIFE

FIRST PAY DATE:        1 /  1 /  2006

BADGE:                 050-95878/87574

STATUS CODE :          66

MONTHLY BENEFIT AMOUNTS:

1. SURVIVOR PENSION BENEFIT:               $202.40

2. SPECIAL AGE 65 BENEFIT.:                $88.50

3. JANUARY ONE TIME BONUS:                 $67.10

SCHEDULE OF MONTHLY PAYMENTS AND CHANGES:

| PAYMENT | PERIOD PAYABLE | | | | | | | REASON |
|---|---|---|---|---|---|---|---|---|
| $358.00 | FROM | 1 / | 1 / | 2006 | TO | 1 / | 31 / | 2006 Retro Benefit Plus Jan. Bonus ck dated 1-21-2006 |
| $290.90 | FROM | 2 / | 1 / | 2006 | TO | | Life | Survivor Pension Plus Special Age |

*pension mtg 645*
*1-13-06*

MACK-UAW JOINT PENSION BOARD OF ADMINISTRATION

#5          TOPSHEET FOR THE SURVIVOR PENSION BENEFITS

of:          Eva Hottinger                        SURVIVOR OF:    Albert Hottinger
                                                   DATE OF DEATH:  09-27-2007
                                                   SOC.SEC. NO.

SOC. SEC. NUMBER:                                  SENIORITY DATE:          12 /  18 /  1939

LOCATION:              Allentown-Shop              RATE/CR.SERV.:   $16.50 times      32.6

DATE OF RETIREMENT:    6 /    1 /  1972            COMMENCEMENT DATE:       10 /   1 /  2007

DOB:                   3 /   23 /  1913            SPOUSE'S DOB:            5 /   28 /  1910

DATE OF MARRIAGE:      5 /   28 /  1938            AGE DIF.:                              3

PERCENTAGE AFTER REDUCTION FOR SURVIVOR OPTION:
SURVIVOR OPTION (IF APPLICABLE):        95.0%

HEALTH INSURANCE COVERAGE:          COMPANY PAID FOR LIFE

FIRST PAY DATE:        10 /    1 /  2007

BADGE:                 100-96170/82073

STATUS CODE :          66

MONTHLY BENEFIT AMOUNTS:

1. SURVIVOR PENSION BENEFIT:           $281.06

2. SPECIAL AGE 65 BENEFIT.:            N/A Also a Mack Retiree

SCHEDULE OF MONTHLY PAYMENTS AND CHANGES:

| PAYMENT | PERIOD PAYABLE | | | | | | REASON |
|---------|------|------|-----|-----|------|------|--------|
| $281.06 | FROM | 10 / | 1 / | 2007 | TO | 10 / 31 / 2007 | Retro Benefit - ck dated 10-22-2007 |
| $281.06 | FROM | 11 / | 1 / | 2007 | TO | Life | Survivor Pension Plus Special Age 65 Benefit |

*pension mtg 666*

*10-12-07*