JOHN C. KLOOSTERMAN, Bar No. 182625
JORJA E. JACKSON, Bar No. 226707
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: jkloosterman@littler.com
         jjackson@littler.com

Attorneys for Defendants
MACK TRUCKS, INC.; MACK HEALTH,
DISABILITY AND LIFE BENEFITS FOR UAW
EMPLOYEES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT EVITT and JOEL ORTEGA, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MACK TRUCKS, INC. and MACK HEALTH, DISABILITY AND LIFE BENEFITS FOR UAW EMPLOYEES,<br><br>Defendant. | Case No. C-07-4830 VRW<br><br>DECLARATION OF BLYTHE IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS, STAY OR TRANSFER VENUE<br><br>Date: November 1, 2007<br>Time: 2:30<br>Place: Courtroom 6<br>Judge: Hon. Vaughn R. Walker |

I, Kenneth A. Blythe, hereby declare and state:

1. I am an attorney and I serve as Associate General Counsel for Mack Trucks, Inc. and affiliated entities. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify, could testify thereto.

2. Mack Trucks, Inc. ("Mack") does not own any facilities in California. Trucks produced by Mack are sold in California through distributors but these distributors are not owned by Mack or Mack affiliates. These distributors also perform service and warranty work through service dealers and sell Mack parts through parts dealers in California, but these service dealers and parts

DECL. OF BLYTHE ISO REPLY                                                                 (NO. C-07-4830 VRW)

dealers are not owned by Mack or Mack affiliates.

3. By contrast, Mack owns three (3) facilities within the territory of the United States District Court for the Eastern District of Pennsylvania: Mack World Headquarters in Allentown, Pennsylvania; Mack Engineering Development & Test Center in Allentown, Pennsylvania; and Mack Assembly facility in Macungie, Pennsylvania. Approximately eighteen hundred (1800) employees are presently employed at these facilities. Mack also owns a remanufacturing facility in Middletown, Pennsylvania, at which approximately one hundred seventy five (175) employees are employed. The Middletown facility is located approximately fifty-six (56) miles from Reading, Pennsylvania.

I have read this Declaration and declare under penalty of perjury under the laws of the United States of America and the State of California, that it is true and correct.

Dated: October 25, 2007

_____
KENNETH A. BLYTHE

DECL. OF BLYTHE ISO REPLY                          2.                          (NO. C-07-4830 VRW)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940