JOHN C. KLOOSTERMAN, Bar No. 182625
JORJA E. JACKSON, Bar No. 226707
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: jkloosterman@littler.com
          jjackson@littler.com

Attorneys for Defendants
MACK TRUCKS, INC.; MACK HEALTH,
DISABILITY AND LIFE BENEFITS FOR UAW
EMPLOYEES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT EVITT and JOEL ORTEGA, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MACK TRUCKS, INC. and MACK HEALTH, DISABILITY AND LIFE BENEFITS FOR UAW EMPLOYEES,<br><br>Defendant. | Case No. C-07-4830 VRW<br><br>**DECLARATION OF WIDMAN IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS, STAY OR TRANSFER VENUE**<br><br>Date: November 1, 2007<br>Time: 2:30<br>Place: Courtroom 6<br>Judge: Hon. Vaughn R. Walker |

I, John H. Widman, hereby declare and state:

1.   I am a partner in the law firm Susanin, Widman & Brennan, P.C. My office is located at 455 South Gulph Road, King of Prussia, PA 19406. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify, could testify thereto.

2.   Our firm represents Mack Trucks, Inc. ("Mack") in labor, employment and employee benefits matters. I served as the head of the benefits sub-committee during collective bargaining negotiations between Mack and the UAW in 2001 and 2004. I currently serve in the same capacity in the 2007 collective bargaining negotiations which are being conducted presently in

DECL. OF WIDMAN ISO REPLY                                           (NO. C-07-4830 VRW)

1   King of Prussia, Pennsylvania.

2       3.   During the 2001 negotiations, the benefits sub-committee negotiated changes to the retiree medical program with representatives of the UAW. These changes included the establishment and funding of a Voluntary Employee Benefits Association ("VEBA") to pay costs in excess of the caps on retiree medical expenses for the duration of the negotiated agreement. During the 2004 negotiations, the benefits sub-committee negotiated further changes to the retiree medical program with representatives of the UAW. During the present negotiations, I anticipate that further changes to the retiree medical program will be negotiated by the benefits sub-committee and representatives of the UAW.

        4.   I work full-time as an attorney. I have ongoing responsibilities to dozens of firm clients. Much of the work that I perform for clients of our firm involves regional travel in southeastern Pennsylvania and the state of New Jersey.

        5.   I reside in Ambler, Pennsylvania. My office is located approximately forty-five (45) miles from Reading, Pennsylvania, and two thousand eight hundred fifty seven (2,857) miles from San Francisco, California. My residence is located approximately fifty-nine (59) miles from Reading, Pennsylvania and two thousand eight hundred seventy one (2,871) miles from San Francisco, California. These distances were obtained using Google Maps.

        6.   Presently and for the foreseeable future, I expect to be engaged in collective bargaining negotiations with the UAW in King of Prussia, Pennsylvania. I expect that my participation in these negotiations will involve a considerable amount of time.

        7.   My participation as a witness in legal proceedings in California would impose substantial travel requirements on me. The imposition of such travel requirements would be decidedly inconvenient, particularly in the foreseeable future. On the other hand, my participation as a witness in legal proceedings in Reading would impose a relatively minor burden on me given the proximity of my office and my residence to Reading, Pennsylvania.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

DECL. OF WIDMAN ISO REPLY                    2.                          (NO. C-07-4830 VRW)

1     I have read this Declaration and declare under penalty of perjury under the laws of the United
2 States of America and the State of California, that it is true and correct.
3 Dated: October 25, 2007

_____
JOHN H. WIDMAN

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECL. OF WIDMAN ISO REPLY     3.     (NO. C-07-4830 VRW)