**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**VAUGHN R. WALKER**                                      Date:  November 1, 2007
**UNITED STATES DISTRICT CHIEF JUDGE**

**Case No:**     **C-07-04830 VRW**

**Title:**       ROBERT EVIT and JOEL ORTEGA, et al  v. MACK TRUCKS,  INC.

**Attorneys:**   Plaintiffs:    Linda Lye, Alfred Altshuler, Jamie Crook
                 Defendants:    John Kloosterman

**Deputy Clerk:**     Lili M. Harrell          **Court Reporter:**     Kathy Wyatt


**PROCEEDINGS:**                                          **RULINGS:**

Defendant's Motion to Transfer to District of Delaware [20]          Submitted



**ORDERED AFTER HEARING:**



**ORDER TO BE PREPARED BY:**  [ ] Plaintiff [ ] Defendant  [X]  Court

**Case Continued to:**

Notes:


cc: