Fred H. Altshuler (SBN 43878)
Linda Lye (SBN 215584)
Jamie L. Crook (SBN 245757)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94109
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: faltshuler@altshuleberzon.com
E-Mail: llye@altshulerberzon.com
E-Mail: jcrook@altshulerberzon.com

*Attorneys for Plaintiffs Robert M. Evitt, Sr., Joel Ortega, Loretta Evitt, and the proposed Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ROBERT M. EVITT, Sr., JOEL ORTEGA, and LORETTA EVITT, on behalf of themselves and a class of those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>MACK TRUCKS, INC., and MACK HEALTH, DISABILITY, AND LIFE BENEFITS FOR UAW EMPLOYEES PLAN,<br><br>    Defendants. | **Case No. C-07-4830 VRW**<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Ctrm:  Courtroom 6, 17th Floor<br>        The Honorable Vaughn R. Walker |

1    NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiffs Robert M. Evitt, Sr., Joel Ortega, and Loretta Evitt voluntarily dismiss the above-captioned action without prejudice.  Dismissal pursuant to Fed. R. Civ. Pro. 41(a) is proper because this is not a certified class action and Defendants have not served either an answer or motion for summary judgment in this action.  This Notice of Dismissal is being filed in this District because the Court's November 5, 2007 order transferring this case to the Eastern District of Pennsylvania has not yet become effective.  *See* Local Rule 3-14 (order transferring an action to another district becomes effective 10 days after filing, unless order specifies effective date).

Dated: November 9, 2007                    Respectfully submitted,

                                           FRED H. ALTSHULER
                                           LINDA LYE
                                           JAMIE L. CROOK
                                           Altshuler Berzon LLP


                                           By: /s/ Linda Lye
                                                Linda Lye

                                           Attorneys for Plaintiffs