**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 14, 2007

United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

Re:   C 07-4830 VRW / Robert Evitt, et al  -v- Mack Trucks, Inc., et al

Dear Clerk,

On November 7, 2007, our court prematurely transferred a case to your district. We therefore request that the case be returned to our district. On November 5, 2007, the Honorable Vaughn R. Walker granted defendants' Motion to Transfer Venue. Shortly after that, Judge Walker's case manager transferred the case to your district. However, our Civil Local Rule 3-14 specifies that "(a)n order transferring an action to another district shall be come effective 10 days after it is filed, unless the order specifies a specific effective date." Judge Walker's order does not specify an effective date and obviously our court did not comply with the 10 day abeyance specified by our local rule. This failure to comply with Civil Local Rule 3-14 is exacerbated by the fact that plaintiffs' counsel, within the 10 day abeyance period, has exercised his option to voluntarily dismiss the action pursuant to FRCP 41(a).

Judge Walker wishes to grant plaintiffs' request for voluntary dismissal but feels he cannot do so until the action is back in our district. Judge Walker has directed the Clerk's Office to seek the return of the action from your court. We respectfully, and with our apologies for the error, request that the above action be return to our court as the case was prematurely transferred to your district.

Thank you in advance for your cooperation and understanding. If you have any questions about the matter, you may reach me directly at (415) 522-2043 or via e-mail.

Sincerely yours,

*R.C. Santos*

Rufino C. Santos
Civil Section Supervisor
Northern District of California